**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Delaware

Case number *(if known)* ______________ Chapter 11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Maurice Sporting Goods, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | Big Game International<br>First Source<br>Maurice Sporting Goods Canada<br>Maurice Sporting Goods South<br>Redl Sports<br>Rivers Edge Products |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 36-2473399 |
| 4. | **Debtor's address** | **Principal place of business**<br>1910 Techny Road<br>Northbrook, IL 60065<br>Number, Street, City, State & ZIP Code<br>Cook<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.maurice.net |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Maurice Sporting Goods, Inc.** Case number (*if known*) ____________
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7139**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District ____________ When ____________ Case number ____________
District ____________ When ____________ Case number ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ☒ Yes.

Debtor **See Attachment A** Relationship ____________
District **District of Delaware** When ____________ Case number, if known ____________

Debtor **Maurice Sporting Goods, Inc.** Case number (*if known*) ____________
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____________
Contact name ____________
Phone ____________

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors (Consolidated with all Debtors)**

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets (Consolidated with all Debtors)**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities (Consolidated with all Debtors)**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Maurice Sporting Goods, Inc.** Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/20/2017
MM / DD / YYYY

X /s/ Patrick J. O'Malley
Signature of authorized representative of debtor

**Patrick J. O'Malley**
Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

X /s/ Robert S. Brady
Signature of attorney for debtor

Date 11/20/17
MM / DD / YYYY

**Robert S. Brady**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square**
**1000 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **(302) 571-6600** Email address **rbrady@ycst.com**

**2847 (Delaware)**
Bar number and State

**ATTACHMENT A TO VOLUNTARY PETITION**

Pending Bankruptcy Cases Filed by Affiliated Entities

On the date hereof, each of the related entities listed below (collectively, the "Debtors"), including the debtor in this chapter 11 case, will file or have filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of their voluntary petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only under the case number assigned to Debtor Maurice Sporting Goods, Inc.

- Maurice Sporting Goods, Inc. (36-2473399)
- Danielson Outdoors Company, Inc. (26-1140840)
- South Bend Sporting Goods, Inc. (36-3156658)
- Triple Crown Holdings, Inc. (36-4201847)
- Matzuo America, Inc. (36-4334950)

**RESOLUTIONS OF THE BOARD OF DIRECTORS OF MAURICE SPORTING GOODS, INC.**

WHEREAS, the board of directors (the "Board") of Maurice Sporting Goods, Inc., a Delaware corporation (the "Company"), has reviewed and considered, among other things, the financial condition, capital structure, liquidity position, short term and long term prospects of the Company, the restructuring and other strategic alternatives available to the Company, and the impact of the foregoing on the Company's business; and

WHEREAS, the Board has received, reviewed, and considered the recommendations of the senior management of the Company and the Company's legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of title 11 of the United States Code (the "Bankruptcy Code").

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors and stockholders, and other interested parties that a voluntary petition (the "Petition") be filed by the Company under the provisions of chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that the Chief Restructuring Officer (named below) and the other officers of the Company (collectively, the "Designated Persons") be, and each of them, acting alone, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, (i) to execute and verify the Petition and all documents ancillary thereto, to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware, and to make or cause to be made prior to the execution thereof any modifications to the Petition or such ancillary documents that, in the judgment of such Designated Person, may be necessary, appropriate, or desirable, and (ii) to execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents that, in the judgment of such Designated Person, may be necessary, appropriate, or desirable in connection with the foregoing; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to obtain post-petition financing and cash collateral usage with the Debtors' prepetition secured lenders on the terms presented to the Board on the date hereof, and to enter into any amended loan agreement and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements; and in connection therewith, the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to (i) execute that certain proposed letter of intent with Middleton Management Company, LLC ("Middleton"); (ii) negotiate the terms of an asset purchase agreement with

Middleton; and (iii) direct that a motion be filed for bankruptcy court approval of the same in form and substance agreeable to the Designated Persons; and it is further

RESOLVED, that the Designated Persons be, and they hereby are, authorized and directed in the name and on behalf of the Company to employ Development Specialists, Inc. ("DSI") as restructuring financial advisor and to appoint Patrick J. O'Malley of DSI to serve as Chief Restructuring Officer, respectively, in connection with any case commenced by the Company under the Bankruptcy Code and all related matters, and any such prior actions are hereby ratified in their entirety; and it is further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") be, and it hereby is, authorized and empowered to represent the Company as its general bankruptcy counsel and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including without limitation the preparation of pleadings and filings in the bankruptcy case; and in connection therewith, the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

RESOLVED, that Silverman Consulting ("Silverman") be, and it hereby is, authorized and empowered to serve as financial advisor for the company in connection with the bankruptcy case commenced by the Company under the Bankruptcy Code; and in connection therewith, the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of Silverman; and it is further

RESOLVED, that Livingstone Partners LLC ("Livingstone") be, and it hereby is, authorized and empowered to serve as investment banker for the company in connection with the bankruptcy case commenced by the Company under the Bankruptcy Code; and in connection therewith, the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of Livingstone; and it is further

RESOLVED, that Epiq Bankruptcy Solutions, LLC ("Epiq") be, and it hereby is, authorized and empowered to serve as the notice, claims, solicitation, and balloting agent in connection with the bankruptcy case commenced by the Company under the Bankruptcy Code; and in connection therewith, the Designated Persons be and each of them, acting alone, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of Epiq; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone, hereby is, authorized, directed, and empowered from time to time, in the name and on behalf of the Company, to take such actions and execute and deliver such documents as may be required or as such Designated Person may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including, without limitation, the execution and delivery of any petitions, schedules, lists, security agreements, pledges, financing statements, certificates, instruments, guaranties, and notices, with all such actions to be taken in such manner, and all such petitions, schedules, lists, security agreements, pledges, financing statements, certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Designated Person taking or executing the same shall approve, the taking or execution thereof by such Designated Person being conclusive evidence of the approval thereof by such Designated Person and by the Company; and it is further

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

# SECRETARIAL CERTIFICATE

The undersigned, Secretary of Maurice Sporting Goods, Inc., a Delaware corporation (the "Company"), hereby certifies as follows:

1. I am the duly qualified and elected Secretary of the Company and, as such, am familiar with the facts herein certified, and I am duly authorized to certify same on behalf of the Company.

2. Attached hereto is a true and complete copy of the Resolutions of the Board of Directors of the Company, duly adopted at a properly convened meeting of the Board of Directors on the date set forth below, by vote of the directors, in accordance with the bylaws of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded, or revoked, and are in full force and effect as of the date hereof. There exist no other subsequent resolutions of the Board of Directors of the Company relating to the matters set forth in the resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 19 day of November, 2017.

By: ______________________
Name: Andrew Katlin
Title: Secretary

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MAURICE SPORTING GOODS, INC., et al.,[1] | : | Case No. 17-_______ (___) |
| | : | (Joint Administration Requested) |
| Debtors. | : | |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors") hereby state as follows:

1. Debtor Maurice Sporting Goods, Inc. is owned by the following non-Debtor entities:

| [illegible] | [illegible] | [illegible] |
|---|---|---|
| Michael Olshansky | Common Stock | 50% |
| Jory Katlin | Common Stock | 30% |
| Andy Katlin | Common Stock | 20% |

2. The Debtors listed below are each 100% owned by Maurice Sporting Goods, Inc.:

- Danielson Outdoors Company, Inc.
- South Bend Sporting Goods, Inc.
- Triple Crown Holdings, Inc.

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Maurice Sporting Goods, Inc. (3399); Danielson Outdoors Company, Inc. (0840); South Bend Sporting Goods, Inc. (6658); Triple Crown Holdings, Inc. (1847); and Matzuo America, Inc. (4950). The mailing address for the Debtors' corporate headquarters is 1910 Techny Road, Northbrook, Illinois 60065.

3. The Debtor listed below is 100% owned by Triple Crown Holdings, Inc.:

- Matzuo America, Inc.

**Fill in this information to identify the case:**

Debtor name **Maurice Sporting Goods, Inc.**

United States Bankruptcy Court for the: **District of Delaware**

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration **Consolidated Corporate Ownership Statement and List of Equity Interest Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/20/2017 x [signature]
Signature of individual signing on behalf of debtor

**Patrick J. O'Malley**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Maurice Sporting Goods, Inc., et al.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rivers Edge One Rivers Edge Court Saint Clair, MO 63077** | Patrick Wrob Telephone: 888-326-6200 Fax: 636-629-7557 | **Trade debt** | **Contingent** | | | **$5,546,622.01** |
| **First Source [Signet Products] Block B, 10/F Eldex Industrial Building 21 Matauwai Road Hunghom, Kowloon, Hong Kong** | | **Trade debt** | **Contingent** | | | **$5,207,169.00** |
| **Yuan Huang 153 Chun Fu Lane Chun Tsu Village Siu Swei Changhua, Taiwan, IA 50405** | D. Park Email: dpark@sunwoo-usa.com | **Trade debt** | | | | **$3,147,958.17** |
| **HKM International Ltd. Room 301 Knutsford Commercial Bldg No. 4-5 Knutsford Terrace Tsim Shan Tsui Kowloon, Hong Kong** | Email: Hkmin@hkmin.com | **Trade debt** | | | | **$1,896,357.86** |
| **Normark Inc. 1350 Phillip Murrary Ave. Oshawa, Ontario CanadaL1J 6Z9** | Don Nickson Telephone: 905-571-3001 Fax: 905-433-0111 | **Trade debt** | | | | **$1,471,478.15** |

Debtor **Maurice Sporting Goods, Inc., et al.** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shandong Weihai HuanQiu Ft No 292 Shichang Road Waihai Shandong, China** | Global.fishing@verizon.net Fax: 1-1866-3152-51000 | **Trade debt** | | | | **$1,456,890.24** |
| **Shimano/Innovative Textiles 1 Holland Drive Irvine, CA 92618** | Mike Spens Telephone: 949-470-4176 Fax: 949-470-4179 | **Trade debt** | | | | **$9,911,18.10** |
| **Gary Yamamoto Custom Baits PO Box 1000 Page, AZ 86040** | Ron Colby/Terri Dean Telephone: 800-792-2248 Fax: 928-645-9699 | **Trade debt** | | | | **$967,174.73** |
| **Thermacell Repellents, Inc. 26 Cosby Dr. Bedford, MA 1730** | Brad Pratt/Kristina Hartjens Telephone: 781-541-6900 Fax: 781-541-6007 | **Trade debt** | | | | **$929,321.64** |
| **Scott Plastics 2065 Henry Ave., West Sidney, BC V8L 5Z6** | Craig Gebicki Telephone: 800-214-0141 Fax: 250-656-8126 | **Trade debt** | | | | **$898,464.73** |
| **Pautzke Bait Co. PO Box 36 800 Prospect St. Ellenburg, WA 98401** | Chris Shaffer Telephone: 818-406-5326 Fax: 800-408-3681 | **Trade debt** | | | | **$838,717.32** |
| **Z-Man Fishing Products 4100 Carolina Commerce Pkway Ladson, SC 29456** | Glenn Young Teleohone: 843-377-0759 Fax: 843-377-2800 | **Trade debt** | | | | **$830,478.44** |
| **Gamakatsu PO Box 1797 Tacoma, WA 98401** | John Burgi Telephone: 253-922-8373 Fax: 800-223-9383 | **Trade debt** | | | | **$814,058.96** |
| **Panther Martin 19 North Columbia St. Port Jefferson, NY 11777** | Cecil Hoge/Lori Michel Telephone: 800-852-0925 Fax: 631-473-7398 | **Trade debt** | | | | **$813,959.52** |
| **Zoom Bait Co. 1581 Jennings Mill Road Bogart, GA 30622** | Eddie Chambers/Glenda Spurlin Telephone: 706-548-1008 Fax: 706-549-4920 | **Trade debt** | | | | **$793,413.32** |
| **Sheldons' Inc. 626 Center St. Antigo, WI 54409** | Darryl Laurent Telephone: 800-344-6331 Fax: 715-623-3001 | **Trade debt** | | | | **$770,687.31** |

Debtor **Maurice Sporting Goods, Inc.**, et al. Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hard and Soft Fishing Inc. c\o Uncle Josh Bait Company Fort Atkinson, WI 53538** | Matt Bichanichi, Brenda, Carol Telephone: 920-563-2491 Fax: 920-563-8622 | **Trade debt** | | | | **$747,026.11** |
| **Mahco Inc. 1202 Melissa Lane Bentonville, AR 72712** | Email: lhaynie@mahco.net | **Trade debt** | | | | **$740,517.60** |
| **Pure Fishing US 7 Science Court Columbia, SC 29203** | Cindy Bennett Telephone: 803-451-3634 Fax: 803-754-7342 | **Trade debt** | | | | **$736,750.35** |
| **Pure Fishing Canada (Berkely) 131 Savannah Oaks Dr., Unit 1 Brantford, Ontario N3V 1E8** | Cindy Bennett Telephone: 803-451-3634 Fax: 803-754-7342 | **Trade debt** | | | | **$721,649.9** |
| **Great American Products 1661 S. Sequin Ave. New Braunfels, TX 78130** | Andy Oyler Telephone: 830-643-8020 Fax: 830-620-8430 | **Trade debt** | | | | **$711,497.09** |
| **Leland Lures 262 Fairview Road Searcy, AR 72143** | Jeff Smith Telephone: 501-268-0754 Fax: 501-279-0754 | **Trade debt** | | | | **$691,889.33** |
| **Blakemore Sales Corporation PO Box 1177 Wetumpka, AL 36092** | Colleen Gibbons Telephone: 334-567-2011 Fax: 334-567-9788 | **Trade debt** | | | | **$681,986.19** |
| **AVW Inc. dba Max Professional 441 S State Rd 7, Suite 4 Margate, FL 33068** | Neal Markus Telephone: 800-655-1675 Fax: 954-972-3318 Email: neal_markus@max-professional.com | **Trade debt** | | | | **$648,570.36** |
| **Atlas-Mike's Salmon Eggs PO Box 608 Fort Atkinson, WI 53538** | Tom Vander Mause Telephone: 920-563-2046 Fax: 920-563-7207 | **Trade debt** | | | | **$610,034.57** |
| **Aminco International 20571 Crescent Box Dr. Lake Forest, CA 92630** | Edward Wu Telephone: 510-507-2802 Fax: 949-457-3279 | **Trade debt** | | | | **$579,475.63** |
| **Gibbs-Delta Industries Canada 8014 Webster Road Delta, BC V4G 1G6** | Syd Pallister Telephone: 888-661-1984 x106 Fax: 604-940-9582 | **Trade debt** | | | | **$570,996.04** |

Debtor **Maurice Sporting Goods, Inc.**, et al.
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **O. Mustad & Son Inc. 2315 N.W. 107 Ave. Doral, FL 33172** | Telephone: 305-925-9972 Fax: 305-925-9995 | **Trade debt** | | | | **$566,626.87** |
| **Orient Bag Manufacturer Co Ltd. Chonghong West Rd. Quanzhou Economy Develop Zone Fujian Province, China 362005** | Benson Li & Rick Li | **Trade debt** | | | | **$540,505.08** |
| **Rapala, USA 10395 Yellow Circle Dr., Minnetonka, MN 55343** | Zack Swanson/Brady Bolin Telephone: 952-939-4371 Fax: 952-933-0046 | **Trade debt** | | | | **$539,495.56** |

| Fill in this information to identify the case: |
|---|
| Debtor name **Maurice Sporting Goods, Inc.** |
| United States Bankruptcy Court for the: **DISTRICT OF DELAWARE** |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/20/2017

X Patrick J O'Malley
Signature of individual signing on behalf of debtor

**Patrick J. O'Malley**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor