**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Maurice Sporting Goods, Inc. | : | Case No. 17-12481 (CSS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |
| --------------------------------- | | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Rocking P Inc.**, Attn.: Mark Mansfield, 301 Barn Side Ln., Eureka, MO 63025, Phone: 314-308-9898

2. **Yuan Huang Co., Ltd.,** Attn: Jake Lu, 153 Chun Fu Ln. Chun Tsu Village, Siu Swei, Changhua, Taiwan 50405, Phone: 886-4-7692348, Fax: 886-4-7696414

3. **Normark**, Attn: Ryan Rohrbach, 10395 Yellow Circle Dr., Minnetonka, MN 55343, Phone: 952-939-4372, Fax: 952-933-7329

4. **Harrison Hoge Industries Inc**., Attn: John Hoge, 19 N. Columbia St., Ste. 1, Port Jefferson, NY 11777, Phone: 631-473-7308, Fax: 631-473-7398

**5.** **Sheldons' Inc.**, Attn: John M. Sheldon, 626 Center St., Antigo, WI 54409, Phone: 715-623-2382, Fax: 715-623-3001

**6.** **Thermacell Repellants, Inc.**, Attn: Thomas Paganetti, CFO, 26 Crosby Dr., Bedford, MA, 01730, Phone: 781-430-5257, Fax: 781-541-6007

**7.** **Shandong WeiHai Huanqiu Fishing Tackle Industrial Co., Ltd.,** Attn: Rose Bi, 18351 Colima Rd., # 2880, Rowland Heights, CA 91748

ANDREW R. VARA
Acting United States Trustee, Region 3

 /s/ Mark S. Kenney for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: November 28, 2017

Attorney assigned to this Case: Mark S. Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Robert S. Brady, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253