| Fill in this information to identify the case: | |
|---|---|
| Debtor | Maurice Sporting Goods, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 17-12481 |

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNKNOWN |
|---|

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $72,364,707.49 |
|---|

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $72,364,707.49 |
|---|

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $45,156,510.66 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $896.35 |
|---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

| + | $76,697,556.75 |
|---|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

| $121,854,963.76 |
|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Maurice Sporting Goods, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 17-12481 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property 　　12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:　CASH AND CASH EQUIVALENTS

1. **DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **CASH ON HAND**

   N/A

3. **CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS** *(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BANK OF CHINA | RMB ACCOUNT | 1001 | $42,242.76 |
| 3.2. | BANK OF CHINA | USD ACCOUNT | 9200 | $0.00 |
| 3.3. | BANK OF MONTREAL | CHECK DISBURSEMENT ACCOUNT | 6196 | $0.00 |
| 3.4. | BANK OF MONTREAL | OPERATING CANADIAN DOLLAR ACCOUNT | 8924 | $246,641.62 |
| 3.5. | BANK OF MONTREAL | OPERATING UNITED STATES DOLLAR ACCOUNT | 3160 | $1,597.15 |
| 3.6. | BMO HARRIS BANK | FIRST SOURCE DEPOSIT | 1382 | $0.00 |
| 3.7. | BMO HARRIS BANK | FUNDING ACCOUNT | 1906 | $4,543.69 |
| 3.8. | BMO HARRIS BANK | MSG DEPOSIT | 4645 | $57,662.39 |
| 3.9. | BMO HARRIS BANK | RIVERS EDGE DEPOSIT | 9790 | $18,186.08 |
| 3.10. | THE PRIVATE BANK/CIBC BANK USA | MAURICE SPORTING GOOD CONTROLLED DISBURSEMENT | 3905 | $0.00 |
| 3.11. | THE PRIVATE BANK/CIBC BANK USA | MAURICE SPORTING GOODS OPERATING ACCOUNT | 2064 | $59,522.75 |
| 3.12. | THE PRIVATE BANK/CIBC BANK USA | RIVERS EDGE PRODUCTS OPERATING ACCOUNT | 5574 | $0.00 |

4. **OTHER CASH EQUIVALENTS**

   N/A

| | | |
|---|---|---|
| **5** | **Total of Part 1.**<br>ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | **$430,396.44** |

## Part 2: DEPOSITS AND PREPAYMENTS

**6.**    **DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **7.** | **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.1. | DEPOSIT - ASSOCIATED INTEGRATED SUPPLY | $369.90 |
| 7.2. | DEPOSIT - FLORIDA POWER AND LIGHT | $680.00 |
| 7.3. | DEPOSIT - GEORGIA POWER COMPANY | $7,739.55 |
| 7.4. | DEPOSIT - KNOX SWAN RENTAL | $500.00 |
| 7.5. | DEPOSIT - NICOR GAS | $1,515.57 |
| 7.6. | DEPOSIT - RAYMOND LEASING CORP | $14,674.12 |
| 7.7. | DEPOSIT ON OFF-SITE ATLANTA WAREHOUSE - LAVISTA (JANUARY 2017) | $9,493.75 |
| 7.8. | DEPOSIT ON WEST WAREHOUSE - ICON OWNER POOL 6 (SUCCESSOR TO PROLOGIS) (JANUARY 2009) | $46,613.55 |
| 7.9. | DEPOSIT ON BENTONVILLE, AR - SHARMROCK SUITES (APRIL 2004) | $2,029.77 |
| 7.10. | DEPOSIT ON ENGLEWOOD, CO. - BRAD KINGERY (APRIL 2007) | $735.00 |
| 7.11. | DEPOSIT ON MIAMI, FL. - DPC II, LLC (FEBRUARY 2009) | $1,858.20 |
| 7.12. | DEPOSIT ON DENVER, CO - TD COMERCIAL(AUGUST 2016) | $861.42 |
| 7.13. | DEPOSIT ON MISSISSAUGA, ONTARIO - ORLANDO (MARCH 2010) | $38,603.17 |
| 7.14. | DEPOSIT ON REDL-VANVOUVER BC-RPMG HOLDING LTD (JULY 2014) | $35,368.42 |
| 7.15. | DEPOSIT ON ATLANTA (OFF-SITE)WAREHOUSE - LIBERTY PROPERTY LIMITED PARTNERSHIP (DECEMBER 2014) | $2,061.66 |
| 7.16. | DEPOSIT ON ATLANTA NEW LEASE - P7 SEALY TO IPT INTERSTATE TO CPUS INTERSTATE (JUNE 2015) | $77,505.56 |
| 7.17. | RIVERS EDGE RENT DEPOSIT FOR SHOW ROOM IN DALLAS TEXAS - DALLAS MARKET CENTER | $3,176.00 |
| 7.18. | RIVERS EDGE DEPOSIT TO MISSOURI ELECTRIC (NOVEMBER 2016) | $4,622.00 |
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1. | 1 WORLD SYN - DATA POOL | $3,957.74 |
| 8.2. | ADVANCED - SOFTWARE MAINT FEES | $930.08 |
| 8.3. | ADVANTAGE - ATLAS SOFTWARE LICENSING | $980.11 |
| 8.4. | ADVANTAGE SALES & MKTG - ATLAS SOFTWARE LICENSING | $5,752.11 |
| 8.5. | AGFA - PREPAID CATALOG ADVERTISING | $320.52 |
| 8.6. | AMERICAN LITHO - PREPAID CATALOG ADVERTISING | $16,212.82 |
| 8.7. | AMERICAN SPORTS FISHING ASSOCIATION - 2018 DEPOSIT FOR BOTH/ATTENDANCE AT INDUSTRY SHOW | $33,462.33 |
| 8.8. | ASA (AMER SPORTFISHING ASSOC) - 2017 MEMBERSHIP | $703.30 |
| 8.9. | ATA - 2018 DEPOSIT FOR BOTH/ATTENDANCE AT INDUSTRY SHOW | $7,585.20 |
| 8.10. | AUTONOMOUS UNIVERSITY - PREPAID RENT FOR 1 MONTH | $1,103.58 |
| 8.11. | CREATE IT PACKAGING - PREPAID CATALOG ADVERTISING | $6,397.77 |
| 8.12. | DALLAS RENT - PREPAID RENT FOR DALLAS SHOW ROOM | $10,410.00 |
| 8.13. | DRUVA - INSYNC CLOUD | $1,053.50 |
| 8.14. | GXS INOVIS - EDI MAINT FEES | $1,079.69 |
| 8.15. | IBM CORP - EQUIPMENT | $3,263.41 |
| 8.16. | ICON OWNER POOL 6 WEST - PREPAID RENT FOR 1 MONTH | $21,015.26 |
| 8.17. | IPT INTERSTATE SOUTH LLC/ CPUS INT - PREPAID RENT FOR 1 MONTH | $30,261.22 |
| 8.18. | JDA - SOFTWARE MAINT FEES | $26,295.93 |
| 8.19. | KALEIDOSCOPE - PREPAID CATALOG ADVERTISING | $1,773.19 |
| 8.20. | LABELQUEST - PREPAID CATALOG ADVERTISING | $691.50 |
| 8.21. | LUNKERVILLE - ADVERTISING/PROMO | $5,626.83 |
| 8.22. | MRK LEASING/RIVER CAP - QUARTERLY LEASES | $20,975.71 |
| 8.23. | NATIONS BEST SPORTS - 2018 DEPOSIT FOR BOTH/ATTENDANCE AT INDUSTRY SHOW | $3,969.00 |
| 8.24. | NINGBO - DOWN PAYMENT TO FACTORIES | $86,788.20 |

Debtor    Maurice Sporting Goods, Inc.
          (Name)

| | Current value of debtor's interest |
|---|---|

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.25. | PACKAGING AND INDUSTRIAL DESIGN - PREPAID CATALOG ADVERTISING | $575.50 |
| 8.26. | PANTHER PRINTING - PREPAID CATALOG ADVERTISING | $170.35 |
| 8.27. | PCM VSPHERE VMWARE - 2017 YR2, PART OF 3 YR DEAL | $1,053.50 |
| 8.28. | SCHIELE - PREPAID CATALOG ADVERTISING | $2,504.85 |
| 8.29. | SHAMROCK SUITE LLC - PREPAID RENT FOR 1 MONTH | $1,846.30 |
| 8.30. | SHARN - PREPAID CATALOG ADVERTISING | $4.59 |
| 8.31. | SIGNET PRODUCTS - DOWN PAYMENT TO FACTORIES | $1,285,660.37 |
| 8.32. | SOFTEON SOFTWARE - PREPAID | $7,242.81 |
| 8.33. | SYLBARRIE GRAPHICS - PREPAID CATALOG ADVERTISING | $1,795.09 |
| 8.34. | TINTRI SOFTWARE - DISASTER RECOVERY SOFTWARE | $6,138.68 |
| 8.35. | VERKO - DOWN PAYMENT TO FACTORIES | $388,947.19 |

**9  Total of Part 2.**
ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81.

| $2,234,955.87 |
|---|

**Part 3:  ACCOUNTS RECEIVABLE**

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**
☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. ACCOUNTS RECEIVABLE**

| ACCOUNTS RECEIVABLE | $17,754,011.28 | − | $1,992,304.54 | = → | $15,761,706.74 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectable accounts | | |

**12  Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

| $15,761,706.74 |
|---|

**Part 4:  INVESTMENTS**

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**
☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:
N/A

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | | % of ownership | | |
|---|---|---|---|---|
| 15.1. | DANIELSON OUTDOORS COMPANY, INC. | 100% | | UNKNOWN |
| 15.2. | SOUTH BEND SPORTING GOODS, INC. | 100% | | UNKNOWN |
| 15.3. | TRIPLE CROWN HOLDINGS, INC. | 100% | | UNKNOWN |

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:
N/A

**17**  **Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

| UNKNOWN |
| --- |

### Part 5:    INVENTORY, EXCLUDING AGRICULTURE ASSETS

**18.  DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19.  RAW MATERIALS** | | | | |
| N/A | | | | |
| **20.  WORK IN PROGRESS** | | | | |
| N/A | | | | |
| **21.  FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1.    INVENTORY | | $30,809,494.17 | ACTUAL COST | $30,809,494.17 |
| **22.  OTHER INVENTORY OR SUPPLIES** | | | | |
| N/A | | | | |

**23**  **Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

| $30,809,494.17 |
| --- |

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes    Book value $1,013,648.25    Valuation method  Actual Cost    Current value  $1,013,648.25

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)

**27.  DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **28.  CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.  FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.  FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.  FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.  OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

**33**  **Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

| |
| --- |

34. **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☒ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

38. **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| 39.1. FURNITURE AND FIXTURES | $152,788.77 | NET BOOK VALUE | $152,788.77 |
| **40. OFFICE FIXTURES** | | | |
| 40.1. LEASEHOLD IMPROVEMENT | $5,522,937.13 | NET BOOK VALUE | $5,522,937.13 |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1. COMPUTER EQUIPMENT | $214,161.79 | NET BOOK VALUE | $214,161.79 |
| 41.2. COMPUTER SOFTWARE | $1,490,361.20 | NET BOOK VALUE | $1,490,361.20 |

42. **COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES*: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES

N/A

| | |
|---|---|
| 43 **Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | $7,380,248.89 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

46. **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.  1ST DIRECT PRODUCTS - PONDTON BOAT | $5,030.36 | NET BOOK VALUE | UNKNOWN |
| 47.2.  BOX TRUCK | $0.00 | NET BOOK VALUE | UNKNOWN |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| N/A | | | |
| **49. AIRCRAFT AND ACCESSORIES** | | | |
| N/A | | | |
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.  ASSETS UNDER CAPITAL LEASE | $6,935.46 | NET BOOK VALUE | $6,935.46 |
| 50.2.  TOOLING | $115,235.36 | NET BOOK VALUE | $115,235.36 |
| 50.3.  WAREHOUSE EQUIPMENT | $1,219,522.53 | NET BOOK VALUE | $1,219,522.53 |
| **51 Total of Part 8.**<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | | $1,341,693.35 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 9:** | **REAL PROPERTY** |
|---|---|

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  902 SE 5TH STREET UNIT 24 BENTONVILLE, AK | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.2.  1 RIVERS EDGE COURT, SAINT CLAIR, MO 63077 | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.3.  11231 NW 20TH STREET SUITE 124, MIAMI, FL 33172 | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.4.  1825 SHERMER ROAD NORTHBROOK, IL 60065 | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.5.  1910 TECHNY RD NORTHBROOK, IL 60065 | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.6.  19100 AIRPORT WAY BLDG 516 PITT MEADOWS, BC, CANADA | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.7.  19751 E. MAINSTREET, STE #385 PARKER CO 80138 | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.8.  200 INTERSTATE SOUTH, SUITE 100 MCDONOUGH, GA 30253 | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.9.  2100 STEMMONS FREEWAY, DALLAS, TX 75207 (~1,250 SQ FT) | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.10.  420 ROUSER RD, SUITE 407, MOON TOWNSHIP, PA 15108 | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |

## 55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.11. 4980 LONGLEY, RENO, NV 89502 | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.12. 5831 COUNTRY LAKES DR, FORT MYERS, FL 33905 | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.13. 7045 BECKETT DRIVE UNIT 15 MISSISSAUGA, ON, CANADA | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.14. 800 D STREET, SOUTH SIOUX CITY, NE | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.15. DONGSHAN OFFICE (CHINA) | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.16. KUNSHAN OFFICE (ROOM 2216) (CHINA) | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.17. KUNSHAN OFFICE (ROOM 2217) (CHINA) | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.18. KUNSHAN OFFICE (ROOM 2218) (CHINA) | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |
| 55.19. WEIHAI OFFICE (CHINA) | LEASEHOLD INTEREST | UNKNOWN | | UNKNOWN |

**56    Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

UNKNOWN

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: INTANGIBLES AND INTELLECTUAL PROPERTY

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1. TRADEMARK - BLACK BEAUTY, REGISTRATION #1285361 | UNKNOWN | | UNKNOWN |
| 60.2. TRADEMARK - BLACK BEAUTY, REGISTRATION #TMA453145 | UNKNOWN | | UNKNOWN |
| 60.3. TRADEMARK - BLAZE, REGISTRATION #3586998 | UNKNOWN | | UNKNOWN |
| 60.4. TRADEMARK - BLAZE, REGISTRATION #TMA760,684 | UNKNOWN | | UNKNOWN |
| 60.5. TRADEMARK - BUTCH, REGISTRATION #TMA404267 | UNKNOWN | | UNKNOWN |
| 60.6. TRADEMARK - CALYPSO, REGISTRATION #2956463 | UNKNOWN | | UNKNOWN |
| 60.7. TRADEMARK - CASTAWAY, REGISTRATION #TMA447172 | UNKNOWN | | UNKNOWN |
| 60.8. TRADEMARK - CEDAR KEY AND DESIGN, REGISTRATION #2352062 | UNKNOWN | | UNKNOWN |
| 60.9. TRADEMARK - CELSIUS, REGISTRATION #3700058 | UNKNOWN | | UNKNOWN |
| 60.10. TRADEMARK - CELSIUS, REGISTRATION #TMA754,610 | UNKNOWN | | UNKNOWN |
| 60.11. TRADEMARK - CHARTER MARINE ACCESSORIES (CL 12), REGISTRATION #TMA877,743 | UNKNOWN | | UNKNOWN |
| 60.12. TRADEMARK - CHARTER MARINE ACCESSORIES, APPLICATION #86/593594 | UNKNOWN | | UNKNOWN |
| 60.13. TRADEMARK - CHARTER MARINE ACCESSORIES, REGISTRATION #TMA877,863 | UNKNOWN | | UNKNOWN |
| 60.14. TRADEMARK - COMPETITOR, REGISTRATION #3887569 | UNKNOWN | | UNKNOWN |
| 60.15. TRADEMARK - CONDOR, REGISTRATION #TMA452770 | UNKNOWN | | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.16.  TRADEMARK - CORDCRAFT, REGISTRATION #3926538 | UNKNOWN | | UNKNOWN |
| 60.17.  TRADEMARK - CORDCRAFT, REGISTRATION #TMA812,495 | UNKNOWN | | UNKNOWN |
| 60.18.  TRADEMARK - CRYSTAL RIVER, REGISTRATION #1934021 | UNKNOWN | | UNKNOWN |
| 60.19.  TRADEMARK - CRYSTAL RIVER, REGISTRATION #2038152 | UNKNOWN | | UNKNOWN |
| 60.20.  TRADEMARK - CRYSTAL RIVER, REGISTRATION #TMA467448 | UNKNOWN | | UNKNOWN |
| 60.21.  TRADEMARK - DRAGONFLY, REGISTRATION #TMA453449 | UNKNOWN | | UNKNOWN |
| 60.22.  TRADEMARK - ECLIPSE, REGISTRATION #1669010 | UNKNOWN | | UNKNOWN |
| 60.23.  TRADEMARK - EGGAERATOR, APPLICATION #1787364 | UNKNOWN | | UNKNOWN |
| 60.24.  TRADEMARK - EGGAERATOR, APPLICATION #87/072389 | UNKNOWN | | UNKNOWN |
| 60.25.  TRADEMARK - EXPLORER, REGISTRATION #2257696 | UNKNOWN | | UNKNOWN |
| 60.26.  TRADEMARK - FAMILY FISHING FUN, REGISTRATION #2261686 | UNKNOWN | | UNKNOWN |
| 60.27.  TRADEMARK - FATAL ATTRACTION, REGISTRATION #1524709 | UNKNOWN | | UNKNOWN |
| 60.28.  TRADEMARK - FIELDTEQ, REGISTRATION #4142941 | UNKNOWN | | UNKNOWN |
| 60.29.  TRADEMARK - FINALIST, REGISTRATION #TMA452769 | UNKNOWN | | UNKNOWN |
| 60.30.  TRADEMARK - HAZE, APPLICATION #1688359 | UNKNOWN | | UNKNOWN |
| 60.31.  TRADEMARK - HAZE, REGISTRATION #4828417 | UNKNOWN | | UNKNOWN |
| 60.32.  TRADEMARK - HURRICANE, REGISTRATION #1808532 | UNKNOWN | | UNKNOWN |
| 60.33.  TRADEMARK - INVISA-LEADER, REGISTRATION #2094449 | UNKNOWN | | UNKNOWN |
| 60.34.  TRADEMARK - INVISA-LEADER, REGISTRATION #TMA478364 | UNKNOWN | | UNKNOWN |
| 60.35.  TRADEMARK - KODIAC, REGISTRATION #2261142 | UNKNOWN | | UNKNOWN |
| 60.36.  TRADEMARK - LUCKY LION, REGISTRATION #TMA478402 | UNKNOWN | | UNKNOWN |
| 60.37.  TRADEMARK - MATZUO, REGISTRATION #11866209 | UNKNOWN | | UNKNOWN |
| 60.38.  TRADEMARK - MICROLITE, REGISTRATION #1705160 | UNKNOWN | | UNKNOWN |
| 60.39.  TRADEMARK - MICROLITE, REGISTRATION #TMA453147 | UNKNOWN | | UNKNOWN |
| 60.40.  TRADEMARK - MUDVILLE CATMASTER, REGISTRATION #4447968 | UNKNOWN | | UNKNOWN |
| 60.41.  TRADEMARK - MUDVILLE CATMASTER, REGISTRATION #TMA887,757 | UNKNOWN | | UNKNOWN |
| 60.42.  TRADEMARK - N GAGE, REGISTRATION #4074470 | UNKNOWN | | UNKNOWN |
| 60.43.  TRADEMARK - OREN-O-MATIC, REGISTRATION #TMA447171 | UNKNOWN | | UNKNOWN |
| 60.44.  TRADEMARK - OUTDOORSMAN, REGISTRATION #848149 | UNKNOWN | | UNKNOWN |
| 60.45.  TRADEMARK - OUTDOORSMAN, REGISTRATION #TMA453146 | UNKNOWN | | UNKNOWN |
| 60.46.  TRADEMARK - POLARIS, REGISTRATION #TMA453148 | UNKNOWN | | UNKNOWN |
| 60.47.  TRADEMARK - PROPEL PADDLE GEAR BY SHORELINE MARINE (CL 6), APPLICATION #86/464836 | UNKNOWN | | UNKNOWN |
| 60.48.  TRADEMARK - PROPEL PADDLE GEAR BY SHORELINE MARINE (DIV), REGISTRATION #5125877 | UNKNOWN | | UNKNOWN |
| 60.49.  TRADEMARK - PROPEL PADDLE GEAR SHORELINE MARINE, APPLICATION #1706113 | UNKNOWN | | UNKNOWN |
| 60.50.  TRADEMARK - R2F, REGISTRATION #4342304 | UNKNOWN | | UNKNOWN |
| 60.51.  TRADEMARK - R2F, REGISTRATION #TMA877,401 | UNKNOWN | | UNKNOWN |
| 60.52.  TRADEMARK - RATTLESNAKE, REGISTRATION #2202287 | UNKNOWN | | UNKNOWN |
| 60.53.  TRADEMARK - READY2FISH, REGISTRATION #2324514 | UNKNOWN | | UNKNOWN |
| 60.54.  TRADEMARK - READY2FISH, REGISTRATION #TMA754,608 | UNKNOWN | | UNKNOWN |
| 60.55.  TRADEMARK - ROYAL COACHMAN, REGISTRATION #2416810 | UNKNOWN | | UNKNOWN |
| 60.56.  TRADEMARK - SALTY BUCK, REGISTRATION #4426730 | UNKNOWN | | UNKNOWN |
| 60.57.  TRADEMARK - SB SOUTH BEND AND DESIGN, REGISTRATION #400389 | UNKNOWN | | UNKNOWN |
| 60.58.  TRADEMARK - SEA KING AND CROWN DESIGN, REGISTRATION #TMA578491 | UNKNOWN | | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.59.   TRADEMARK - SEAKING, REGISTRATION #TMA204895 | UNKNOWN | | UNKNOWN |
| 60.60.   TRADEMARK - SHORELINE MARINE (CL 12), REGISTRATION #4151691 | UNKNOWN | | UNKNOWN |
| 60.61.   TRADEMARK - SHORELINE MARINE (CL 12), REGISTRATION #TMA865,574 | UNKNOWN | | UNKNOWN |
| 60.62.   TRADEMARK - SHORELINE MARINE, REGISTRATION #4150605 | UNKNOWN | | UNKNOWN |
| 60.63.   TRADEMARK - SHORELINE MARINE, REGISTRATION #TMA825,760 | UNKNOWN | | UNKNOWN |
| 60.64.   TRADEMARK - SILVERLAKE, REGISTRATION #3064875 | UNKNOWN | | UNKNOWN |
| 60.65.   TRADEMARK - SOUTH BEND (STYLIZED), REGISTRATION #0,520,150 | UNKNOWN | | UNKNOWN |
| 60.66.   TRADEMARK - SOUTH BEND, REGISTRATION #1204483 | UNKNOWN | | UNKNOWN |
| 60.67.   TRADEMARK - SOUTH BEND, REGISTRATION #1934913 | UNKNOWN | | UNKNOWN |
| 60.68.   TRADEMARK - SOUTH BEND, REGISTRATION #281861 | UNKNOWN | | UNKNOWN |
| 60.69.   TRADEMARK - SOUTH BEND, REGISTRATION #3190665 | UNKNOWN | | UNKNOWN |
| 60.70.   TRADEMARK - SOUTH BEND, REGISTRATION #855635 | UNKNOWN | | UNKNOWN |
| 60.71.   TRADEMARK - SOUTH BEND, REGISTRATION #855635 | UNKNOWN | | UNKNOWN |
| 60.72.   TRADEMARK - SOUTH BEND, REGISTRATION #TMA166636 | UNKNOWN | | UNKNOWN |
| 60.73.   TRADEMARK - SUB ZERO, REGISTRATION #TMA615311 | UNKNOWN | | UNKNOWN |
| 60.74.   TRADEMARK - SUNNY DAY BEAR, REGISTRATION #TMA453144 | UNKNOWN | | UNKNOWN |
| 60.75.   TRADEMARK - TOTAL TACKLE, REGISTRATION #3090603 | UNKNOWN | | UNKNOWN |
| 60.76.   TRADEMARK - TOTAL TACKLE, REGISTRATION #TMA754,800 | UNKNOWN | | UNKNOWN |
| 60.77.   TRADEMARK - TROPHY TAMER, REGISTRATION #2206337 | UNKNOWN | | UNKNOWN |
| 60.78.   TRADEMARK - WALLEYES ONLY, REGISTRATION #2692908 | UNKNOWN | | UNKNOWN |
| 60.79.   TRADEMARK - WALLEYES ONLY, REGISTRATION #TMA492644 | UNKNOWN | | UNKNOWN |
| 60.80.   TRADEMARK - YUKON GEAR, REGISTRATION #4659778 | UNKNOWN | | UNKNOWN |
| 60.81.   TRADEMARK - ZON, REGISTRATION #TMA812,241 | UNKNOWN | | UNKNOWN |
| 60.82.   TRADEMARK - ZOO KIDS, REGISTRATION #4305887 | UNKNOWN | | UNKNOWN |
| 60.83.   TRADEMARK - ZOO KIDS, REGISTRATION #TMA842,092 | UNKNOWN | | UNKNOWN |
| 60.84.   PATENT - AERATOR (DESIGN) - PATENT APPLICATION #29/589568 | UNKNOWN | | UNKNOWN |
| 60.85.   PATENT - COMBINATION AERATION AND FISHING HOLE DEICING APPARATUS - PATENT APPLICATION #15/350806 | UNKNOWN | | UNKNOWN |
| 60.86.   PATENT - TACKLE BOX WITH INTERCHANGEABLE ROD HOLDING INSERTS - PATENT NO. 9357757 | UNKNOWN | | UNKNOWN |
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.   AMERICANFARMHOUSE.NET | UNKNOWN | | UNKNOWN |
| 61.2.   APEXTACKLE.NET | UNKNOWN | | UNKNOWN |
| 61.3.   BELOWWHOLESALESPORTS.CA | UNKNOWN | | UNKNOWN |
| 61.4.   BELOWWHOLESALESPORTS.COM | UNKNOWN | | UNKNOWN |
| 61.5.   BELOWWHOLESALESPORTS.US | UNKNOWN | | UNKNOWN |
| 61.6.   BIGGAMEINTL.COM | UNKNOWN | | UNKNOWN |
| 61.7.   BIGGAMESPORTSINC.COM | UNKNOWN | | UNKNOWN |
| 61.8.   BIGGAMESPORTSINTERNATIONAL.COM | UNKNOWN | | UNKNOWN |
| 61.9.   BLAZELURES.COM | UNKNOWN | | UNKNOWN |
| 61.10.   BLAZE-LURES.COM | UNKNOWN | | UNKNOWN |
| 61.11.   BLAZELURES.NET | UNKNOWN | | UNKNOWN |
| 61.12.   BLAZE-LURES.NET | UNKNOWN | | UNKNOWN |
| 61.13.   CEDARKEYDESIGN.COM | UNKNOWN | | UNKNOWN |
| 61.14.   CEDARKEYDESIGN.NET | UNKNOWN | | UNKNOWN |
| 61.15.   CELSIUSFISHING.CA | UNKNOWN | | UNKNOWN |
| 61.16.   CELSIUSFISHING.COM | UNKNOWN | | UNKNOWN |
| 61.17.   CELSIUSFISHING.NET | UNKNOWN | | UNKNOWN |
| 61.18.   CELSIUSICEFISHING.CA | UNKNOWN | | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.19.  CELSIUSICEFISHING.COM | UNKNOWN | | UNKNOWN |
| 61.20.  CELSIUSICEFISHING.MOBI | UNKNOWN | | UNKNOWN |
| 61.21.  CELSIUSICEFISHING.NET | UNKNOWN | | UNKNOWN |
| 61.22.  CELSIUSICEFISHING.ORG | UNKNOWN | | UNKNOWN |
| 61.23.  CELSIUSICEFISHINGDEVELOPMENT.COM | UNKNOWN | | UNKNOWN |
| 61.24.  CHARTERMARINE.MOBI | UNKNOWN | | UNKNOWN |
| 61.25.  CHARTERMARINE.NET | UNKNOWN | | UNKNOWN |
| 61.26.  CORDCRAFT.CA | UNKNOWN | | UNKNOWN |
| 61.27.  CORDCRAFT.NET | UNKNOWN | | UNKNOWN |
| 61.28.  CORDCRAFTROPE.COM | UNKNOWN | | UNKNOWN |
| 61.29.  CRYSTALRIVERFLYFISHING.COM | UNKNOWN | | UNKNOWN |
| 61.30.  CRYSTALRIVERFLYFISHING.NET | UNKNOWN | | UNKNOWN |
| 61.31.  CUSTOMERRESOURCEZONE.COM | UNKNOWN | | UNKNOWN |
| 61.32.  CUSTOMERRESOURCEZONE.NET | UNKNOWN | | UNKNOWN |
| 61.33.  DANIELSONCOMPANY.NET | UNKNOWN | | UNKNOWN |
| 61.34.  DANIELSONFISHING.COM | UNKNOWN | | UNKNOWN |
| 61.35.  DANIELSONOUTDOORS.COM | UNKNOWN | | UNKNOWN |
| 61.36.  DANIELSONTACKLE.COM | UNKNOWN | | UNKNOWN |
| 61.37.  FIELDTECH.CA | UNKNOWN | | UNKNOWN |
| 61.38.  FIELDTEQ.CA | UNKNOWN | | UNKNOWN |
| 61.39.  FIELDTEQ.COM | UNKNOWN | | UNKNOWN |
| 61.40.  FIELDTEQ.NET | UNKNOWN | | UNKNOWN |
| 61.41.  FIELDTEQ.US | UNKNOWN | | UNKNOWN |
| 61.42.  FIRSTSOURCEBGI.COM | UNKNOWN | | UNKNOWN |
| 61.43.  FIRSTSOURCEMARINE.NET | UNKNOWN | | UNKNOWN |
| 61.44.  FISH-SMART.COM | UNKNOWN | | UNKNOWN |
| 61.45.  FISH-SMART.NET | UNKNOWN | | UNKNOWN |
| 61.46.  FSMBGI.COM | UNKNOWN | | UNKNOWN |
| 61.47.  GREATOUTDOORSMAN.NET | UNKNOWN | | UNKNOWN |
| 61.48.  HURRICANETACKLE.COM | UNKNOWN | | UNKNOWN |
| 61.49.  HURRICANETACKLE.MOBI | UNKNOWN | | UNKNOWN |
| 61.50.  HURRICANETACKLE.NET | UNKNOWN | | UNKNOWN |
| 61.51.  HURRICENETACKLE.NET | UNKNOWN | | UNKNOWN |
| 61.52.  LAKEWOODLURES.COM | UNKNOWN | | UNKNOWN |
| 61.53.  LAKEWOODLURES.NET | UNKNOWN | | UNKNOWN |
| 61.54.  MATZUO.COM | UNKNOWN | | UNKNOWN |
| 61.55.  MATZUO.MOBI | UNKNOWN | | UNKNOWN |
| 61.56.  MATZUO.NET | UNKNOWN | | UNKNOWN |
| 61.57.  MAURICE.NET | UNKNOWN | | UNKNOWN |
| 61.58.  MAURICESPORTINGGOODS.CA | UNKNOWN | | UNKNOWN |
| 61.59.  MAURICESPORTINGGOODS.NET | UNKNOWN | | UNKNOWN |
| 61.60.  MICHAELOLSHANSKY.COM | UNKNOWN | | UNKNOWN |
| 61.61.  MOSSYOAKHUNTDEVELOPMENT.COM | UNKNOWN | | UNKNOWN |
| 61.62.  MOSSYOAKMARINE.CA | UNKNOWN | | UNKNOWN |
| 61.63.  MOSSYOAKMARINE.COM | UNKNOWN | | UNKNOWN |
| 61.64.  MOSSYOAKMARINE.NET | UNKNOWN | | UNKNOWN |
| 61.65.  MRBIGFISH.NET | UNKNOWN | | UNKNOWN |
| 61.66.  MSGCREATIVE.COM | UNKNOWN | | UNKNOWN |
| 61.67.  MSGCREATIVE.NET | UNKNOWN | | UNKNOWN |
| 61.68.  MSGDEV17.NET | UNKNOWN | | UNKNOWN |
| 61.69.  MSGDIFFERENCEMAKERS.COM | UNKNOWN | | UNKNOWN |
| 61.70.  MSGDIFFERENCEMAKERS.NET | UNKNOWN | | UNKNOWN |
| 61.71.  MUDVILLE.NET | UNKNOWN | | UNKNOWN |
| 61.72.  NGAGEOUTFITTERS.CA | UNKNOWN | | UNKNOWN |
| 61.73.  NGAGEOUTFITTERS.COM | UNKNOWN | | UNKNOWN |
| 61.74.  NGAGEOUTFITTERS.MOBI | UNKNOWN | | UNKNOWN |
| 61.75.  NOTNEEDEDDANIELSONOUTDOORS.COM | UNKNOWN | | UNKNOWN |
| 61.76.  PROPELPADDLEGEAR.COM | UNKNOWN | | UNKNOWN |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.77. PROPELPADDLEGEAR.NET | UNKNOWN | | UNKNOWN |
| 61.78. RATTLESNAKETACKLE.COM | UNKNOWN | | UNKNOWN |
| 61.79. RATTLESNAKETACKLE.NET | UNKNOWN | | UNKNOWN |
| 61.80. READY2FISH.MOBI | UNKNOWN | | UNKNOWN |
| 61.81. READY2FISH.NET | UNKNOWN | | UNKNOWN |
| 61.82. READY2FISHDEVELOPMENT.COM | UNKNOWN | | UNKNOWN |
| 61.83. READY4FISH.COM | UNKNOWN | | UNKNOWN |
| 61.84. REDBONEPERFORMANCE.COM | UNKNOWN | | UNKNOWN |
| 61.85. REDWOLFTACKLE.COM | UNKNOWN | | UNKNOWN |
| 61.86. REDWOLFTACKLE.NET | UNKNOWN | | UNKNOWN |
| 61.87. RIVERSEDGELIBRARY.COM | UNKNOWN | | UNKNOWN |
| 61.88. RIVERSEDGEPRODUCTS.CN | UNKNOWN | | UNKNOWN |
| 61.89. RIVERSEDGEPRODUCTS.COM | UNKNOWN | | UNKNOWN |
| 61.90. SHORELINEMARINE.CA | UNKNOWN | | UNKNOWN |
| 61.91. SHORELINE-MARINE.CA | UNKNOWN | | UNKNOWN |
| 61.92. SHORELINE-MARINE.MOBI | UNKNOWN | | UNKNOWN |
| 61.93. SHORELINE-MARINE.NET | UNKNOWN | | UNKNOWN |
| 61.94. SHORELINE-MARINEDEVELOPMENT.COM | UNKNOWN | | UNKNOWN |
| 61.95. SOUTH-BEND.COM | UNKNOWN | | UNKNOWN |
| 61.96. SOUTHBENDIMPORTS.COM | UNKNOWN | | UNKNOWN |
| 61.97. SPORTSMANSGARAGE.CA | UNKNOWN | | UNKNOWN |
| 61.98. SPORTSMANSGARAGE.US | UNKNOWN | | UNKNOWN |
| 61.99. TEAMTHORLO.COM | UNKNOWN | | UNKNOWN |
| 61.100. TEAMTHORLO.NET | UNKNOWN | | UNKNOWN |
| 61.101. TEAMTOTALTACKLE.COM | UNKNOWN | | UNKNOWN |
| 61.102. TEAMTOTALTACKLE.NET | UNKNOWN | | UNKNOWN |
| 61.103. THORLOCANADA.COM | UNKNOWN | | UNKNOWN |
| 61.104. THORLOCANADA.NET | UNKNOWN | | UNKNOWN |
| 61.105. TOTALTACKLE.MOBI | UNKNOWN | | UNKNOWN |
| 61.106. TOTALTACKLE.NET | UNKNOWN | | UNKNOWN |
| 61.107. TOTAL-TACKLE.NET | UNKNOWN | | UNKNOWN |
| 61.108. TOTALTACKLEDEVELOPMENT.COM | UNKNOWN | | UNKNOWN |
| 61.109. ULTRAFIGHT.NET | UNKNOWN | | UNKNOWN |
| 61.110. ULTRAFIGHTTACKLE.COM | UNKNOWN | | UNKNOWN |
| 61.111. ULTRAFIGHTTACKLE.NET | UNKNOWN | | UNKNOWN |
| 61.112. VENDORRESOURCEZONE.COM | UNKNOWN | | UNKNOWN |
| 61.113. VENDORRESOURCEZONE.NET | UNKNOWN | | UNKNOWN |
| 61.114. VRZSIGNUP.COM | UNKNOWN | | UNKNOWN |
| 61.115. WHITEWATERLURES.NET | UNKNOWN | | UNKNOWN |
| 61.116. WINYUKONGEAR.COM | UNKNOWN | | UNKNOWN |
| 61.117. WORM-GEAR.NET | UNKNOWN | | UNKNOWN |
| 61.118. YUKONGEAR.BIZ | UNKNOWN | | UNKNOWN |
| 61.119. YUKONGEAR.CA | UNKNOWN | | UNKNOWN |
| 61.120. YUKONGEAR.MOBI | UNKNOWN | | UNKNOWN |
| 61.121. YUKONGEAR.ORG | UNKNOWN | | UNKNOWN |
| 61.122. YUKONGEAR.US | UNKNOWN | | UNKNOWN |
| 61.123. YUKONGEARHUNT.CA | UNKNOWN | | UNKNOWN |
| 61.124. YUKONGEARHUNT.COM | UNKNOWN | | UNKNOWN |
| 61.125. YUKONGEARHUNT.MOBI | UNKNOWN | | UNKNOWN |
| 61.126. YUKONGEARHUNT.NET | UNKNOWN | | UNKNOWN |
| 61.127. YUKONGEARHUNTDEVELOPMENT.COM | UNKNOWN | | UNKNOWN |
| 61.128. ZONFITNESS.BIZ | UNKNOWN | | UNKNOWN |
| 61.129. ZONFITNESS.CA | UNKNOWN | | UNKNOWN |
| 61.130. ZONFITNESS.COM | UNKNOWN | | UNKNOWN |
| 61.131. ZONFITNESS.INFO | UNKNOWN | | UNKNOWN |
| 61.132. ZONFITNESS.MOBI | UNKNOWN | | UNKNOWN |
| 61.133. ZONFITNESS.NET | UNKNOWN | | UNKNOWN |
| 61.134. ZONFITNESS.ORG | UNKNOWN | | UNKNOWN |

Debtor    Maurice Sporting Goods, Inc.                                            Case number (if known) 17-12481
          (Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.135. ZONFITNESS.US | UNKNOWN | | UNKNOWN |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.1. MOSSY OAK TRADEMARK LICENSE FROM HAAS OUTDOORS, INC | UNKNOWN | | UNKNOWN |
| 62.2. REDBONE TRADEMARK LICENSE FROM GARY J. ELLIS | UNKNOWN | | UNKNOWN |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| N/A | | | |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| N/A | | | |
| **65. GOODWILL** | | | |
| 65.1. GOODWILL | UNKNOWN | | UNKNOWN |
| **66 Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNKNOWN |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    ALL OTHER ASSETS**

**70. DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71. NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| N/A | |
| **72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| NET OPERATING LOSS - CALIFORNIA       Tax year  VARIOUS | $985,222.00 |
| NET OPERATING LOSS - ILLINOIS        Tax year  VARIOUS | $1,640,669.00 |
| NET OPERATING LOSS - MASSACHUSETTS      Tax year  VARIOUS | $46,412.00 |
| TAX REFUND - CANADA DEPARTMENT OF REVENUE   Tax year  VARIOUS | $260,806.24 |
| **73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| AXIS - AXIS ACCIDENT AND HEALTH TRAVEL, BTAB-50105-86 | UNKNOWN |
| AXIS - DIRECTORS AND OFFICERS/ EMPLOYMENT PRACTICES/ FIDUCIARY, MCN792239012017 | UNKNOWN |
| CHARTER OAK FIRE - GENERAL LIABLITY, YSLS3F516216COF16 | UNKNOWN |
| CHARTER OAK FIRE INSURANCE COMPANY - BUSINESS AUTOMOBILE, Y8105010X344TIL16 | UNKNOWN |
| GREAT AMERICAN - EXCESS 15M UMBRELLA, EXC4101605 | UNKNOWN |
| HARTFORD - CRIME, 83KB0299597-16 | UNKNOWN |
| LLOYD'S - EXCESS D&O, ANV116458A | UNKNOWN |
| LLOYDS OF LONDON - FOREIGN GENERAL LIABILITY - CANADA, B0901EK1601345000 | UNKNOWN |
| PICC - FOREIGN PROPERTY - CHINA, ASUZL102416Q00039W | UNKNOWN |
| ST PAUL FIRE - FOREIGN CANADA - PROPERTY, UXNPT60220 | UNKNOWN |

| | Current value of debtor's interest |
|---|---|

**73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

| | |
|---|---|
| TRAVELERS - FOREIGN AUTOMOBILE (CANADA), 277JG5522 | UNKNOWN |
| TRAVELERS - FOREIGN PACKAGE, ZPP15T69021 | UNKNOWN |
| TRAVELERS - OCEAN MARINE - CHESTNUT, 11P00891 | UNKNOWN |
| TRAVELERS - OCEAN MARINE - MAURICE, 10R14333 | UNKNOWN |
| TRAVELERS INDEMNITY COMPANY - COMMERCIAL PROPERTY, KTKCMB0931N58816 | UNKNOWN |
| TRAVELERS PROPERTY CASUALTY CO - COMMERCIAL UMBRELLA - 5M, ZUP71M2083616NF | UNKNOWN |

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

| | | |
|---|---|---|
| **Nature of claim** | CIVIL LITIGATION | |
| **Amount requested** | UNDETERMINED | |
| MAURICE SPORTING GOODS V. BUCK BOMB | | UNKNOWN |
| **Nature of claim** | CIVIL LITIGATION | |
| **Amount requested** | UNDETERMINED | |
| MAURICE SPORTING GOODS V. CHRIS GRAHAM | | UNKNOWN |
| **Nature of claim** | CIVIL LITIGATION | |
| **Amount requested** | UNDETERMINED | |
| MAURICE SPORTING GOODS V. PLANO SYNERGY HOLDING, INC., AND PLANO MOLDING COMPANY | | UNKNOWN |

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

| | |
|---|---|
| **Nature of claim** | |
| **Amount requested** | |
| UNKNOWN | UNKNOWN |

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

N/A

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

| | |
|---|---|
| ADVANCE RE TRIPLE CROWN | $2,066.64 |
| ADVANCE TO OK REAL ESTATE | $157,370.26 |
| ADVANCE TO OK REAL ESTATE 2 | $5,348.85 |
| ADVANCE TO TCP TECHNY LLC | $2,007.10 |
| CASH SURRENDER VALUE OFFICER LIFE INSURANCE | $1,943.07 |
| EMPLOYEE LOAN RECEIVABLE | $7,037.58 |
| INTERCOMPANY ADVANCE FROM DANIELSON OUTDOOR COMPANY, INC. | $6,636,145.75 |
| INTERCOMPANY RECEIVABLE FROM SOUTH BEND SPORTING GOODS, INC. - FIRST SOURCE | $2,080,403.62 |
| INTERCOMPANY RECEIVABLE FROM SOUTH BEND SPORTING GOODS, INC. - RIVERS EDGE | $1,207,004.22 |
| INTEREST RECEIVABLE | $1,156.43 |
| MAURICE RETAIL SERVICE RECEIVABLE | $660,700.26 |
| MISCELLANEOUS ACCOUNT RECEIVABLE - ARCH MATERIAL HANDLING | $90,000.00 |
| MISCELLANEOUS ACCOUNT RECEIVABLE - BIG ROCK SPORTS LLC | $403,882.11 |
| VENDOR REBATE RECEIVABLE | $218,036.90 |

**78   Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.

| | $14,406,212.03 |
|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $430,396.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,234,955.87 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $15,761,706.74 | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNKNOWN | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $30,809,494.17 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,380,248.89 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,341,693.35 | |
| 88. **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | UNKNOWN |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $14,406,212.03 | |
| 91. **Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a. | $72,364,707.49 | + 91b   UNKNOWN |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $72,364,707.49 |

**Fill in this information to identify the case:**

Debtor    Maurice Sporting Goods, Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number   17-12481
(if known)

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.   1. Do any creditors have claims secured by debtor's property?

     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☒ Yes. Fill in all of the information below.

**Part 1:   List All Creditors with Secured Claims**

2.   **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name**<br>BMO HARRIS BANK, N.A.<br><br>**Creditor's mailing address**<br>111 WEST MONROE STREET<br>5TH FLOOR<br>CHICAGO, IL  60603<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes<br>    Specify each creditor, including this creditor, and its relative priority.<br>    BMO HARRIS BANK HAS SENORITY | | **Describe debtor's property that is subject to a lien**<br>ALL PROPERTY<br><br>**Describe the lien**<br>SENIOR SECURED DEBT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $45,156,510.66 | UNKNOWN |
| 2.2 | **Creditor's name**<br>BRS CANADA ACQUISTION INC<br><br>**Creditor's mailing address**<br>1698 WESTBROOK AVENUE<br>BURLINGTON, NC  27215<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | | **Describe debtor's property that is subject to a lien**<br>PURCHASED ACCOUNTS RECEIVABLE FROM REDL SALE<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|--|--|--|--|
| 2.3 | **Creditor's name**<br>GENERAL ELECTRIC CAPITAL CORPORATION<br><br>**Creditor's mailing address**<br>PO BOX 35701<br>BILLINGS, MT  59107<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>    The relative priority of creditors is specified<br>    on lines 2.1 | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS SET FORTH IN SCHEDULES TO UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.4 | **Creditor's name**<br>KONICA MINOLTA BUSINESS SOLUTIONS USA INC<br><br>**Creditor's mailing address**<br>10201 CENTURION PARKWAY NORTH<br>SUITE 100<br>JACKSONVILLE, FL  32256<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>    The relative priority of creditors is specified<br>    on lines 2.1 | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS SET FORTH IN SCHEDULES TO UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.5 | **Creditor's name**<br>MB FINANCIAL BANK, N.A.<br><br>**Creditor's mailing address**<br>6111 N. RIVER ROAD<br>ROSEMONT, IL  60018<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>    The relative priority of creditors is specified<br>    on lines 2.1 | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS SET FORTH IN SCHEDULES TO UCC FILING<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

Debtor    Maurice Sporting Goods, Inc.    Case number (if known) 17-12481
(Name)

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | **Column A** | **Column B** |
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

**2.6**

**Creditor's name**
RAYMOND LEASING CORPORATION

**Creditor's mailing address**
CORPORATE HEADQUARTERS
PO BOX 130
22 SOUTH CANAL STREET
GREENE, NY  13778

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
　The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
ALL ASSETS SET FORTH IN SCHEDULES TO UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

UNKNOWN | UNKNOWN

**2.7**

**Creditor's name**
RIVER CAPITAL FINANCE LLC

**Creditor's mailing address**
619 LINDA STREET
#100
ROCKY RIVER, OH  44116

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
　The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**
ALL ASSETS SET FORTH IN SCHEDULES TO UCC FILING

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

UNKNOWN | UNKNOWN

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $45,156,510.66

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Maurice Sporting Goods, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>17-12481</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>ARAPAHOE COUNTY PROPERTY TAX<br>5334 S. PRINCE STREET<br>LITTLETON, CO  80120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| **2.2** | **Priority creditor's name and mailing address**<br>ARAPAHOE COUNTY TREASURER<br>PO BOX 571<br>LITTLETON, CO  80160<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| **2.3** | **Priority creditor's name and mailing address**<br>ARIZONA DEPT OF REVENUE<br>PO BOX 29009<br>PHOENIX, AZ  85038<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| **Part 1:** | **Additional Page** | Total claim | Priority amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **2.4** | **Priority creditor's name and mailing address**<br>ARKANSAS EMP SECURITY DV<br>PO BOX 8007<br>#5041-76-000115290 D<br>LITTLE ROCK, AR  72203<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.5** | **Priority creditor's name and mailing address**<br>ARKANSAS OFFICE OF STATE REVENUE ADMIN.<br>1509 W 7TH ST<br>LITTLE ROCK, AR  72201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.6** | **Priority creditor's name and mailing address**<br>ARLINGTON ISD TAX<br>PO BOX 220<br>ARLINGTON, TX  76004<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.7** | **Priority creditor's name and mailing address**<br>BETSY PRICE, TAX ASSESSOR-COLLECTOR<br>PO BOX 961018<br>FORT WORTH, TX  76161<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| **2.8** | **Priority creditor's name and mailing address**<br>BURBANK CITY TREASURER<br>PO BOX 7145<br>BURBANK, CA  91510-7145<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Maurice Sporting Goods, Inc. | | | |

(Name)

| **Part 1:** | **Additional Page** | | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.9**

Priority creditor's name and mailing address

CALIFORNIA BOARD OF EQUALIZATION
450 N ST
SACRAMENTO, CA 95814

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.10**

Priority creditor's name and mailing address

CALIFORNIA FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.11**

Priority creditor's name and mailing address

CALIFORNIA STATE BOARD OF EQUALIZATION
PO BOX 942879
SACRAMENTO, CA 94279

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.12**

Priority creditor's name and mailing address

CANADA CUSTOM AND REVENUE AGENCY
275 POPE ROAD SUITE 103
SUMMERSIDE, PE C1N 6A2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.13**

Priority creditor's name and mailing address

CANADA CUSTOM AND REVENUE AGENCY
875 HERON ROAD
OTTAWA, ON K1A 1B1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.14**

**Priority creditor's name and mailing address**

CANADA MINISTRY OF FINANCE
33 KING STREET WEST
OSHAWA, ON  L1H 8H5
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

**2.15**

**Priority creditor's name and mailing address**

CANADA MINISTRY OF FINANCE
555 MACKENZIE AVENUE
7TH FLOOR
OTTAWA, ON  K1A 0L5
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

**2.16**

**Priority creditor's name and mailing address**

CANADA REVENUE AGENCY
275 POPE ROAD SUITE 103
SUMMERSIDE, PE  C1N 6A2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

**2.17**

**Priority creditor's name and mailing address**

CANADA REVENUE AGENCY
EMPLOYER SERVICES
4695-12E AVENUE
SHAWINIGAN-SUD, QC  G9N 7S6
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

**2.18**

**Priority creditor's name and mailing address**

CANADA REVENUE AGENCY
OTTAWA TAX SERVICE OFFICE
333 LAURIER AV WEST
OTTAWA, ON  K1A 0L9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.19 | **Priority creditor's name and mailing address**<br><br>CANADA REVENUE AGENCY<br>OTTAWA TAXATION CENTRE<br>875 HERON RD<br>OTTAWA, ON  K1A 1B1<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.20 | **Priority creditor's name and mailing address**<br><br>CANADA REVENUE AGENCY<br>RECEIVER GENERAL<br>875 HERON ROAD<br>OTTAWA, ON  K1A 1B1<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.21 | **Priority creditor's name and mailing address**<br><br>CANADA REVENUE AGENCY<br>RECEIVER GENERAL<br>INTERNATIONAL TAXATION OFFICE<br>2204 WALKLEY RD<br>OTTAWA, ON  K1A 1A8<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.22 | **Priority creditor's name and mailing address**<br><br>CANADA REVENUE AGENCY<br>RECEIVER GENERAL<br>TAX SERVICES OFFICE/TAX CENTRE<br>ACCT# 13851 9764 RC0001<br>SUDBURY, ON  P3A 5C1<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.23 | **Priority creditor's name and mailing address**<br><br>CANADA WORKERS COMP COMMISSION<br>146-148 FOREST RD<br>ST JOHNS, NL  A1A 3B8<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
|---|---|---|
| | (Name) | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.24**

Priority creditor's name and mailing address

CITY OF BENTONVILLE
117 W CENTRAL AVE
BENTONVILLE, AR 72712

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $896.35    Priority amount: $896.35

---

**2.25**

Priority creditor's name and mailing address

CITY OF BURNABY
BURNABY TAX OFFICE
4949 CANADA WAY
BURNABY, BC  V5G 1M2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.26**

Priority creditor's name and mailing address

CITY OF CHICAGO
DEPARTMENT OF REVENUE
PO BOX 88298
CHICAGO, IL  60680-1298

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.27**

Priority creditor's name and mailing address

CITY OF MISSISSAUGA
PO BOX 3040 STATION A
MISSISSAUGA, ON  L5A 3S4
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.28**

Priority creditor's name and mailing address

CITY OF SWEETWATER
CITY HALL
500 S.W. 109 AVENUE
SWEETWATER, FL  33174

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.29 | **Priority creditor's name and mailing address**<br>CLAYTON COUNTY-TAX COMM<br>COURTHOUSE ANNEX 3 2ND FLOOR<br>121 S MCDONOUGH STREET<br>JONESBORO, GA 30236<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.30 | **Priority creditor's name and mailing address**<br>CLAYTON TAX COMMISSIONER<br>CLAYTON COUNTY ADMINBLDG<br>1ST FLOOR<br>121 S MCDONOUGH ST<br>JONESBORO, GA 30236<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.31 | **Priority creditor's name and mailing address**<br>CLERK OF HENRY COUNTY<br>SUPERIOR COURT<br>HENRY COUNTY ADMIN BUILDING<br>140 HENRY PARKWAY<br>MCDONOUGH, GA 30253<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.32 | **Priority creditor's name and mailing address**<br>COLORADO DEPT OF REVENUE<br>DENVER, CO 80261<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.33 | **Priority creditor's name and mailing address**<br>COLORADO STATE TREASURER<br>PO BOX 956<br>DENVER, CO 80201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.34 | **Priority creditor's name and mailing address**<br>COMPTROLLER OF MARYLAND<br>80 CALVERT ST<br>ANNAPOLIS, MD 21404-0466<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.35 | **Priority creditor's name and mailing address**<br>COMPTROLLER OF MARYLAND<br>PO BOX 466<br>ANNAPOLIS, MD 21404-0466<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.36 | **Priority creditor's name and mailing address**<br>COOK COUNTY COLLECTOR<br>COOK COUNTY DEPT OF REVENUE<br>C/O ENVIRONMENTAL CONTROL<br>118 N CLARK ST ROOM 1160<br>CHICAGO, IL 60602<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.37 | **Priority creditor's name and mailing address**<br>COOK COUNTY COLLECTOR<br>COOK COUNTY DEPT OF REVENUE<br>C/O ENVIRONMENTAL CONTROL<br>25831 NETWORK PLACE<br>CHICAGO, IL 60673-1258<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.38 | **Priority creditor's name and mailing address**<br>COOK COUNTY DEPT OF REVENUE<br>USE TAX<br>PO BOX 94401<br>CHICAGO, IL 60690<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|

**2.39** | **Priority creditor's name and mailing address**
COOK COUNTY TREASURER
PO BOX 4488
CAROL STREAM, IL 60197-4488

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.40** | **Priority creditor's name and mailing address**
COOK COUNTY TREASURERS OFFICE
118 NORTH CLARK STREET
ROOM 112
CHICAGO, IL 60602

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.41** | **Priority creditor's name and mailing address**
COUNTY OF FRANKLIN
OFFICE OF THE TREASURER
102 S MAIN ST
ROCKY MOUNT, VA 24151

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.42** | **Priority creditor's name and mailing address**
COUNTY OF KENT
300 MONROE AVE NW
GRAND RAPIDS, MI 49503

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.43** | **Priority creditor's name and mailing address**
COUNTY OF TARRANT
TARRANT CO ADMIN BLDG
FT WORTH, TX 76196

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Maurice Sporting Goods, Inc. | | |
|--------|------------------------------|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.44** | **Priority creditor's name and mailing address**

CUMBERLAND COUNTY TAX BUREAU
21 WATERFORD DR STE 201
MECHANICSBURG, PA 17050

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.45** | **Priority creditor's name and mailing address**

DAKOTA COUNTY TREASURER
PO BOX 863
DAKOTA CITY, NE 68731

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.46** | **Priority creditor's name and mailing address**

DANE COUNTY EXPOSITION CENTER
1881 EXPO MALL EAST
MADISON, WI 53713

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.47** | **Priority creditor's name and mailing address**

DELAWARE DEPARTMENT OF LABOR
EMPLOYMENT TRAINING FUND TAX
PO BOX 41780
PHILADELPHIA, PA 19101-1780

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.48** | **Priority creditor's name and mailing address**

DELAWARE DIVISION OF REVENUE
20653 DUPONT BLVD
STE 2
GEORGETOWN, DE 19947

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.49 | **Priority creditor's name and mailing address**<br><br>DELAWARE DIVISION OF REVENUE<br>540 S DUPONT HIGHWAY<br>DOVER, DE 19901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.50 | **Priority creditor's name and mailing address**<br><br>DELAWARE DIVISION OF REVENUE<br>820 N FRENCH ST<br>WILMINGTON, DE 19801<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.51 | **Priority creditor's name and mailing address**<br><br>DELAWARE SECRETARY OF STATE<br>365 WEST PASSAIC STREET<br>5TH FLOOR<br>ROCHELLE PARK, NJ 7662<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.52 | **Priority creditor's name and mailing address**<br><br>DELAWARE SECRETARY OF STATE<br>DEPARTMENT OF STATE<br>PO BOX 898<br>DOVER, DE 19903<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.53 | **Priority creditor's name and mailing address**<br><br>DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX<br>P.O. BOX 898<br>DOVER, DE 19903<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|
| | | **Total claim** | **Priority amount** |

| 2.54 | **Priority creditor's name and mailing address**<br>DELAWARE SECRETARY OF STATE<br>STATE OF DELAWARE<br>PO BOX 74072<br>BALTIMORE, MD 21274-4072<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.55 | **Priority creditor's name and mailing address**<br>DENVER MANAGER OF REVENUE<br>PO BOX 17660<br>DENVER, CO 80217<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.56 | **Priority creditor's name and mailing address**<br>DEPARTMENT OF FINANCE & ADMIN<br>INCOME TAX SECTION<br>PO BOX 9941<br>#36 2473399<br>LITTLE ROCK, AR 72203-9941<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.57 | **Priority creditor's name and mailing address**<br>DEPARTMENT OF REVENUE<br>PO BOX 105499<br>ATLANTA, GA 30348-5499<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.58 | **Priority creditor's name and mailing address**<br>DEPARTMENT OF REVENUE<br>STATE OF WASHINGTON<br>PO BOX 34054<br>SEATTLE, WA 98124-1054<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | **Total claim** | **Priority amount** |

| | | | | |
|---|---|---|---|---|
| 2.59 | **Priority creditor's name and mailing address**<br><br>DEPARTMENT OF TAX AND REVENUE<br>POST OFFICE BOX 2745<br>CHARLESTON, WV 25330-2745<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.60 | **Priority creditor's name and mailing address**<br><br>DEPT OF FINANCE AND ADMIN<br>CORPORATION INCOME TAX SECTION<br>PO BOX 919<br>FM AR1155<br>LITTLE ROCK, AR 72203<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.61 | **Priority creditor's name and mailing address**<br><br>FLORIDA DEPARTMENT OF REVENUE<br>CONSUMER SERVICES<br>2005 APALACHEE PARKWAY<br>TALLAHASSEE, FL 32399-6500<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.62 | **Priority creditor's name and mailing address**<br><br>FLORIDA DEPARTMENT OF REVENUE<br>P.O. BOX 3000<br>TALLAHASSEE, FL 32315-3000<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.63 | **Priority creditor's name and mailing address**<br><br>FLORIDA DEPARTMENT OF REVENUE<br>SALES & USE TAX<br>5050 WEST TENNESSEE STREET<br>TALLAHASSEE, FL 32399<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.64** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

FORT WORTH TAX ASSESSOR-COLLECTOR
PO BOX 961018
PIDN: 48507-37
FORTH WORTH, TX  76161

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.65** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO, CA  94257

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.66** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

FRANCHISE TAX BOARD
TREASURER'S OFFICE
PO BOX 844500
LOS ANGELES, CA  90084-4500

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.67** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

FRANKLIN COUNTY COLLECTOR
400 EAST LOCUST RM #103
UNION, MO  63084

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.68** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

FRANKLIN COUNTY FIRE EXT
PO BOX 775
SULLIVAN, MO  63080

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.69 | **Priority creditor's name and mailing address**<br><br>FUZHOU STATE TAXATION BUREAU<br>2 FUMA LU<br>FUZHOU<br>CHINA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.70 | **Priority creditor's name and mailing address**<br><br>GEORGIA DEPARMENT OF ECONOMIC DEVELOPMENT<br>TECHNOLOGY SQUARE<br>75 5TH ST., NW, STE 1200<br>ATLANTA, GA  30308<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.71 | **Priority creditor's name and mailing address**<br><br>GEORGIA DEPARTMENT OF LABOR<br>C/O AMY BURNS UI FLD TAX AUDI<br>409 ARROWHEAD BLVD STE A-1<br>JONESBORO, GA  30236<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.72 | **Priority creditor's name and mailing address**<br><br>GEORGIA DEPARTMENT OF REVENUE<br>140 HENRY PARKWAY<br>MCDONOUGH, GA  30253<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.73 | **Priority creditor's name and mailing address**<br><br>GEORGIA DEPARTMENT OF REVENUE<br>1800 CENTURY BLVD., NE<br>ATLANTA, GA  30345<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | **Total claim** | **Priority amount** |

| 2.74 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | GEORGIA DEPARTMENT OF REVENUE PROCESSING CENTER PO BOX 740387 ATLANTA, GA  30374 | ☑ Contingent ☑ Unliquidated ☑ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TAX AGENCY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

| 2.75 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | GEORGIA DEPARTMENT OF REVENUE UNCLAIMED PROPERTY SECTION 4245 INTERNATIONAL PARKWAY HAPEVILLE, GA  30354-3918 | ☑ Contingent ☑ Unliquidated ☑ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TAX AGENCY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

| 2.76 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | GEORGIA DEPT OF REVENUE PO BOX 30334 ATLANTA, GA  30334 | ☑ Contingent ☑ Unliquidated ☑ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TAX AGENCY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

| 2.77 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | GEORGIA INCOME TAX DIVISION DEPT OF REVENUE PO BOX 105499 ATLANTA, GA  30348-5499 | ☑ Contingent ☑ Unliquidated ☑ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TAX AGENCY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

| 2.78 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | GEORGIA SECRETARY OF STATE PO BOX 105607 ATLANTA, GA  30348-5607 | ☑ Contingent ☑ Unliquidated ☑ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TAX AGENCY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
| | (Name) | |

**Part 1:**  **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.79**  **Priority creditor's name and mailing address**

GEORGIA SECRETARY OF STATE
STATE OF GEORGIA
SUITE 315 WEST TOWER
2 MARTIN LUTHER KING JR DR
ATLANTA, GA  30334-1530

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

**2.80**  **Priority creditor's name and mailing address**

HAWAII DEPT OF TAXATION
3060 EIWA STREET #105
LIHUE, HI  96766-1889

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

**2.81**  **Priority creditor's name and mailing address**

HAWAII DEPT OF TAXATION
54 S. HIGH STREET #208
WAILUKU, HI  96793-2198

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

**2.82**  **Priority creditor's name and mailing address**

HAWAII DEPT OF TAXATION
75 AUPUNI STREET #101
HILO, HI  96720-4245

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

**2.83**  **Priority creditor's name and mailing address**

HAWAII DEPT OF TAXATION
PO BOX 259
HONOLULU, HI  96809-0259

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.84** | **Priority creditor's name and mailing address**

HAWAII DEPT OF TAXATION
PO BOX 275
KAUNAKAKAI, HI 96748

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.85** | **Priority creditor's name and mailing address**

HAWAII STATE TAX COLLECTOR
HAWAII DEPARTMENT OF TAXATION
PO BOX 1425
HONOLULU, HI 96806-1425

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.86** | **Priority creditor's name and mailing address**

HENRY COUNTY
100 WINDY HILL RD STE B
MCDONOUGH, GA 30253

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.87** | **Priority creditor's name and mailing address**

HENRY COUNTY
EMERGENCY COMMUNICATIONS
100 HENRY PARKWAY
MCDONOUGH, GA 30253

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.88** | **Priority creditor's name and mailing address**

HENRY COUNTY BOARD OF COMMISS
100 HENRY PARKWAY
MCDONOUGH, GA 30253

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481-CSS |
| --- | --- | --- |
| | (Name) | |

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.89** | **Priority creditor's name and mailing address**
HENRY COUNTY TAX COMMISSIONER
140 HENRY PARKWAY
MCDONOUGH, GA  30253

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.90** | **Priority creditor's name and mailing address**
HENRY COUNTY WATER & SEWER
1695 HWY 20 W
MCDONOUGH, GA  30253

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.91** | **Priority creditor's name and mailing address**
IL SECRETARY OF STATE
DEPT OF BUSINESS
501 SOUTH 2ND STREET RM 350
F5949-176-8
SPRINGFIELD, IL  62756-5510

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.92** | **Priority creditor's name and mailing address**
ILLINOIS DEPARTMENT OF REVENUE
15 EXECUTIVE DR STE 2
FAIRVIEW HEIGHTS, IL  62208-1331

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.93** | **Priority creditor's name and mailing address**
ILLINOIS DEPARTMENT OF REVENUE
200 S WYMAN ST
ROCKFORD, IL  61101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.94 | **Priority creditor's name and mailing address**<br><br>ILLINOIS DEPARTMENT OF REVENUE<br>2309 W MAIN ST STE 114<br>MARION, IL 62959-1196<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.95 | **Priority creditor's name and mailing address**<br><br>ILLINOIS DEPARTMENT OF REVENUE<br>9730 SWESTERN AVRM304<br>EVERGREEN PARK, IL 60642<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.96 | **Priority creditor's name and mailing address**<br><br>ILLINOIS DEPARTMENT OF REVENUE<br>JAMES R. THOMPSON CTR - CONCOURSE LVL<br>100 W RANDOLPH ST<br>CHICAGO, IL 60601-3274<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.97 | **Priority creditor's name and mailing address**<br><br>ILLINOIS DEPARTMENT OF REVENUE<br>MAINE N REGIONAL BLDG<br>9511 HARRISON AVE<br>DES PLAINES, IL 60016-1523<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.98 | **Priority creditor's name and mailing address**<br><br>ILLINOIS DEPARTMENT OF REVENUE<br>MAINE N REGIONAL BLDG<br>9511 HARRISON AVE<br>DES PLAINES, IL 60016-1563<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.99** 

**Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
OFFICE COLLECTION UNIT
PO BOX 64449
CHICAGO, IL 60664

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.100**

**Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19006
SPRINGFIELD, IL 62794-9006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.101**

**Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19032
SPRINGFIELD, IL 62794-9032

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.102**

**Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 4051
SPRINGFIELD, IL 62708

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.103**

**Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 4051
MSG# 36-2473399
SPRINGFIELD, IL 62708

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) | 17-12481 |
| | (Name) | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.104** | **Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 5600
CHICAGO, IL  60680-5600

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.105** | **Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 88294
MSG 501 #1000-1735
CHICAGO, IL  60680

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.106** | **Priority creditor's name and mailing address**

ILLINOIS DEPARTMENT OF REVENUE
WILLARD ICE BLDG
101 W JEFFERSON ST.
SPRINGFIELD, IL  62702

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.107** | **Priority creditor's name and mailing address**

ILLINOIS SECRETARY OF STATE
3701 WINCHESTER RD
SPRINGFIELD, IL  62707-9700

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.108** | **Priority creditor's name and mailing address**

ILLINOIS SECRETARY OF STATE
DEPT OF BUSINESS
SPRINGFIELD, IL  62756

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.109** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

Check all that apply.

ILLINOIS SECRETARY OF STATE
DEPT OF BUSINESS SERVICES
FILE# 5949-176-8
SPRINGFIELD, IL 62756

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.110** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

Check all that apply.

ILLINOIS SECRETARY OF STATE
DEPT OF BUSINESS SERVICES
FILE# 5981-680-2
SPRINGFIELD, IL 62756

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.111** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

Check all that apply.

ILLINOIS SECRETARY OF STATE
INDEX DEPARTMENT
SPRINGFIELD, IL 62756

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.112** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

Check all that apply.

ILLINOIS SECRETARY OF STATE
LIMITED LIABILITY COMPANY DIV
L.L.C. FILE# 00027154
SPRINGFIELD, IL 62756-5200

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.113** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

Check all that apply.

ILLINOIS SECRETARY OF STATE
UNIFORM COMMERCIAL CODE DIVIS
501 S SECOND STR RM 350W
SPRINGFIELD, IL 62756

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| Debtor | Maurice Sporting Goods, Inc. | | | | | Case number (if known) 17-12481 |
|---|---|---|---|---|---|---|
| | (Name) | | | | | |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| 2.114 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | UNKNOWN | UNKNOWN |

**2.114**

**Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA  19101-7346

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.115**

**Priority creditor's name and mailing address**

JESSE WHITE, SECRETARY OF STATE
DEPARTMENT OF BUSINESS SERVICE
501 S 2ND STREET
SPRINGFIELD, IL  62756-5510

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.116**

**Priority creditor's name and mailing address**

JESSE WHITE, SECRETARY OF STATE
DEPT OF BUSINESS SERVICE
FILE# 5949-177-6
SPRINGFIELD, IL  62756-5510

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.117**

**Priority creditor's name and mailing address**

JIANGSU PROVINCIAL OFFICE
NO.29 EAST BEIJING ROAD
NANJING CITY
JIANGSU PROVINCE
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.118**

**Priority creditor's name and mailing address**

KANSAS DEPT OF REVENUE
DOCKING STATE OFFICE BLD
W-050051-9045
TOPEKA, KS  66625

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
|--------|------------------------------|---------------------------------|
| | (Name) | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.119** | **Priority creditor's name and mailing address**
KANSAS DEPT OF REVENUE
PO BOX 12001
# B000923608
TOPEKA, KS 66612-2001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.120** | **Priority creditor's name and mailing address**
KENTUCKY STATE TREASURER
REVENUE CABINET
FRANKFORT, KY 40620

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.121** | **Priority creditor's name and mailing address**
KING COUNTY FINANCE DIV
500 4TH AVE #600
SEATTLE, WA 98104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.122** | **Priority creditor's name and mailing address**
LAKE COUNTY ELECTRIC CO
38205 N CHARLESTON RD
WAUKEGAN, IL 60087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.123** | **Priority creditor's name and mailing address**
LANCASTER COUNTY CTC
ATTN: DEB DIEUGENIO
PO BOX 537
432 OLD MARKET ST
MOUNT JOY, PA 17552

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.124 | **Priority creditor's name and mailing address**<br>LANCASTER COUNTY TREASURER<br>50 NORTH DUKE STREET<br>PO BOX 83480<br>LANCASTER, PA 17608-3480<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.125 | **Priority creditor's name and mailing address**<br>MASS DIV OF EMPLOY SEC<br>19 STANIFORD STTAX DEPT<br>BOSTON, MA 2114<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.126 | **Priority creditor's name and mailing address**<br>MASSACHUSETTS DEPARTMENT OF REVENUE<br>DIVISION OF LOCAL SERVICES<br>100 CAMBRIDGE ST, 6TH FL<br>BOSTON, MA 02114-9569<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.127 | **Priority creditor's name and mailing address**<br>MASSACHUSETTS DEPARTMENT OF REVENUE<br>DIVISION OF LOCAL SERVICES<br>PO BOX 9569<br>BOSTON, MA 02114-9569<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.128 | **Priority creditor's name and mailing address**<br>MIAMI-DADE COUNTY<br>TAX COLLECTOR<br>LOCAL BUSINESS TAX SECTION<br>140 WEST FLAGER ST ROOM 1407<br>MIAMI, FL 33130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481-CSS |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.129** **Priority creditor's name and mailing address**

MIAMI-DADE LOCAL BUSINESS TAX SECTION
MIAMI-DADE TAX COLLECTOR
200 NW 2ND AVENUE
MIAMI, FL 33128

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.130** **Priority creditor's name and mailing address**

MICHIGAN DEPT OF TREASURY
CUSTOMER CONTACT DIVISION, MBT UNIT
PO BOX 30059
LANSING, MI 48909

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.131** **Priority creditor's name and mailing address**

MICHIGAN DEPT OF TREASURY
DEPT 77889
PO BOX 78000
DETROIT, MI 48277-2889

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.132** **Priority creditor's name and mailing address**

MICHIGAN DEPT OF TREASURY
PO BOX 30059
LANSING, MI 48909

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.133** **Priority creditor's name and mailing address**

MICHIGAN DEPT OF TREASURY
PO BOX 30207
LANSING, MI 48909

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Maurice Sporting Goods, Inc. | | |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.134**

**Priority creditor's name and mailing address**

MICHIGAN TREASURY COLLECTIONS
PO BOX 30199
LANSING, MI  48909

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.135**

**Priority creditor's name and mailing address**

MINISTER OF FINANCE (ONTARIO)
CORPORATIONS TAX BRANCH
PO BOX 620 (CT)
ACCOUNT# 3081349
OSHAWA, ON  L1H 8E9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.136**

**Priority creditor's name and mailing address**

MINISTRY OF REVENUE (ONTARIO)
CORPORATION TAX
33 KING STREET WEST
PO BOX 620
OSHAWA, ON  L1H 8E9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.137**

**Priority creditor's name and mailing address**

MINNESOTA REVENUE
MAIL STATION 1275
#36 2473399
ST PAUL, MN  55145-1275

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.138**

**Priority creditor's name and mailing address**

MISSOURI DEPARTMENT OF REVENUE
HARRY S TRUMAN STATE OFFICE BLDG
301 W HIGH ST, RM 102
JEFFERSON CITY, MO  65101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Part 1: | Additional Page | | | |
|---------|-----------------|--|--|--|
| | | | Total claim | Priority amount |

**2.139** | **Priority creditor's name and mailing address**

MISSOURI DEPARTMENT OF REVENUE
PO BOX 999
JEFERSON CITY, MO  65108-0999

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.140** | **Priority creditor's name and mailing address**

MISSOURI DEPARTMENT OF REVENUE
TAXATION DIVISION
PO BOX 555
JEFFERSON CITY, MO  65105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.141** | **Priority creditor's name and mailing address**

MISSOURI DIRECTOR OF REVENUE
PO BOX 778
JEFFERSON CITY, MO  65102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.142** | **Priority creditor's name and mailing address**

MISSOURI DIV EMPLOY SECURITY
PO BOX 888
JEFFERSON CITY, MO  65102-0888

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.143** | **Priority creditor's name and mailing address**

MONTANA DEPT OF REVENUE
PO BOX 5835
HELENA, MT  59604-5835

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) | 17-12481 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.144 | **Priority creditor's name and mailing address**<br>MONTANA WORK COMP PAYROLL TAX<br>PO BOX 8007<br>HELENA, MT  59604-8007<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.145 | **Priority creditor's name and mailing address**<br>NEBRASKA DEPARTMENT OF REVENUE<br>200 S SILBER ST<br>NORTH PLATTE, NE  69101-4200<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.146 | **Priority creditor's name and mailing address**<br>NEBRASKA DEPARTMENT OF REVENUE<br>304 N 5TH ST, STE D<br>NORFOLK, NE  68701-4091<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.147 | **Priority creditor's name and mailing address**<br>NEBRASKA DEPARTMENT OF REVENUE<br>505A BROADWAY STE 800<br>SCOTTSBLUFF, NE  69361<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.148 | **Priority creditor's name and mailing address**<br>NEBRASKA DEPARTMENT OF REVENUE<br>NEBRASKA STATE OFFICE BLDG<br>1313 FARNAM ST STE 100<br>OMAHA, NE  68102-1836<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481-CSS |
|--------|------------------------------|--------------------------------------|
|        | (Name)                       |                                      |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.149** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN

NEBRASKA DEPARTMENT OF REVENUE
PO BOX 94818
LINCOLN, NE  68509-4818

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.150** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN

NEBRASKA SECRETARY OF STATE
1301 STATE CAPITOL
PO BOX 94608
LINCOLN, NE  68509-4608

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.151** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN

NEBRASKA SECRETARY OF STATE
STATE OF NEBRASKA
1445 K STREET ROOM 1301
LINCOLN, NE  68509

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.152** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN

NEBRASKA UNEMP INS DIV
BOX 94600
LINCOLN, NE  68509

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.153** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN | UNKNOWN

NEVADA DEPARTMENT OF TAXATION
1550 COLLEGE PKWY
STE 115
CARSON CITY, NV  89706

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAX AGENCY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| | | | |
|---|---|---|---|
| 2.154 | **Priority creditor's name and mailing address**<br>NEVADA DEPARTMENT OF TAXATION<br>2550 PASEO VERDE<br>STE 180<br>HENDERSON, NV 89074<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.155 | **Priority creditor's name and mailing address**<br>NEVADA DEPARTMENT OF TAXATION<br>4600 KIETZKE LANE<br>BLDG L, STE 235<br>RENO, NV 89502<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.156 | **Priority creditor's name and mailing address**<br>NEVADA DEPARTMENT OF TAXATION<br>GRANT SAWYER OFFICE BLDG<br>555 E WASHINGTON AVE, STE 1300<br>LAS VEGAS, NV 89101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.157 | **Priority creditor's name and mailing address**<br>NEVADA DEPARTMENT OF TAXATION<br>PO BOX 52674<br>PHOENIX, AZ 85072-2674<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.158 | **Priority creditor's name and mailing address**<br>NEVADA SECRETARY OF STATE<br>202 NORTH CARSON ST<br>CARSON CITY, NV 89701-4201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |

**2.159** | **Priority creditor's name and mailing address**

NEVADA SECRETARY OF STATE
CAPITAL COMPLEX
CARSON CITY, NV  89710

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.160** | **Priority creditor's name and mailing address**

NEW MEXICO DEPARTMENT OF TAXATION
1100 S ST FRANCIS DRIVE
PO BOX 630
SANTA FE, NM  87504-0630

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.161** | **Priority creditor's name and mailing address**

NEW MEXICO TAXATION & REV DEPT
PO BOX 25128
SANTA FE, NM  87504-5128

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.162** | **Priority creditor's name and mailing address**

NEW MEXICO TAXATION & REV DEPT
PO BOX 630
#1422461
SANTA FE, NM  87504-2527

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.163** | **Priority creditor's name and mailing address**

NEW YORK DEPT OF TAXATION
TAX COMPLIANCE DIVISION
O S UNIT BLDG 8 ROOM 709
ALBANY, NY  12227

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.164 | **Priority creditor's name and mailing address**<br>NEW YORK DEPT OF TAXATION<br>TAX COMPLIANCE DIVISION<br>PO BOX 1912<br>ALBANY, NY  12201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.165 | **Priority creditor's name and mailing address**<br>OHIO BUREAU OF WORKERS'<br>COMPENSATION<br>30 E BROAD STREET<br>22ND FLOOR<br>COLUMBUS, OH  43215<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.166 | **Priority creditor's name and mailing address**<br>OHIO DEPARTMENT OF TAXATION<br>4485 NORTHLAND RIDGE BLVD<br>COLUMBUS, OH  43229<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.167 | **Priority creditor's name and mailing address**<br>OHIO STATE INS FUND<br>30 W. SPRING ST<br>COLUMBUS, OH  43215-2256<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.168 | **Priority creditor's name and mailing address**<br>OREGON DEPARTMENT OF REVENUE<br>PO BOX 14800<br>SALEM, OR  97309<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.169** **Priority creditor's name and mailing address**
OSAGE TAX COMMISSION
220 WEST MANI
PAWHUSKA, OK 74056

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.170** **Priority creditor's name and mailing address**
PENNSYLVANIA DEPARTMENT OF REVENUE
11 PARKWAY CTR, STE 175
875 GREENTREE RD
PITTSBURGH, PA 15220

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.171** **Priority creditor's name and mailing address**
PENNSYLVANIA DEPARTMENT OF REVENUE
110 N 8TH ST
STE 204A
PHILADELPHIA, PA 19107-2412

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.172** **Priority creditor's name and mailing address**
PENNSYLVANIA DEPARTMENT OF REVENUE
15 W THIRD ST
SECOND FL
GREENSBURG, PA 15601-3003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.173** **Priority creditor's name and mailing address**
PENNSYLVANIA DEPARTMENT OF REVENUE
411 7TH AVE, ROOM 420
PITTSBURGH, PA 15219-1905

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

Debtor  Maurice Sporting Goods, Inc.

(Name)

Case number (if known) 17-12481

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.174 | **Priority creditor's name and mailing address**<br>PENNSYLVANIA DEPARTMENT OF REVENUE<br>419 AVENUE OF THE STATES<br>6TH FL., STE 602<br>CHESTER, PA 19013-451<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.175 | **Priority creditor's name and mailing address**<br>PENNSYLVANIA DEPARTMENT OF REVENUE<br>425 MAIN ST<br>JOHNSTOWN, PA 15901-1808<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.176 | **Priority creditor's name and mailing address**<br>PENNSYLVANIA DEPARTMENT OF REVENUE<br>448 W 11TH ST<br>ERIE, PA 16501-1501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.177 | **Priority creditor's name and mailing address**<br>PENNSYLVANIA DEPARTMENT OF REVENUE<br>535 CHESTNUT ST<br>SUNBURY, PA 17801-2834<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.178 | **Priority creditor's name and mailing address**<br>PENNSYLVANIA DEPARTMENT OF REVENUE<br>555 UNION BLVD<br>ALLENTOWN, PA 18109-3389<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Maurice Sporting Goods, Inc. | | Case number (if known) | 17-12481-CSS |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.179**

**Priority creditor's name and mailing address**

PENNSYLVANIA DEPARTMENT OF REVENUE
5TH FL STRAWBERRY SQ
HARRISBURG, PA  17128-0605

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.180**

**Priority creditor's name and mailing address**

PENNSYLVANIA DEPARTMENT OF REVENUE
625 CHERRY ST
READING, PA  19602-1186

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.181**

**Priority creditor's name and mailing address**

PENNSYLVANIA DEPARTMENT OF REVENUE
BANK TOWERS
207 WYOMING AVE
SCRANTON, PA  18503-1427

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.182**

**Priority creditor's name and mailing address**

PENNSYLVANIA DEPARTMENT OF REVENUE
BUREAU OF CORPORATION TAXES
PO BOX 280422
HARRISBURG, PA  17128

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.183**

**Priority creditor's name and mailing address**

PENNSYLVANIA DEPARTMENT OF REVENUE
COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF CORP TAXES - DEPT 280701
HARRISBURG, PA  17128

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.184**  **Priority creditor's name and mailing address**

PENNSYLVANIA DEPARTMENT OF REVENUE
PHILADELPHIA NORTHE DISTRICT
3240 RED LION RD
PHILADELPHIA, PA  19114-1109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN   UNKNOWN

---

**2.185**  **Priority creditor's name and mailing address**

PENNSYLVANIA DEPARTMENT OF REVENUE
PO BOX 280423
FM REV-853
HARRISBURG, PA  17128

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN   UNKNOWN

---

**2.186**  **Priority creditor's name and mailing address**

PENNSYLVANIA DEPARTMENT OF REVENUE
STONY CREEK OFFICE CENTER
151 W MARSHALL ST., SECOND FL
NORRISTOWN, PA  19401-4739

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN   UNKNOWN

---

**2.187**  **Priority creditor's name and mailing address**

RECIEVER GENERAL FOR CANADA
REVENUE CANADA C E & TAX
PO BOX 10 STATION A
TORONTO, ON  M5W 1A3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN   UNKNOWN

---

**2.188**  **Priority creditor's name and mailing address**

REVENUE DIVISION
PO BOX 2666
DEPT.OF TAX & REVENU
CHARLESTON, WV  25330-2666

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN   UNKNOWN

| | | (Name) | | Case number (if known) 17-12481-CSS |

---

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.189 | **Priority creditor's name and mailing address**<br>ROBERT H GIESE<br>DAKOTA COUNTY TREASURER<br>PO BOX 863<br>DAKOTA CITY, NE 68731<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.190 | **Priority creditor's name and mailing address**<br>SOUTH DAKOTA DEPARTMENT OF REVEUNE<br>445 E CAPITOL AVE<br>PIERRE, SD 57501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.191 | **Priority creditor's name and mailing address**<br>STATE ADMINISTRATION OF TAXATION<br>PEOPLE'S REPUBLIC OF CHINA<br>YANG FANG XI LU NO. 5<br>HAIDIAN DISTRICT<br>BEIJING 100038<br>CHINA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.192 | **Priority creditor's name and mailing address**<br>STATE OF CAL FRANCHISE TAX BD<br>PO BOX 942857<br>SACRAMENTO, CA 94257-2021<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.193 | **Priority creditor's name and mailing address**<br>STATE OF CALIFORNIA BOARD<br>OF EQUALIZATION<br>PO BOX 942879<br>ACCT: 100-561222<br>SACRAMENTO, CA 94279<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor   Maurice Sporting Goods, Inc.
         (Name)

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.194** **Priority creditor's name and mailing address**

STATE OF CT DEPT OF LABOR
ADMIN OF UNEMP COMP
PO BOX 2940
#92-721-37
HARTFORD, CT  6101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.195** **Priority creditor's name and mailing address**

STATE OF CT DEPT OF LABOR
ADMIN OF UNEMP COMP
PO BOX 5079
#92-721-37
HARTFORD, CT  6102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.196** **Priority creditor's name and mailing address**

STATE OF HEW HAMPSHIRE
32 S MAIN STREET
DEPT.OF EMPLOY.SECUR
CONCORD, NH  03301-4857

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.197** **Priority creditor's name and mailing address**

STATE OF NEVADA
BUSINESS LICENSE RENEWAL
PO BOX 52614
PHOENIX, AZ  85072-2614

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.198** **Priority creditor's name and mailing address**

STATE OF NEVADA
DEPT OF TAXATION
1550 E COLLEGE PKWY NO 115
CARSON CITY, NV  89706-7937

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.199 | **Priority creditor's name and mailing address**<br><br>STATE OF NEVADA<br>OFFICE OF THE TREASURER<br>555 E WASHINGTON AVE STE 4200<br>LAS VEGAS, NV 89101-1070<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.200 | **Priority creditor's name and mailing address**<br><br>STATE OF NEVADA LABOR COMMIS<br>1445 HOT SPRINGS RD SUITE 108<br>CARSON CITY, NV 89710<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.201 | **Priority creditor's name and mailing address**<br><br>STATE OF NEW JERSEY<br>DEPARTMENT OF LABOR<br>PO BOX 929<br>TRENTON, NJ 8646<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.202 | **Priority creditor's name and mailing address**<br><br>STATE OF NEW JERSEY<br>DIVISION OF ADMINISTRATION<br>PO BOX 311<br>TRENTON, NJ 08625-0211<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.203 | **Priority creditor's name and mailing address**<br><br>STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>PO BOX 002<br>TRENTON, NJ 08625-0002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | **Additional Page** |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.204 | **Priority creditor's name and mailing address**<br><br>STATE OF NEW JERSEY<br>DIVISION OF TAXATION, BANKRUPTCY SECTION<br>PO BOX 245<br>TRENTON, NJ  08695-0245<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.205 | **Priority creditor's name and mailing address**<br><br>STATE OF NH UC-FUND<br>PO BOX 2058<br>CONCORD, NH  3302<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.206 | **Priority creditor's name and mailing address**<br><br>STATE OF WASHINGTON<br>SECRETARY OF STATE<br>801 CAPITAL WAY SOUTH<br>PO BOX 40234<br>OLYMPIA, WA  98504<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.207 | **Priority creditor's name and mailing address**<br><br>TENNESSEE DEPT OF REVENUE<br>500 DEADERICK ST<br>ANDREW JACKSON BLDG<br>NASHVILLE, TN  37242<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.208 | **Priority creditor's name and mailing address**<br><br>TENNESSEE DEPT OF REVENUE<br>ATTN: LINDA GRAY<br>TAX ENFORCEMENT DIVISION<br>500 DEADERICK STREET<br>NASHVILLE, TN  37242<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.209** **Priority creditor's name and mailing address**

TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
LYNDON B JOHNSON STATE OFFICE BLDG
111 E 17TH ST
AUSTIN, TX  78774

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.210** **Priority creditor's name and mailing address**

TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
PO BOX 13528
CAPITOL STATION
AUSTIN, TX  78711-3528

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.211** **Priority creditor's name and mailing address**

TEXAS STATE TREASURER
COMPTROLLER PUBLIC ACCTS
AUSTIN, TX  78774

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.212** **Priority creditor's name and mailing address**

TEXAS STATE TREASURER
TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
111 EAST 17TH STREET
AUSTIN, TX  78774

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.213** **Priority creditor's name and mailing address**

TEXAS WATER COMMISSION
PO BOX 100580
HOUSTON, TX  77212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor    Maurice Sporting Goods, Inc.    Case number (if known) 17-12481

(Name)

| Part 1: | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.214 | **Priority creditor's name and mailing address**<br><br>TREASUER STATE OF MAINE<br>PO BOX 9114<br>AUGUSTA, ME 4332<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.215 | **Priority creditor's name and mailing address**<br><br>TREASURER CITY AND COUNTY<br>OF DENVER<br>TREASURY DIVISION<br>PO BOX 17660 144 W COLFAX AVE<br>DENVER, CO 80217<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.216 | **Priority creditor's name and mailing address**<br><br>TREASURER STATE OF MAINE<br>DEPT OF HUMAN SERVICES<br>ACC# 02604751P<br>RODERICK INGALLS<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.217 | **Priority creditor's name and mailing address**<br><br>UNITED STATES TREASURY<br>INTERNAL REVENUE SERV CENTER<br>CINCINNATI, OH 45999<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.218 | **Priority creditor's name and mailing address**<br><br>US TREASURY OFFICE<br>1122 TOWN & COUNTRY COMMENS<br>CHESTERFIELD, MO 63017<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Maurice Sporting Goods, Inc. | |
|---|---|---|
| | (Name) | |

Case number (if known) 17-12310

| **Part 1:** | **Additional Page** | | | Total claim | Priority amount |
|---|---|---|---|---|---|

| 2.219 | **Priority creditor's name and mailing address**<br>UTAH STATE TAX COMMISSION<br>210 N 1950 W<br>SALT LAKE CITY, UT  84134<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
|---|---|---|---|
| 2.220 | **Priority creditor's name and mailing address**<br>VANCOUVER REAL ESTATE TAX<br>CITY HALL<br>453 WEST 12TH AVENUE<br>VANCOUVER, BC  V5Y 1V4<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.221 | **Priority creditor's name and mailing address**<br>VIRGINIA EMPL COMMISSION<br>PO BOX 1358<br>#0003017087 MSG<br>RICHMOND, VA  23211<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.222 | **Priority creditor's name and mailing address**<br>WASHINGTON DEPARTMENT OF REVENUE<br>PO BOX 34054<br>SEATTLE, WA  98124-1054<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.223 | **Priority creditor's name and mailing address**<br>WASHINGTON DEPARTMENT OF REVENUE<br>PO BOX 47476<br>OLYMPIA, WA  98504-7476<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|

**2.224** | **Priority creditor's name and mailing address**

WASHINGTON DEPARTMENT OF REVENUE
PO BOX 47478
OLYMPIA, WA  98504-7478

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.225** | **Priority creditor's name and mailing address**

WASHINGTON SECRETARY OF STATE
CORPORATION DIVISION
801 CAPITOL WAY SOUTH
PO BOX 40234
OLYMPIA, WA  98504

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.226** | **Priority creditor's name and mailing address**

WASHINGTON STATE DEPARTMENT
OF REVENUE
PO BOX 34051
REGSTR#601 285 492
SEATTLE, WA  98124-1051

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.227** | **Priority creditor's name and mailing address**

WASHINGTON STATE DEPT OF LABOR &
INDUSTRIES
PO BOX 44000
OLYMPIA, WA  98504-4000

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.228** | **Priority creditor's name and mailing address**

WASHINGTON STATE FUND
PO BOX 44199
DEPT. OF LABOR & IND
OLYMPIA, WA  98504-4199

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.229** | **Priority creditor's name and mailing address**
WASHINGTON STATE TREASURER
MASTER LICENSE SERVICES
PO BOX 9034
DEPT OF LICENSING
OLYMPIA, WA 98507-9034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.230** | **Priority creditor's name and mailing address**
WASHOE COUNTY TREASURER
PO BOX 30039
RENO, NV 89520

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.231** | **Priority creditor's name and mailing address**
WEST VIRGINIA STATE TAX DEPT
INTERNAL AUDITING DIVISION
PO BOX 11751
WV/SPF-100T
CHARLESTON, WV 25339-1751

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.232** | **Priority creditor's name and mailing address**
WISCONSIN DEPARTMENT OF REVENUE
2135 RIMROCK RD
MADISON, WI 53713

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.233** | **Priority creditor's name and mailing address**
WISCONSIN DEPT OF REVENUE
PO BOX 8901
MADISON, WI 53708

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX AGENCY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.234 | **Priority creditor's name and mailing address**<br><br>WISCONSIN DEPT OF REVENUE<br>PO BOX 930208<br>MILWAUKEE, WI  53293<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX AGENCY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>92959774 QUEBEC INC<br>122 RUE DES ECOLIERS<br>ST VICTOR BEAUCE, QC  G0M 2B0<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15,116.04 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br><br>ABC EXPORT IMPORT LTD.<br>25889 38TH AVE<br>ALDERGROVE, BC  V4W 2R4<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15,763.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br><br>ABSOLUTE OUTDOOR INC.<br>DEPT L-3225<br>COLUMBUS, OH  43260<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,094.13 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br><br>ABSOLUTELY FLOWERS<br>OF MCDONOUGH INC<br>206 KEYS FERRY ST<br>MCDONOUGH, GA  30253<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $99.08 |

| **Part 2:** | Additional Page |
| --- | --- |

|  | **Amount of claim** |
| --- | --- |

**3.5** | **Nonpriority creditor's name and mailing address**

ABSOPURE WATER COMPANY
DEPT #938369 PO BOX 701760
PLYMOUTH, MI  48170

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$192.80

---

**3.6** | **Nonpriority creditor's name and mailing address**

ACCOUNTEMPS
FILE 73484
PO BOX 60000
SAN FRANCISCO, CA  94160-3484

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,947.71

---

**3.7** | **Nonpriority creditor's name and mailing address**

ACCOUNTING PRINCIPALS
DEPT CH 14031
PALATINE, IL  60055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,126.12

---

**3.8** | **Nonpriority creditor's name and mailing address**

ACE HARDWARE
7056 E 21ST ST
TUCSON, AZ  85710

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$169.35

---

**3.9** | **Nonpriority creditor's name and mailing address**

ADAMSBUILT FISHING
190 INDUSTRIAL WAY
FALLON, NV  89406

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$736.74

Debtor    Maurice Sporting Goods, Inc.    Case 17-12481-CSS    Doc 181    Filed 12/19/17    Case number (if known) 17-12481    Page 68 of 269

(Name)

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|

**3.10**    **Nonpriority creditor's name and mailing address**

ADMORE CREATIONS INC
5160 EXPLORER DRIVE
UNIT 38R
MISSISSAUGA, ON  L4W 4T7
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,035.52

---

**3.11**    **Nonpriority creditor's name and mailing address**

ADVANCE PEST CONTROL
11795 90TH AVE
DELTA, BC  V4C 3H5
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$114.99

---

**3.12**    **Nonpriority creditor's name and mailing address**

ADVANCE TACKLE COMPANY
05788 US 131 SOUTH
BOYNE FALLS, MI  49713

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,778.17

---

**3.13**    **Nonpriority creditor's name and mailing address**

ADVANTAGE SALES & MARKETING
PO BOX 31001-1691
PASADENA, CA  91110-1691

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,434.99

---

**3.14**    **Nonpriority creditor's name and mailing address**

AFLAC PREMIUM HOLDING
75 REMITTANCE DRIVE
SUITE 6135
CHICAGO, IL  60675-6135

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,988.90

---

Debtor    Maurice Sporting Goods, Inc.
          (Name)                                    Case number (if known)   17-12481

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.15** **Nonpriority creditor's name and mailing address**

AGC LAWN CARE INC
PO BOX 364
LEHIGH ACRES, FL  33970

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$242.55

---

**3.16** **Nonpriority creditor's name and mailing address**

AGFA CORPORATION
PO BOX 2123
CAROL STREAM, IL  60132-2123

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$587.41

---

**3.17** **Nonpriority creditor's name and mailing address**

AGRES CARIBOU LURES INC
506 LEPINE
DORVAL, QC  H9P 2V6
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,710.59

---

**3.18** **Nonpriority creditor's name and mailing address**

AIKINS MACAULAY AND
THORVALDSON LLP
30TH FLOOR 360 MAIN ST
WINNIPEG, MB  R3C 4G1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$252.03

---

**3.19** **Nonpriority creditor's name and mailing address**

AJILON PROFESSIONAL STAFFING
DEPT CH 14031
PALATINE, IL  60055-4031

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,687.01

---

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
| --- | --- | --- |
| | (Name) | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.20 | **Nonpriority creditor's name and mailing address**<br><br>ALASKA GAME BAGS, INC.<br>370 S LOWE AVE STE A-154<br>COOKEVILLE, TN 38501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,951.19 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br><br>ALECOM TECHNOLOGIES DBA<br>1001 SPINKS RD STE 230<br>FLOWER MOUND, TX 75028<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,029.18 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br><br>ALL TRADE RENTAL INC.<br>1135 MEYRSIDE DRIVE<br>MISSISSAUGA, ON L5T 1J6<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $307.30 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br><br>ALLEN COMPANY<br>PO BOX 445<br>BROOMFIELD, CO 80038<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $447,895.00 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br><br>ALLIANCE EMPLOYMENT SERVICES<br>1620 ALBION ROAD SUITE 307<br>TORONTO, ON M9V 4B4<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $633.08 |

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.25 | **Nonpriority creditor's name and mailing address**<br><br>ALTUS BRANDS LLC<br>PO BOX 4228<br>TRAVERSE CITY, MI 49685<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $27,848.34 |

| 3.26 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN FIRST AID SERVICES<br>784 CHURCH ROAD<br>ELGIN, IL 60123<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $116.63 |

| 3.27 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN FISHING WIRE<br>440 HIGHLANDS BLVD<br>COATESVILLE, PA 19320<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $129,782.37 |

| 3.28 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN LITHO, INC<br>DEPARTMENT 4106<br>CAROL STREAM, IL 60122<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,023.77 |

| 3.29 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN MAPLE, INC.<br>14020 S WESTERN AVENUE<br>GARDENA, CA 90249<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $458,055.27 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $368.96 |
|---|---|---|---|

**3.30**

**Nonpriority creditor's name and mailing address**

AMERIGAS PROPANE DBA
PO BOX 660288
DALLAS, TX 75266

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $368.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.31**

**Nonpriority creditor's name and mailing address**

AMINCO INTERNATIONAL
20571 CRESCENT BOX DR
LAKE FOREST, CA 92630

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $581,503.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.32**

**Nonpriority creditor's name and mailing address**

AMMUNITION ACCESSORIES INC.
SDS 12-0312
PO BOX 86
MINNEAPOLIS, MN 55486

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $13,811.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.33**

**Nonpriority creditor's name and mailing address**

ANASTASIA MUSICK
123 PALMETTO CIRCLE
NE PORT CHARLOTTE, FL 33952

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $275.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.34**

**Nonpriority creditor's name and mailing address**

ANASTASIA MUSICK
123 PALMETTO CIRCLE
PORT CHARLOTTE, FL 33952

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $95.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.35 | **Nonpriority creditor's name and mailing address**<br><br>ANDE<br>5409 AUSTRALIAN AVE<br>WEST PALM BEACH, FL 33407<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65,384.75 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br><br>ANDERSON PEST SOLUTIONS<br>PO BOX 600670<br>JACKSONVILLE, FL 32260<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $834.24 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br><br>ANDREW KATLIN<br>1910 TECHNY ROAD<br>NORTHBROOK, IL 60065<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>NOTE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $839,635.70 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br><br>ANGELA M MAHONEY<br>136 CROWN WALK<br>MCDONOUGH, GA 30253<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,310.49 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br><br>ANGLER HUNTER TELEVISION<br>PO BOX 2800<br>PETERBOROUGH, ON  K9J 8L5<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,350.00 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,996.80

ANGLERS RESOURCE (FUJI)
400 EAST SECTION AVE
FOLEY, AL 36535

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34,340.00

ANI-LOGICS OUTDOORS
1525 BIOSCIENCE DRIVE
WORTHINGTON, MN 56187

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $61,605.30

ANTLER KING
811 RED IRON RD
BLACK RIVER FALLS, WI 54615

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $116,906.51

ARDENT OUTDOORS
DBA BAY VIEW FUNDING
PO BOX 204703
DALLAS, TX 75320-4703

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

ARDENT TACKLE, LLC
C/O KORUS & CURTIS, LLP
ATTN: DAVID M. KORUM, KEVIN M. WHITELEY &
SHEPHERD, TAYLOR
222 S. CENTRAL AVE.
SUITE 804, ST. LOUIS MO
63105

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $498.33 |
|---|---|---|---|

3.45 **Nonpriority creditor's name and mailing address**

ARKIE LURES INC
807 S OLD MISSOURI RD
PO BOX 1460
SPRINGDALE, AR  72765

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$498.33

---

3.46 **Nonpriority creditor's name and mailing address**

ARROWHEAD PROMOTION
ACCOUNTS RECEIVABLE DEPT
1105 SE 8TH STREET
GRAND RAPIDS, MN  55744

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,257.08

---

3.47 **Nonpriority creditor's name and mailing address**

ART LICENSING
PO BOX 268
MANCHESTER CENTER, VT  05255

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$925.68

---

3.48 **Nonpriority creditor's name and mailing address**

ART LICENSING
PO BOX 268
MANCHESTER CENTER, VT  05255

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$766.56

---

3.49 **Nonpriority creditor's name and mailing address**

ARTISAN COMPLETE
ARTISAN COMPLETE
100 BENTLEY STREET
MARKHAM, ON  L3R 3L2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,161.37

---

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---:|

| 3.50 | **Nonpriority creditor's name and mailing address**<br><br>ARTISAN RETAIL COMPLETE<br>ARTISAN COMPLETE<br>100 BENTLEY STREET<br>MARKHAM, ON  L3R 3L2<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,554.95 |
|---|---|---:|
| 3.51 | **Nonpriority creditor's name and mailing address**<br><br>ARTISSIMO DESIGNS<br>2100 E GRAND AVE STE 400<br>EL SEGUNDO, CA  90245<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $230,426.79 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br><br>ASSOCIATED INTEGRATED SUPPLY<br>133 NORTH SWIFT ROAD<br>ADDISON, IL  60101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,212.35 |
| 3.53 | **Nonpriority creditor's name and mailing address**<br><br>AT&T<br>PO BOX 105068<br>ATLANTA, GA  30348-5068<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $173.89 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br><br>AT&T<br>PO BOX 105262<br>ATLANTA, GA  30348-5262<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $501.00 |

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>AT&T<br>PO BOX 105262<br>ATLANTA, GA  30348-5262<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

$263.89 (for 3.55)

| 3.56 | **Nonpriority creditor's name and mailing address**<br>AT&T<br>PO BOX 5001<br>CAROL STREAM, IL  60197-5001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

$1,296.59 (for 3.56)

| 3.57 | **Nonpriority creditor's name and mailing address**<br>AT&T<br>PO BOX 5019<br>A/C#171-792-1204 357<br>CAROL STREAM, IL  60197-5019<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

$3,404.71 (for 3.57)

| 3.58 | **Nonpriority creditor's name and mailing address**<br>AT&T<br>PO BOX 5019<br>A/C#831-000-1269 178<br>CAROL STREAM, IL  60197-5019<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

$2,216.52 (for 3.58)

| 3.59 | **Nonpriority creditor's name and mailing address**<br>AT&T<br>PO BOX 5080<br>CAROL STREAM, IL  60197-5080<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |

$1,040.32 (for 3.59)

Name

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.60** | **Nonpriority creditor's name and mailing address**
AT&T
PO BOX 5080
A/C#708 Z58-0072 609 1
CAROL STREAM, IL  60197-5080

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$569.20

---

**3.61** | **Nonpriority creditor's name and mailing address**
AT&T
PO BOX 5080
A/C#847 272-7684 258 1
CAROL STREAM, IL  60197-5080

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$185.93

---

**3.62** | **Nonpriority creditor's name and mailing address**
AT&T
PO BOX 5080
A/C#847 291-2267 941 8
CAROL STREAM, IL  60197-5080

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$858.10

---

**3.63** | **Nonpriority creditor's name and mailing address**
AT&T
PO BOX 5080
A/C#847 R19-0101 042 5
CAROL SREAM, IL  60197-5080

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$398.32

---

**3.64** | **Nonpriority creditor's name and mailing address**
AT&T
PO BOX 5091
CAROL STREAM, IL  60197-5091

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,225.88

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

3.65 **Nonpriority creditor's name and mailing address**

AT&T GLOBAL SERVICES CANADA CO
PO BOX 9266 STNA
TORONTO, ON  M5W 3M1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$649.18

---

3.66 **Nonpriority creditor's name and mailing address**

AT&T MOBILITY
PO BOX 6463
A/C#287263379864
CAROL STREAM, IL  60197-6416

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,815.65

---

3.67 **Nonpriority creditor's name and mailing address**

AT&T MOBILITY
PO BOX 6463
A/C#836803682
CAROL STREAM, IL  60197-6416

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$320.52

---

3.68 **Nonpriority creditor's name and mailing address**

AT&T TELECONFERENCE SERVICES
PO BOX 5002
CAROL STREAM, IL  60197-5002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$717.64

---

3.69 **Nonpriority creditor's name and mailing address**

ATLANTIC TAPE
PO BOX 3197
PEACHTREE CITY, GA  30269

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,962.08

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.70** **Nonpriority creditor's name and mailing address**

ATLAS-MIKE'S SALMON EGGS
P.O. BOX 608
FORT ATKINSON, WI  53538

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$578,316.08

---

**3.71** **Nonpriority creditor's name and mailing address**

AUTOMATIC FISHERMAN, LLC
1048 HARWOOD AVE
GREEN BAY, WI  54313

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,356.18

---

**3.72** **Nonpriority creditor's name and mailing address**

AVERY DENNISON
15178 COLLECTIONS CENTER DR
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,369.11

---

**3.73** **Nonpriority creditor's name and mailing address**

AVW INC
DBA MAX PROFESSIONAL
441 S STATE RD 7 SUITE # 4
MARGATE, FL  33068

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,885.08

---

**3.74** **Nonpriority creditor's name and mailing address**

AVW INC. DBA MAX PROFESSIONAL
PO BOX 5501
FT LAUDERDALE, FL  33310

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$774,915.00

Case 17-12481-CSS    Doc 181    Filed 12/19/17    Page 81 of 269

| Debtor | Maurice Sporting Goods, Inc. | | |
| --- | --- | --- | --- |
| | (Name) | | Case number (if known) 17-12481-CSS |

**Part 2:**   Additional Page

| | | Amount of claim |
| --- | --- | --- |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $870.08 |
| --- | --- | --- | --- |

B & F DISTRIBUTION, L.L.C.
3920 SOUTH WALTON WALKER BLVD
DALLAS, TX  75236

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,524.14 |
| --- | --- | --- | --- |

B.C. HYDRO
PO BOX 9501
STATION TERMINAL
VANCOUVER, BC  V6B 4N1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,255.14 |
| --- | --- | --- | --- |

B.S.FISH TALES
PO BOX 1071
LONGVIEW, WA  98632

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $261,232.31 |
| --- | --- | --- | --- |

BACKPACKER'S PANTRY
6350 GUNPARK DRIVE
BOULDER, CO  80301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $46,832.30 |
| --- | --- | --- | --- |

BADEN SPORTS INC.
3401 LIND AVENUE SW
RENTON, WA  98057

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.80 | **Nonpriority creditor's name and mailing address**<br><br>BASS ADVERTISING<br>815 NEBRASKA STREET<br>SIOUX CITY, IA  51104<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,982.90 |
| 3.81 | **Nonpriority creditor's name and mailing address**<br><br>BASS ASSASSIN LURES, INC.<br>668 N FLETCHER AVE<br>MAYO, FL  32066<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $118,031.18 |
| 3.82 | **Nonpriority creditor's name and mailing address**<br><br>BATTENFELD TECH. INC.<br>PO BOX 95000-5810<br>PHILADELPHIA, PA  19195<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,672.23 |
| 3.83 | **Nonpriority creditor's name and mailing address**<br><br>BAY DE NOC<br>BOX 71<br>GLADSTONE, MI  49837<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,196.55 |
| 3.84 | **Nonpriority creditor's name and mailing address**<br><br>BCI GRAPHICS AND DISPLAY<br>9550 58TH PLACE SUITE 440<br>KENOSHA, WI  53144<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $57,309.81 |

Debtor    Maurice Sporting Goods, Inc.    Case 17-12481-CSS    Doc 181    Filed 12/19/17    Case number (if known) 17-12481-CSS    Page 83 of 269

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,754.62 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.85

BEAR PAW
1015 W LORENZA PARKWAY
DOUGLAS, AZ 85607

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,754.62

---

3.86

**Nonpriority creditor's name and mailing address**

BELL CANADA
PO BOX 1550
STN DON MILLS
NORTH YORK, ON  M3C 3N5
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,690.09

---

3.87

**Nonpriority creditor's name and mailing address**

BERRY'S BAIT & TACKLE
3503 HIGHWAY 246 S
NINETY SIX, SC  29666

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,405.86

---

3.88

**Nonpriority creditor's name and mailing address**

BERRY'S BAIT LTD
14651 WESTMINSTER HWY
RICHMOND, BC  V6V 1A4
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.01

---

3.89

**Nonpriority creditor's name and mailing address**

BETTS TACKLE LTD.
PO BOX 57
FUQUAY-VARINA, NC  27526

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$169,631.16

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.90** | **Nonpriority creditor's name and mailing address**

BIG BEAR PRODUCTS, INC
32053 E RED ARROW HWY
PAW PAW, MI  49079

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,812.56

---

**3.91** | **Nonpriority creditor's name and mailing address**

BIG RIVER VENTURES
48351 PRAIRIE CENTRAL RD
CHILLIWACK, BC  V2P 6H3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,454.02

---

**3.92** | **Nonpriority creditor's name and mailing address**

BILL LEWIS LURES
PO BOX 7959
ALEXANDRIA, LA  71306

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,482.28

---

**3.93** | **Nonpriority creditor's name and mailing address**

BILL MOORE
PO BOX 1914
LUCEDALE, MS  39452

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,072.00

---

**3.94** | **Nonpriority creditor's name and mailing address**

BIOEDGE
PO BOX 208
CARMEL, ME  04419

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,850.51

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $470.56 |
|---|---|---|---|

3.95 **Nonpriority creditor's name and mailing address**

BIRCHWOOD CASEY LABS INC
7887 FULLER RD SUITE 100
EDEN PRARIE, MN  55344-2101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$470.56

---

3.96 **Nonpriority creditor's name and mailing address**

BLACK MARINE PRODUCTS
PO BOX 990954
NAPLES, FL  34116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,928.64

---

3.97 **Nonpriority creditor's name and mailing address**

BLAKEMORE SALES CORPORATION
ATTN: ACCOUNTS RECEIVABLE
PO BOX 1177
100 RED EAGLE
WETUMPKA, AL  36092

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$709,459.97

---

3.98 **Nonpriority creditor's name and mailing address**

BLEACHER CREATURE
527 PLYMOUTH ROAD SUITE 407
PLYMOUTH MEETING, PA  19462

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,032.55

---

3.99 **Nonpriority creditor's name and mailing address**

B'N'M
1224 NORTH ESHMAN AVENUE
PO BOX 231
WEST POINT, MS  39773

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,290.30

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) | 17-12481-CSS |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |

|  |  | | Amount of claim |
|---|---|---|---|

**3.100**

**Nonpriority creditor's name and mailing address**

BNR TACKLE
PO BOX 623
HERMISTON, OR  97838

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,792.00

---

**3.101**

**Nonpriority creditor's name and mailing address**

BOB GAUDREAU
111 GREENVIEW DRIVE
LOUDON, NH  03307

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$121.77

---

**3.102**

**Nonpriority creditor's name and mailing address**

BOHNING CO.
7361 N 7 MILE RD
LAKE CITY, MI  49651

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,140.92

---

**3.103**

**Nonpriority creditor's name and mailing address**

BOONE BAIT COMPANY, INC.
PO BOX 2966
WINTER PARK, FL  32790

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$66,324.36

---

**3.104**

**Nonpriority creditor's name and mailing address**

BP
PO BOX 70887
A/C# 498 725 308 7
CHARLOTTE, NC  28272

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$868.26

---

Debtor | Maurice Sporting Goods, Inc.
(Name)

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

---

**3.105** | **Nonpriority creditor's name and mailing address**

BRADLEY TECHNOLOGIES (CANADA) INC.
C/O BORDEN LADNER GERVAIS LLP
ATTN: BLAIRE A REBANE
1200 WATERFRONT CENTRE
200 BURRARD STREET, P.O BOX 48600, VANCOUVER  V7X 1T2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.106** | **Nonpriority creditor's name and mailing address**

BREAMAN PAPER COMPANY (M3)
PO BOX 3032
SIOUX CITY, IA  51102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$127.88

---

**3.107** | **Nonpriority creditor's name and mailing address**

BRECKS INT'L
2560 ROY ST
SHERBROOKE, QC  J1K 1C1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$567,780.57

---

**3.108** | **Nonpriority creditor's name and mailing address**

BRG SPORTS
3367 PAYSPHERE CIRCLE
CHICAGO, IL  60674

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$69,328.08

---

**3.109** | **Nonpriority creditor's name and mailing address**

BRISK LOGISTICS INC
1677 ELMHURST RD
ELK GROVE VILLAGE, IL  60007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$248,083.80

---

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $624.01 |
|---|---|---|---|

3.110 **Nonpriority creditor's name and mailing address**

BROKENMEDIA LLC
PO BOX 237112
COCOA, FL 32923

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$624.01

---

3.111 **Nonpriority creditor's name and mailing address**

BROWN TRANSFER COMPANY
PO BOX 158
KEARNY, NE 68848

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$169.34

---

3.112 **Nonpriority creditor's name and mailing address**

BUCK EXPERT
SUPER BUCK
262 PRINCIPALESAINT-BENJAMIN
BEAUCE, QC G0M 1N0
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,880.95

---

3.113 **Nonpriority creditor's name and mailing address**

BUCK GARDNER GAME CALLS
802 ROZELLE STREET
MEMPHIS, TN 38104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$134,158.29

---

3.114 **Nonpriority creditor's name and mailing address**

BUCK STOP LURE
3600 GROW ROAD
PO BOX 636
STANTON, MI 48888

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,750.79

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) | 17-12481 (CSS) |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32,528.58

Check all that apply.

BUCKEYE LURES, INC.
PO BOX 212333
MARTINEZ, GA  30917

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,480.55

Check all that apply.

BUEHLERS
PO BOX 196
WOOSTER, OH  44691

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,396.80

Check all that apply.

BULLDOG CASES & VAULTS
830 BEAUREGARD STREET
DANVILLE, VA  24541

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $72,839.08

Check all that apply.

BULLET WEIGHTS INC
PO BOX 187
ALDA, NE  68810

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,229.10

Check all that apply.

BURT COYOTE CO. INC.
104 N UNION
YATES CITY, IL  61752

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.120** | **Nonpriority creditor's name and mailing address**

BUSHNELL OPTICS
BUSHNELL INC
PO BOX 860365
MINNEAPOLIS, MN 55486

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,570.66

---

**3.121** | **Nonpriority creditor's name and mailing address**

BUSHWACKER BACKPACK AND SUPPLY
120 INDUSTRIAL COURT
KALISPELL, MT 59901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$61,192.37

---

**3.122** | **Nonpriority creditor's name and mailing address**

BUSINESS ENVIRONMENTS
3424 PEACHTREE RD NE STE 125
ATLANTA, GA 30326

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$308.89

---

**3.123** | **Nonpriority creditor's name and mailing address**

BUSINESS TECHNOLOGY PARTNERS
1751 LAKE COOK ROAD SUITE 400
DEERFIELD, IL 60015-5286

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$33.99

---

**3.124** | **Nonpriority creditor's name and mailing address**

BUTLER CREEK CORP.
BUSHNELL INC
PO BOX 860365
MINNEAPOLIS, MN 55486

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$82.86

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.125 | **Nonpriority creditor's name and mailing address**<br><br>BUZZBOMB TACKLE INC.<br>2498 COUSINS AVE<br>COURTENAY, BC  V9N 7T5<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $48,949.46 |
|---|---|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address**<br><br>C.G. EMERY<br>165 IDEMA RD<br>MARKHAM, ON  L3R 1A9<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,204.11 |
| 3.127 | **Nonpriority creditor's name and mailing address**<br><br>C2C FISHING LLC<br>14626 N 56TH W AVENUE<br>SKIATOOK, OK  74070<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,344.00 |
| 3.128 | **Nonpriority creditor's name and mailing address**<br><br>CABLE ONE INC<br>PO BOX 9001092<br>LOUISVILLE, KY  40290-1092<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $275.66 |
| 3.129 | **Nonpriority creditor's name and mailing address**<br><br>CABLZ INC.<br>606 32ND STREET SOUTH<br>BIRMINGHAM, AL  35233<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $374,742.36 |

Debtor    Maurice Sporting Goods, Inc.    Case 17-12481-CSS    Doc 181    Filed 12/19/17    Case number (if known) 17-12481    Page 92 of 269

(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.130**

**Nonpriority creditor's name and mailing address**

CADUCEUS OCCUPATIONAL MEDICINE
535 NORTH CENTRAL AVE
HAPEVILLE, GA  30354

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$349.12

---

**3.131**

**Nonpriority creditor's name and mailing address**

CAMCO
PO BOX 741120
ATLANTA, GA  30384-1120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$64,288.11

---

**3.132**

**Nonpriority creditor's name and mailing address**

CANADA REVENUE AGENCY
SUDBURY TC
1050 NOTRE DAME AVE
SUDBURY, ON  P3A 5C1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX AUDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.133**

**Nonpriority creditor's name and mailing address**

CANCOOKER INC.
925 W 6TH STREET
FREMONT, NE  68025

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,490.40

---

**3.134**

**Nonpriority creditor's name and mailing address**

CANNON INDUSTRIES LTD
122-1533 BROADWAY STREET
PORT COQUITLAM, BC  V3C 6P3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,892.67

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.135 | **Nonpriority creditor's name and mailing address**<br><br>CANON CANADA INC<br>LOCKBOX 914820<br>PO BOX 4090 STN A<br>TORONTO, ON  M5W 0E9<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,289.99 |
| 3.136 | **Nonpriority creditor's name and mailing address**<br><br>CANTEEN REFRESHMENT SERVICES<br>DIVISION OF COMPASS GROUP<br>PO BOX 91337<br>CHICAGO, IL  60693-1337<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $510.60 |
| 3.137 | **Nonpriority creditor's name and mailing address**<br><br>CAREERBUILDER.COM<br>13047 COLLECTION CENTER DR<br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,593.75 |
| 3.138 | **Nonpriority creditor's name and mailing address**<br><br>CARLOS GONZALES-JR<br>5090 RICHMOND AVE #330<br>HOUSTON, TX  77056<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.139 | **Nonpriority creditor's name and mailing address**<br><br>CAROLINA HANDLING LLC<br>PO BOX 890352<br>CHARLOTTE, NC  28289<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $107,352.36 |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address**<br><br>CARR SPECIALTY BAITS, INC<br>164 NIX BOAT YARD<br>ST AUGUSTINE, FL  32084<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $152,014.47 |
| 3.141 | **Nonpriority creditor's name and mailing address**<br><br>CATCHER CO. DBA SMELLY JELLY<br>5285 NE ELAM YOUNG PKWY<br>SUITE B-700<br>HILLSBORO, OR  97124<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,103.08 |
| 3.142 | **Nonpriority creditor's name and mailing address**<br><br>CATFISH CHARLIE<br>3015 LINCOLN AVE<br>OSKALOOSA, IA  52577<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $141,238.78 |
| 3.143 | **Nonpriority creditor's name and mailing address**<br><br>CB OUTDOOR<br>416 LIGHTHOUSE CT<br>VILLA RIDGE, MO  63089<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,541.02 |
| 3.144 | **Nonpriority creditor's name and mailing address**<br><br>CB OUTDOOR<br>416 LIGHTHOUSE CT<br>VILLA RIDGE, MO  63089<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,747.17 |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.145** **Nonpriority creditor's name and mailing address**

CDP MANUFACTURING (CAPT HOOK)
31737 LAVENDER DRIVE
ROCKWOOD, MI 48173

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,960.76

---

**3.146** **Nonpriority creditor's name and mailing address**

CENTERPOINT ENERGY SERVICESINC
23968 NETWORK PLACE
CHICAGO, IL 60673-1239

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$518.78

---

**3.147** **Nonpriority creditor's name and mailing address**

CENTRAL SANITARY SUPPLY
416 N 9TH STREET
MODESTO, CA 95350

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,184.60

---

**3.148** **Nonpriority creditor's name and mailing address**

C-EZ PRODUCTS
1004 MYRICK ROAD
DEATSVILLE, AL 36022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,175.00

---

**3.149** **Nonpriority creditor's name and mailing address**

CH ROBINSON
PO BOX 9121
MINNEAPOLIS, MN 55480-9121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,406.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.150**    **Nonpriority creditor's name and mailing address**

CHALLENGE PLASTICS
110 W INDUSTRIAL DR
EDINBURGH, IN 46124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,895.12

---

**3.151**    **Nonpriority creditor's name and mailing address**

CHAMPION LOGISTICS GROUP
200 CHAMPION WAY
NORTHLAKE, IL 60164

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,733.00

---

**3.152**    **Nonpriority creditor's name and mailing address**

CHANTAL CHAPDELAINE
60 ROSEWOOD AVE UNIT 228
MISSISSAUGA, ON L5G 4W2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.10

---

**3.153**    **Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS
400 ATLANTIC ST.
STAMFORD, CT 06901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,628.38

---

**3.154**    **Nonpriority creditor's name and mailing address**

CHEP CANADA INC
CO TH1203C
PO BOX 4290 STN A
TORONTO, ON M5W 0E1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,987.61

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $56,332.80 |
|---|---|---|---|

CHESTNUT INVESTMENT GROUP
570 MAIN STREET
STE # 201
FORT LEE, NJ  07024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $91.87 |
|---|---|---|---|

CHICAGO BACKFLOW, INC.
CORPORATE OFFICE
12607 S LARAMIE AVENUE
ALSIP, IL  60803

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,907.65 |
|---|---|---|---|

CHURCH TACKLE COMPANY
7075 HILLANDALE ROAD
SODUS, MI  49126

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $640.92 |
|---|---|---|---|

CINTAS CORPORATION
PO BOX 630910
CINCINNATI, OH  45263

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.42 |
|---|---|---|---|

CITI CARDS
ACCOUNT 8508
PO BOX 9001016
LOUISVILLE, KY  40290-1016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.160 | **Nonpriority creditor's name and mailing address**<br>CITRON HYGIENE<br>12-3751 NORTH FRASER WAY<br>BURNABY, BC  V5J 5G4<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $386.57 |
| 3.161 | **Nonpriority creditor's name and mailing address**<br>CITRON HYGIENE LP<br>555 ALDEN RD<br>MARKHAM, ON  L3R 3L5<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,171.34 |
| 3.162 | **Nonpriority creditor's name and mailing address**<br>CITYWIDE CPR & AED DEVICES<br>2700 PATRIOT BLVD<br>SUITE # 250<br>GLENVIEW, IL  60026<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $234.90 |
| 3.163 | **Nonpriority creditor's name and mailing address**<br>CLARK SALES<br>94-515 UKEE ST #304<br>WAIPAHU, HI  96797-4200<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,445.40 |
| 3.164 | **Nonpriority creditor's name and mailing address**<br>CLASSIC FISHING PRODUCTS INC<br>13518 GRANVILLE AVE<br>CLERMONT, FL  34711<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $185,315.89 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,935.21

CLEAR BLUE WATERS INC
E3275 BENRUD LANE
EAU CLAIRE, WI  54701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $757.62

CLEARDRIFT FLOATS
2592 HARRIER DRIVE
COQUITLAM, BC  V3E 2A9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,501.53

CLELAN INDUSTRIES, INC.
600 MIDDLE ROAD
LEWISTOWN, PA  17044

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,912.00

CLIP WIPES
PO BOX 1420
FALLBROOK, CA  92088

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,546.26

CML DOORS INC
2090 EASTVIEW PKWY NE
CONYERS, GA  30013

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $92,555.95

COGHLAN'S LTD.
1411 MEADOR AVE
BELLINGHAM, WA  98229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | | $6,172.87

COLOR TECHNOLOGIES INC
PO BOX 147
BROOKLET, GA  30415

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | | $919.98

COM ED
BILL PAYMENT CENTER
PO BOX 6111
CAROL STREAM, IL  60197-6111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | | $48,550.92

COMAL TACKLE CO
PO BOX 606
BUDA, TX  78610

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | | $71.18

COMCAST
PO BOX 3001
SOUTHEASTERN, PA  19398-3001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

**3.175** **Nonpriority creditor's name and mailing address**

COMCAST CORPORATION
PO BOX 34744
SEATTLE, WA 98124-1744

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$83.86

---

**3.176** **Nonpriority creditor's name and mailing address**

COMPONENT SYSTEMS
5004 SHERMAN ST
WAUSAU, WI 54401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$766.98

---

**3.177** **Nonpriority creditor's name and mailing address**

CONCORD SALES LTD
#400 1124 LONGSDALE AVE
NORTH VANCOUVER, BC V7M 2H1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$446.34

---

**3.178** **Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES
62157 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,700.61

---

**3.179** **Nonpriority creditor's name and mailing address**

CONNER ASH
12101 WOODCREST EXECUTIVE DR
SUITE 300
ST LOUIS, MO 63141-5047

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$337.50

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.180**

**Nonpriority creditor's name and mailing address**

CONSUMER TESTING LABORATORIES
BOX 952766
ATLANTA, GA  31192-2766

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,355.16

---

**3.181**

**Nonpriority creditor's name and mailing address**

CONTEC
525 LOCUST GROVE
SPARTANBURG, SC  29303

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,480.19

---

**3.182**

**Nonpriority creditor's name and mailing address**

COOPERSBURG SPORTS
2600 E SAUCON VALLEY RD
CENTER VALLEY, PA  18034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,540.00

---

**3.183**

**Nonpriority creditor's name and mailing address**

COSTCO WHOLESALE
PO BOX 34340
SEATLE, WA  98124-1340

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$284.60

---

**3.184**

**Nonpriority creditor's name and mailing address**

COUNTRY LAKES BUILDING LLC
18250 PARKRIDGE CT.
FT MYERS, FL  33908

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$765.52

Debtor    Maurice Sporting Goods, Inc.    Case 17-12481-CSS    Doc 181    Filed 12/19/17    Case number (if known) 17-12481    Page 103 of 269

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.185 | **Nonpriority creditor's name and mailing address**<br><br>COWBELL CENTRAL<br>3810 OWEDA TERRACE<br>CHATTANOOGA, TN 37415<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,014.00 |
| 3.186 | **Nonpriority creditor's name and mailing address**<br><br>COWBOY OUTDOORS, INC.<br>3500 N CAUSEWAY BLVD STE 300<br>METAIRIE, LA 70002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,177.22 |
| 3.187 | **Nonpriority creditor's name and mailing address**<br><br>COX COMMUNICATIONS<br>6205-B PEACHTREE DUNWOODY ROAD NE<br>ATLANTA, GA 30328<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $98.19 |
| 3.188 | **Nonpriority creditor's name and mailing address**<br><br>CRAFT ELECTRIC INC<br>CRAFT ELECTRIC AND MAINTENANCE<br>2420 EASTGATE PLACE STE A<br>SNELLVILLE, GA 30078<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,080.99 |
| 3.189 | **Nonpriority creditor's name and mailing address**<br><br>CREATE IT PACKAGING, INC.<br>2420 E OAKTON ST UNIT D<br>ARLINGTON HEIGHTS, IL 60005<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $489.20 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.190 | **Nonpriority creditor's name and mailing address**<br><br>CREME LURE CO<br>PO BOX 6162<br>TYLER, TX 75711<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,010.52 |
| 3.191 | **Nonpriority creditor's name and mailing address**<br><br>CROSMAN AIRGUNS<br>PO BOX 74708<br>CLEVELAND, OH 44194-4583<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,085.00 |
| 3.192 | **Nonpriority creditor's name and mailing address**<br><br>CROWN PACKAGING<br>PO BOX 17806M<br>SAINT LOUIS, MO 63195<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $287.21 |
| 3.193 | **Nonpriority creditor's name and mailing address**<br><br>CROWN SECURITY SYSTEMS INC<br>220 INDUSTRIAL WAY<br>FAYETTEVILLE, GA 30215<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,575.26 |
| 3.194 | **Nonpriority creditor's name and mailing address**<br><br>CRYSTAL SPRINGS<br>PO BOX 660579<br>DALLAS, TX 75266<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $185.59 |

| Part 2: | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.195 | **Nonpriority creditor's name and mailing address**<br><br>CUBA SPECIALTY CO.<br>81 S GENESSEE ST<br>PO BOX 195<br>FILLMORE, NY  14735<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $137,372.80 |
| 3.196 | **Nonpriority creditor's name and mailing address**<br><br>CUT RATE BOX CO INC<br>PO BOX 11173<br>ATLANTA, GA  30310<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,551.74 |
| 3.197 | **Nonpriority creditor's name and mailing address**<br><br>D&H TRUCKING<br>#5 SOUTHLINK DR<br>WASHINGTON, MO  63090<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,433.66 |
| 3.198 | **Nonpriority creditor's name and mailing address**<br><br>D.O.A. INC.<br>3620 SE DIXIE HWY STE A<br>STUART, FL  34997<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $73,288.89 |
| 3.199 | **Nonpriority creditor's name and mailing address**<br><br>DAC TECHNOLOGIES<br>4700 S BOWMAN RD<br>SUITE 900<br>LITTLE ROCK, AR  72210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $36,246.15 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.200 | **Nonpriority creditor's name and mailing address**<br><br>DAIWA CORPORATION CANADA<br>PO BOX 31001<br>PASADENA, CA 91110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $94,481.57 |
| 3.201 | **Nonpriority creditor's name and mailing address**<br><br>DAIWA CORPORATION US<br>PO BOX 31001<br>PASADENA, CA 91110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $225,807.78 |
| 3.202 | **Nonpriority creditor's name and mailing address**<br><br>DALEN PRODUCTS<br>700 DALEN LANE<br>KNOXVILLE, TN 37932<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,194.21 |
| 3.203 | **Nonpriority creditor's name and mailing address**<br><br>DALLAS MARKET CENTER<br>PO BOX 845467<br>DALLAS, TX 75284-5467<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,470.00 |
| 3.204 | **Nonpriority creditor's name and mailing address**<br><br>DALTON BOX<br>612 CALLAHAN RD<br>DALTON, GA 30721<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,941.20 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.205** | **Nonpriority creditor's name and mailing address**

DANIELSON OUTDOORS COMPANY, INC.
1910 TECHNY ROAD
NORTHBROOK, IL 60065

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOTES PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,507,282.91

---

**3.206** | **Nonpriority creditor's name and mailing address**

DANNY KINGS CATFISH PUNCH
C/O MANDELL MENKES SURDYK LLC
1N FRANKLIN 3600
CHICAGO, IL 60606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKOWN

---

**3.207** | **Nonpriority creditor's name and mailing address**

DAVE INGLE
33463 N LONE ROCK RD
GRAYSLAKE, IL 60030-1993

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,572.50

---

**3.208** | **Nonpriority creditor's name and mailing address**

DEAD END GAME CALLS
7589 SUMMIT ROAD
PURLEAR, NC 28665

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,352.46

---

**3.209** | **Nonpriority creditor's name and mailing address**

DEADLY DICK CLASSIC LURES
2371 COHO ROAD
CAMBELL RIVER, BC V9W 4W3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,919.28

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.210** | **Nonpriority creditor's name and mailing address**

DEADLY DICK CLASSIC LURES-CAN
2371 COHO ROAD
CAMBELL RIVER, BC  V9W 4W3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,007.69

---

**3.211** | **Nonpriority creditor's name and mailing address**

DEEP FREEZE FISHING
1001 MINNESOTA AVENUE
STEVENS POINT, WI  54481

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$357.57

---

**3.212** | **Nonpriority creditor's name and mailing address**

DEEPER, UAB
ANTAKALNIO STR 17
BUILDING 1
VILNIUS  LT-10312
LITHUANIA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,882.00

---

**3.213** | **Nonpriority creditor's name and mailing address**

DEER QUEST
3305 REMEMBRANCE ROAD
WALKER, MI  49534

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,844.80

---

**3.214** | **Nonpriority creditor's name and mailing address**

DEMAND FORESIGHT SOFTWARE LLC
10400 W OVERLAND ROAD #103
BOISE, ID  83709-1449

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,880.00

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

**3.215**   **Nonpriority creditor's name and mailing address**

DENNCO INC
21 NORTHWESTERN DRIVE
SALEM, NH 03079

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,722.66

---

**3.216**   **Nonpriority creditor's name and mailing address**

DESICCARE INC
985 DAMONTE RANCH PARKWAY
SUITE 320
RENO, NV 89521

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,063.66

---

**3.217**   **Nonpriority creditor's name and mailing address**

DESTINATION PRINTS
3115 FOOTHILL BLVD
SUITE M-319
LA CRESCENTA, CA 91214

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,738.84

---

**3.218**   **Nonpriority creditor's name and mailing address**

DICK NITE SPOONS
PO BOX 175
LAKE STEVENS, WA 98258

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,601.41

---

**3.219**   **Nonpriority creditor's name and mailing address**

DICKSON INDUSTRIES, INC.
2425 E DEAN AVENUE
DES MOINES, IA 50317

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,448.80

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| | | | | | | |
|---|---|---|---|---|---|---|

**3.220** | **Nonpriority creditor's name and mailing address**

DIOCESSAN PUBLICATIONS INC
500 S LAKE DESTINY RD
ORLANDO, FL  32810

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.221** | **Nonpriority creditor's name and mailing address**

DIRECT - MARKETING P.G. INC.
35 GRAND MARSHALL DRIVE
TORONTO, ON  M1B 5W9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$968.09

---

**3.222** | **Nonpriority creditor's name and mailing address**

DIRECT ENERGY MARKETING INC
PO BOX 70220
PHILADELPHIA, PA  19176

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,977.44

---

**3.223** | **Nonpriority creditor's name and mailing address**

DL NEU ASSOCIATES, INC
5805 WELLER CT SW STE A
WYOMING, MI  49509

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,957.25

---

**3.224** | **Nonpriority creditor's name and mailing address**

DOCK EDGE INC. (CANADA)
300 NEW HUNTINGTON ROAD
ACCOUNTS RECEIVABLE
WOODBRIDGE, ON  L4H 0R4
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,598.00

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

**3.225** | **Nonpriority creditor's name and mailing address**

DOHRN TRANSFER COMPANY
PO BOX 83138
CHICAGO, IL 60691

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$208.00

---

**3.226** | **Nonpriority creditor's name and mailing address**

DOLPHIN SEALANTS, LLC.
10624 SENTINEL STREET
SAN ANTONIO, TX 78217

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,451.12

---

**3.227** | **Nonpriority creditor's name and mailing address**

DONLEN CORPORATION
3000 LAKESIDE DR., 2ND FLOOR
BANNOCKBURN, IL 60015

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,230.38

---

**3.228** | **Nonpriority creditor's name and mailing address**

DOSKOCIL MFG CO INC - PETMATE
PO BOX 733418
DALLAS, TX 75373-3418

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,951.08

---

**3.229** | **Nonpriority creditor's name and mailing address**

DOUGLAS NET CO.
PO BOX 320
ST ANNE, IL 60964

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,483.36

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

---

**3.230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,534.00

DOWN-EAST SPORTSCRAFT, INC.
258 RUSSELL ST
LEWISTON, ME  04240

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $90.00

DQC INTERNATIONAL (8 FISHING)
13323 HILLSBOROUGH AVE
UNIT 103
TAMPA, FL  33635

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,897.61

DREAMWEAVER LURES
5712 BROOKWOOD PL
LUDINGTON, MI  49431

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $115,900.55

DRI-Z-AIR(RAINIER PRECISION)
PO BOX 77610
SEATTLE, WA  98177

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $635.04

DRUG FREE WORKS INC
PO BOX 97
TYRONE, GA  30290

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.235 | **Nonpriority creditor's name and mailing address**<br>DRYMATE<br>6665 W HIGHWAY 13<br>SAVAGE, MN 55378<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,332.00 |
| 3.236 | **Nonpriority creditor's name and mailing address**<br>DT WATER LLC DBA MAST FAMILY<br>PO BOX 62208<br>FORT MEYERS, FL 33906-2208<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.48 |
| 3.237 | **Nonpriority creditor's name and mailing address**<br>DU-BRO<br>480 BONNER ROAD<br>WAUCONDA, IL 60084<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,694.22 |
| 3.238 | **Nonpriority creditor's name and mailing address**<br>DUCKHOUSE INC.<br>4651 STATE ST<br>MONTCLAIR, CA 91763<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,500.70 |
| 3.239 | **Nonpriority creditor's name and mailing address**<br>DUN & BRADSTREET INC<br>PO BOX 742138<br>LOS ANGELES, CA 90074-2138<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,894.00 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.240 | **Nonpriority creditor's name and mailing address**<br><br>DWP & ASSOCIATES INC<br>31559 WARNER<br>WARREN, MI 48092<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $825.70 |

| | | |
|---|---|---|
| 3.241 | **Nonpriority creditor's name and mailing address**<br><br>DYK AUTOMOTIVE<br>4500 MALONE RD #2<br>MEMPHIS, TN 38118-7314<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15,175.58 |

| | | |
|---|---|---|
| 3.242 | **Nonpriority creditor's name and mailing address**<br><br>E.L.K. INC.<br>PO BOX 85<br>GARDINER, MT 59030<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,518.00 |

| | | |
|---|---|---|
| 3.243 | **Nonpriority creditor's name and mailing address**<br><br>EAGLE BUSINESS CREDIT LLC<br>250 CHASTAIN RD STE 100<br>KENNESAW, GA 30144<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $17,517.98 |

| | | |
|---|---|---|
| 3.244 | **Nonpriority creditor's name and mailing address**<br><br>EASTMAN OUTDOORS<br>PO BOX 674588<br>DETROIT, MI 48267-4588<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $23,893.24 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

### 3.245

**Nonpriority creditor's name and mailing address**

EASTON TECHNICAL PRODUCTS
PO BOX 27972
SALT LAKE CITY, UT 84127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$133,781.59

---

### 3.246

**Nonpriority creditor's name and mailing address**

EASTON TECHNICAL PRODUCTS INC
DBA DELTA SPORTS PRODUTS
PO BOX 310588
DES MOINES, IA 50331

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$140,883.06

---

### 3.247

**Nonpriority creditor's name and mailing address**

EBAY ENTERPRISE INC
PO BOX 204113
DALLAS, TX 75320-4114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$102.90

---

### 3.248

**Nonpriority creditor's name and mailing address**

ECHO CALLS
PO BOX 187
BEEBE, AR 72012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,807.26

---

### 3.249

**Nonpriority creditor's name and mailing address**

ECLECTIC PRODUCTS, INC.
1075 ARROWSMITH STREET
EUGENE, OR 97402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$747.84

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.250 | **Nonpriority creditor's name and mailing address**<br><br>ECO PRO TUNGSTEN<br>311 MECHANIC STREET<br>BOONTON, NJ  07005<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,245.55 |
| 3.251 | **Nonpriority creditor's name and mailing address**<br><br>ED CUMINGS INC.<br>PO BOX 90118<br>FLINT, MI  48509<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65,844.24 |
| 3.252 | **Nonpriority creditor's name and mailing address**<br><br>EDGE PRODUCTS<br>8941 ATLANTA AVE #254<br>HUNTINGTON BEACH, CA  95646<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $597.00 |
| 3.253 | **Nonpriority creditor's name and mailing address**<br><br>EES,INC./BUGBAND<br>127 RIVERSIDE DRIVE<br>CATERSVILLE, GA  30120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $486,896.69 |
| 3.254 | **Nonpriority creditor's name and mailing address**<br><br>ENBRIDGE CONSUMERS GAS<br>PO BOX 680<br>SCARBOROUGH, ON  M1K 0A6<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $400.74 |

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| | | | |
|---|---|---|---|
| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,594.82 |
| | ENERSOURCE | | |
| | 2185 DERRY RD W. | ☐ Contingent | |
| | MISSISSAUGA, ON | ☐ Unliquidated | |
| | CANADA | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,054.32 |
| | ENTERPRISE GROUP | | |
| | 14544 COLLECTIONS CENTER DRIVE | ☐ Contingent | |
| | CHICAGO, IL 60693 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $485.31 |
| | ENVIROMENTAL TECHNOLOGY | | |
| | A LAKE MANAGEMENT COMPANY | ☐ Contingent | |
| | 6105 ROUTE 31 | ☐ Unliquidated | |
| | RINGWOOD, IL 60072 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32,539.30 |
| | EPPINGER MFG CO | | |
| | 6340 SCHAEFER RD | ☐ Contingent | |
| | DEARBORN, MI 48126 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,134.08 |
| | ERIE DEARIE - CARLSON | | |
| | PO BOX 1456 | ☐ Contingent | |
| | BILOXI, MS 39533 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.260**

**Nonpriority creditor's name and mailing address**

ESCALADE SPORTS: CUSTOMERSERVC
DEPT 78880
PO BOX 78000
DETROIT, MI 48278

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$525.60

---

**3.261**

**Nonpriority creditor's name and mailing address**

ETHERVISION LLC
27186 W WEST LAKE SHORE DRIVE
TOWER LAKES, IL 60010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,102.50

---

**3.262**

**Nonpriority creditor's name and mailing address**

ETIC PRODUCTS
FACTORING DEPARTMENT
1170 PEEL ST STE 600
MONTREAL, QC H3B 0B1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$319,932.09

---

**3.263**

**Nonpriority creditor's name and mailing address**

EVANS MANUFACTURING CO
PO BOX 184
NORTH LAKEWOOD, WA 98259

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$980.76

---

**3.264**

**Nonpriority creditor's name and mailing address**

EVERGREEN
PO BOX 602961
CHARLOTTE, NC 28260

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,842.72

**Part 2:**   Additional Page

|  |  | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.265 | **Nonpriority creditor's name and mailing address** | $7,763.52 |

EVOLVED HABITATS
DEPT 2420
PO BOX 122420
DALLAS, TX 75312

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | $2,143.47 |
|---|---|---|

EXCEL TEMPORARY SERV
PO BOX 13188
MILWAUKEE, WI 53213-0188

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | $1,611.28 |
|---|---|---|

EXECUTIVE ENTERPRISE SERVICES
2802 E BATTLEFIELD BLVD
BENTONVILLE, AR 72712

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | $83,534.11 |
|---|---|---|

EXPEDITE INTERNATIONAL
LUCKY DUCK DIVISION
1950 8TH AVE
BALDWIN, WI 54002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | $2,126.96 |
|---|---|---|

EXPRESS LIFT MATERIAL
HANDLING LIMITED
42 MARA CRESCENT
BRAMPTON, ON L6V 4C2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.270**

**Nonpriority creditor's name and mailing address**

EXTREME DIMENSIONS
6893 SULLIVAN ROAD
GRAWN, MI 49637

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$320.00

---

**3.271**

**Nonpriority creditor's name and mailing address**

EXXON MOBIL
PROCESSING CENTER
PO BOX 78001
PHOENIX, AZ 85062-8001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$122.36

---

**3.272**

**Nonpriority creditor's name and mailing address**

EZE-LAP DIAMOND PRODUCTS
PO BOX 20469
CARSON CITY, NV 89721

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,287.04

---

**3.273**

**Nonpriority creditor's name and mailing address**

F.E. MORAN, INC.
FIRE PROTECTION-NORTH
2165 SHERMER ROAD UNIT D
NORTHBROOK, IL 60062

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$205.80

---

**3.274**

**Nonpriority creditor's name and mailing address**

FAN CREATIONS
2655 NORTHGATE AVE
CUMMING, GA 30041

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,596.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.275** **Nonpriority creditor's name and mailing address**

FAR BANK ENTERPRISES
8500 NORTHEAST DAY RD
BAINBRIDGE ISLAND, WA 98110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,770.60

---

**3.276** **Nonpriority creditor's name and mailing address**

FASTENAL COMPANY
PO BOX 1286
WINONA, MN 55987-1286

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,360.05

---

**3.277** **Nonpriority creditor's name and mailing address**

FCDQ
PO BOX 8601 STN CENTRE VILLE
MONTREAL, QC H3C 3V2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$285.55

---

**3.278** **Nonpriority creditor's name and mailing address**

FEDERAL CARTRIDGE COMPANY
900 EHLEN DRIVE
ANOKA, MN 55303

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$523,523.96

---

**3.279** **Nonpriority creditor's name and mailing address**

FEDEX
PO BOX 94515
PALATINE, IL 60094-4515

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,518.80

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.280**

**Nonpriority creditor's name and mailing address**

FEMMED INC. / GO GIRL
11601 MINNETONKA MILLS ROAD
SUITE B10
MINNETONKA, MN 55305

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,666.62

---

**3.281**

**Nonpriority creditor's name and mailing address**

FERADYNE OUTDOORS,LLC
101 MAIN STREET
SUPERIOR WISCONSIN, WI 54880

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,034.88

---

**3.282**

**Nonpriority creditor's name and mailing address**

FIDO PET PRODUCTS LLC
9850 E 30TH STREET
INDIANAPOLIS, IN 46229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$95.29

---

**3.283**

**Nonpriority creditor's name and mailing address**

FIELD STREET
18 FIELD ST
KANE, PA 16735

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$294.42

---

**3.284**

**Nonpriority creditor's name and mailing address**

FILET CLAW
6750 MCCAIN ROAD
SPRING ARBOR, MI 49283

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,337.50

| | |
|---|---|
| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.285 | **Nonpriority creditor's name and mailing address**<br><br>FILET CLAW LLC<br>C/O CHUHAK & TECSON, P.C.<br>ATTN: JAMES R. STEVENS<br>30 S. WACKER DR<br>26TH FLOOR, CHICAGO  IL<br>60606<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| | | UNKNOWN |

| | | |
|---|---|---|
| 3.286 | **Nonpriority creditor's name and mailing address**<br><br>FIRE & SECURITY SYSTEMS INC<br>516 W CAMPUS DRIVE<br>ARLINGTON HEIGHTS, IL  60004-1408<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| | | $72.21 |

| | | |
|---|---|---|
| 3.287 | **Nonpriority creditor's name and mailing address**<br><br>FIRE LITERS, INC.<br>N4405 SCANTLETON ROAD<br>ACCOUNTS RECEIVABLE<br>BLACK RIVER FALLS, WI  54615<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| | | $648.00 |

| | | |
|---|---|---|
| 3.288 | **Nonpriority creditor's name and mailing address**<br><br>FIREBUGGZ<br>13981 INDUSTRY AVE<br>PO BOX 537<br>BECKER, MN  55308<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| | | $96,297.43 |

| | | |
|---|---|---|
| 3.289 | **Nonpriority creditor's name and mailing address**<br><br>FIRST CHOICE COFFEE & WATER<br>SERVICES<br>7525 COLBERT DRIVE STE 104<br>RENO, NV  89511<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| | | $28.61 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.290 | **Nonpriority creditor's name and mailing address**<br><br>FIRSTMATE PETFOODS<br>106C-4390 GALLANT AVENUE<br>NORTH VANCOUVER, BC  V7G 1L2<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,644.30 |
| 3.291 | **Nonpriority creditor's name and mailing address**<br><br>FISH ALASKA PUBLICATIONS LLC<br>FISH ALASKA/HUNT ALASKA MAGAZ<br>PO BOX 772424<br>EAGLE RIVER, AK  99577-2424<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,205.00 |
| 3.292 | **Nonpriority creditor's name and mailing address**<br><br>FISH TALES LLC<br>12112 N RANCHO VISTOSO<br>ORO VALLEY, AZ  85755<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $93,586.01 |
| 3.293 | **Nonpriority creditor's name and mailing address**<br><br>FISHING BUTLER<br>2161 CONCESSION 12 WALPOLE<br>RR 4<br>HAGERSVILLE, ON  N0A 1H0<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,779.20 |
| 3.294 | **Nonpriority creditor's name and mailing address**<br><br>FISHING LURES INCORPORATED<br>#3-745 VANALMAN<br>VICTORIA, BC  V8Z 3B6<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,462.59 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.295 | **Nonpriority creditor's name and mailing address**<br><br>FISH-N-MAP COMPANY<br>8535 W 79TH AVE<br>ARVADA, CO  80005<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $198.36 |
|---|---|---|
| 3.296 | **Nonpriority creditor's name and mailing address**<br><br>FISHSTICKS LURE ENHANCER LLC<br>PO BOX 127<br>ROSSVILLE, TN  38066<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $11,583.76 |
| 3.297 | **Nonpriority creditor's name and mailing address**<br><br>FISHUNT ESSENTIALS LLC<br>85 FLORIDA BLVD<br>MERRITT ISLAND, FL  32953<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $480.10 |
| 3.298 | **Nonpriority creditor's name and mailing address**<br><br>FITEC INTERNATIONAL INC.<br>PO BOX 751788<br>MEMPHIS, TN  38175<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $123,811.92 |
| 3.299 | **Nonpriority creditor's name and mailing address**<br><br>FLAMBEAU PRODUCTS<br>PO BOX 97<br>MIDDLEFIELD, OH  44062<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $219,380.23 |

Debtor  Maurice Sporting Goods, Inc.  Case 17-12481-CSS  Doc 181  Filed 12/19/17  Case number (if known) 17-12481  Page 126 of 269

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|
| 3.300 | **Nonpriority creditor's name and mailing address**<br><br>FLEET SERVICES(MARATHON)<br>PO BOX 6293<br>CAROL STREAM, IL 60197-6293<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $225.04 |
| 3.301 | **Nonpriority creditor's name and mailing address**<br><br>FLEXTONE<br>602 FOUNTAIN PARKWAY<br>GRAND PRAIRIE, TX 75052<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $127,032.96 |
| 3.302 | **Nonpriority creditor's name and mailing address**<br><br>FLORIDA POWER & LIGHT COMPANY<br>GENERAL MAIL FACILITY<br>MIAMI, FL 33188<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $130.91 |
| 3.303 | **Nonpriority creditor's name and mailing address**<br><br>FOAMFANATICS LLC<br>5506 6TH AVE S<br>SEATTLE, WA 98108<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,025.60 |
| 3.304 | **Nonpriority creditor's name and mailing address**<br><br>FORD MOTOR COMPANY<br>PO BOX 650575<br>A/C#51071881<br>DALLAS, TX 75265<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $611.22 |

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.305 | **Nonpriority creditor's name and mailing address**<br><br>FOREVER COLLECTIBLES<br>2301 COTTONTAIL LANE<br>SOMERSET, NJ  08873<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,553.64 |
| 3.306 | **Nonpriority creditor's name and mailing address**<br><br>FOREVERLAST, INC.<br>PO BOX 767<br>HALLETTSVILLE, TX  77964<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,335.00 |
| 3.307 | **Nonpriority creditor's name and mailing address**<br><br>FORT DEARBORN LIFE INSUR CO<br>36788 EAGLE WAY<br>CHICAGO, IL  60678-1389<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,489.93 |
| 3.308 | **Nonpriority creditor's name and mailing address**<br><br>FORTIS BC - NATURAL GAS<br>PO BOX 6666 STN TERMINAL<br>VANCOUVER, BC  V6B 6M9<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $87.75 |
| 3.309 | **Nonpriority creditor's name and mailing address**<br><br>FOX 40 (USA)<br>340 GRAYS RD<br>HAMILTON, ON  L8E 2Z2<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,173.90 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.310 | **Nonpriority creditor's name and mailing address**

FRABILL INC.
PO BOX 71675
CHICAGO, IL 60694

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,206.98

---

3.311 | **Nonpriority creditor's name and mailing address**

FRANK AMATO PUBLICATIONS
PO BOX 82112
PORTLAND, OR 97282

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,745.92

---

3.312 | **Nonpriority creditor's name and mailing address**

FRANK T KOE
3049 ENTERPRISE DRIVE
STATE COLLEGE, PA 16801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,957.04

---

3.313 | **Nonpriority creditor's name and mailing address**

FRANKLIN COUNTY COLLECTOR
400 EAST LOCUST RM #103
UNION, MO 63084

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,311.55

---

3.314 | **Nonpriority creditor's name and mailing address**

FRANKLIN COUNTY FIRE
PO BOX 775
SULLIVAN, MO 63080

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$95.00

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.315** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,809.65

FRANKLIN SPORTS
17 CAMPANELLI PARKWAY
STOUGHTON, MA  02072-4808

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,705.80

FRANZEN SECURITY PRODUCTS INC
23 BIRCH ST - UNIT 1A
MIDLAND PARK, NJ  07432-1718

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,204.85

FREEDOM TACKLE CORP.
100 PENN DRIVE UNIT 8
WESTON, ON  M9L 2A9
CANADA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,805.40

FREIGHT WATCHERS
121 BREMEN AVE
SAINT LOUIS, MO  63147

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,812.60

FREMONT DIE CONSUMER PRODUCTS
PO BOX 844561
BOSTON, MA  02284-4561

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**    Additional Page

|  | | Amount of claim |
|---|---|---|

| | | | |
|---|---|---|---|
| 3.320 | **Nonpriority creditor's name and mailing address**<br><br>FTI CONSULTING INC<br>PO BOX 418178<br>BOSTON, MA  02241-8178<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,290.18 |
| 3.321 | **Nonpriority creditor's name and mailing address**<br><br>FULL LIMIT PRODUCTS<br>10315 BRIGHTON LN<br>HOUSTON  TX<br>77031<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.322 | **Nonpriority creditor's name and mailing address**<br><br>FULL LIMIT PRODUCTS<br>PRO SE COMPLAINT FILED IN SMALL CLAIMS COURT<br>10315 BRIGHTON LN<br>HOUSTON, TX  77031<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,424.00 |
| 3.323 | **Nonpriority creditor's name and mailing address**<br><br>FUTURE COMPUTER TECHNOLOGY INC<br>8745 TECHNOLOGY WAY #F<br>RENO, NV  89521<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $91.87 |
| 3.324 | **Nonpriority creditor's name and mailing address**<br><br>G5 OUTDOORS, LLC<br>34775 POTTER STREET<br>MEMPHIS, MI  48041<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,305.42 |

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

| 3.325 | **Nonpriority creditor's name and mailing address**<br><br>G96 PRODUCTS CO., INC<br>85 5TH AVENUE BLDG 6<br>PATERSON, NJ 07524<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,665.52 |
| 3.326 | **Nonpriority creditor's name and mailing address**<br><br>GAMAKATSU<br>PO BOX 1797<br>TACOMA, WA 98401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $814,058.96 |
| 3.327 | **Nonpriority creditor's name and mailing address**<br><br>GAME WARNING SYSTEMS, INC<br>PO BOX 226<br>PLYMOUTH, WI 53073<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $456.00 |
| 3.328 | **Nonpriority creditor's name and mailing address**<br><br>GAMEWEAR<br>TRENK DIPASQUALE DELLA FERA<br>347 MT PLEASANT AVE STE 300<br>WEST ORANGE, NJ 07052<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $120,305.12 |
| 3.329 | **Nonpriority creditor's name and mailing address**<br><br>GARY YAMAMOTO CUSTOM BAITS<br>PO BOX 1000<br>PAGE, AZ 86040<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $967,174.73 |

Debtor    Maurice Sporting Goods, Inc.    Case 17-12481-CSS    Doc 181    Filed 12/19/17    Case number (if known) 17-12481    Page 132 of 269

(Name)

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | UNKNOWN |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

GARY YAMAMOTO CUSTOM BAITS, INC.
C/O MCCATHY WESTEN
ATTN: E. DUANE WESTON, ESQ.
508 N. HUMPHREYS STREET
FLAGSTAFF  AZ
86001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.331**    **Nonpriority creditor's name and mailing address**

GAUNT SERVICE PRODUCTS (CAN)
59 GORDON COVE ROAD
ALBANY, PE  C0B 1A0
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $42,097.35

---

**3.332**    **Nonpriority creditor's name and mailing address**

GEARY ELECTRIC INC
3151 COMMERCIAL AVE
NORTHBROOK, IL  60062

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $1,405.92

---

**3.333**    **Nonpriority creditor's name and mailing address**

GEHRKE USA
PO BOX 730
ASOTIN, WA  99402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $5,462.50

---

**3.334**    **Nonpriority creditor's name and mailing address**

GENE LAREW LURES, LLC
10702 E 11TH STREET
TULSA, OK  74128

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $121,694.10

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.335** | **Nonpriority creditor's name and mailing address**

GENRL REFRIGERATION MECHANICAL
18 CONGRESS CIRCLE WEST
ROSELLE, IL 60172

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$396.90

---

**3.336** | **Nonpriority creditor's name and mailing address**

GEORGIA POWER COMPANY
96 ANNEX
ACCT# 76309-70005
ATLANTA, GA 30396

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,769.20

---

**3.337** | **Nonpriority creditor's name and mailing address**

GEORGIA RISLEY
2000 OUTER DR NORTH APT 217
SIOUX CITY, IA 51104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.86

---

**3.338** | **Nonpriority creditor's name and mailing address**

GETTY IMAGES
PO BOX 953604
ST LOUIS, MO 63195-3604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$597.66

---

**3.339** | **Nonpriority creditor's name and mailing address**

GF INC
2270 PORTLAND STREET SE
CALGARY, AB T2G 4M6
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,103.65

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.340 | **Nonpriority creditor's name and mailing address**<br><br>GIBBS-DELTA INDUSTRIES CANADA<br>8014 WEBSTER ROAD<br>DELTA, BC  V4G 1G6<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $570,996.04 |
| 3.341 | **Nonpriority creditor's name and mailing address**<br><br>GIBBS-DELTA INDUSTRIES USA<br>8014 WEBSTER ROAD<br>DELTA, BC  V4G 1G6<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39,676.66 |
| 3.342 | **Nonpriority creditor's name and mailing address**<br><br>GIBSON ENTERPRISES<br>36 ZACA LANE<br>SAN LUIS OBISPO, CA  93401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60,384.00 |
| 3.343 | **Nonpriority creditor's name and mailing address**<br><br>GIBSON ENTERPRISES, INC.<br>36 ZACA LANE<br>SAN LUIS OBISPO, CA  93401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,640.00 |
| 3.344 | **Nonpriority creditor's name and mailing address**<br><br>GILL HAULING INC (M3)<br>PO BOX 128<br>JACKSON, NE  68743<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $213.44 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.345 | **Nonpriority creditor's name and mailing address**<br>GITZIT<br>PO BOX 3039<br>ST GEORGE, UT  84771<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $78,780.83 |
| 3.346 | **Nonpriority creditor's name and mailing address**<br>GITZIT INC<br>667 RED ROCK ROAD<br>ATTN: CHRIS HENDERSHOT<br>ST GEORGE, UT  84770<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $387.87 |
| 3.347 | **Nonpriority creditor's name and mailing address**<br>GLACIER OUTDOOR INC<br>7525 COLBERT DR STE 107<br>RENO, NV  89511<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34,249.72 |
| 3.348 | **Nonpriority creditor's name and mailing address**<br>GLEASON & ELFERING<br>1246 KARL CT<br>WAUCONDA, IL  60084<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,734.22 |
| 3.349 | **Nonpriority creditor's name and mailing address**<br>GOJO INDUSTRIES<br>PO BOX 931105<br>CLEVELAND, OH  44193<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,687.54 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $98.82 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.350

GOLD COUNTRY CASINO
4020 OLIVE HWY
OROVILLE, CA 95966

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$98.82

---

3.351

**Nonpriority creditor's name and mailing address**

GOLDEN EARS BRIDGE TOLLS
BAG SERVICE BOX 3900
VANCOUVER, BC  V6B 3Z4
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$91.14

---

3.352

**Nonpriority creditor's name and mailing address**

GOLDEN SCOUT INDUSTRIAL LLC
101 N TOWER AVE
GRIFFIN INDUSTRIES
MECHANICAL FISHER DIV
ASH GROVE, MO  65604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,871.45

---

3.353

**Nonpriority creditor's name and mailing address**

GOLF GIFTS & GALLERY
PO BOX 166
N 1675 POWERS LAKE ROAD
POWERS LAKE, WI  53159

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,359.74

---

3.354

**Nonpriority creditor's name and mailing address**

GRAINGER
DEPT 639-826711871
PALATINE, IL  60038

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$415.52

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $711,497.09 |
|---|---|---|---|
| | GREAT AMERICAN PRODUCTS<br>1661 S SEGUIN AVE<br>NEW BRAUNSFEL, TX 78130 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $746.34 |
|---|---|---|---|
| | GREAT LAKES MATERIAL HANDLING<br>SERVICES INC<br>PO BOX 6931<br>LIBERTYVILLE, IL 60048 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,545.68 |
|---|---|---|---|
| | GREAT LITTLE BOX COMPANY<br>11300 TWIGG PLACE<br>RICHMOND, BC V6V 3C1<br>CANADA | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $86.36 |
|---|---|---|---|
| | GREEN PLANET 21<br>630 SPICE ISLAND DR STE D<br>SPARKS, NV 89431 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,244.93 |
|---|---|---|---|
| | GROVTEC US, INC.<br>PO BOX 1910<br>FAIRVIEW, OR 97024 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.360 | **Nonpriority creditor's name and mailing address**<br><br>GSM OUTDOORS<br>PO BOX 535189<br>GRAND PRAIRIE, TX 75053-5189<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60,845.40 |
|---|---|---|---|
| 3.361 | **Nonpriority creditor's name and mailing address**<br><br>GUY HARVEY INC<br>10408 W STATE ROAD 84 STE 104<br>FORT LAUDERDALE, FL 33324<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,614.90 |
| 3.362 | **Nonpriority creditor's name and mailing address**<br><br>GUY HARVEY INC<br>10408 W STATE ROAD 84 STE 104<br>FORT LAUDERDALE, FL 33324<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,146.35 |
| 3.363 | **Nonpriority creditor's name and mailing address**<br><br>GXS<br>PO BOX 640371<br>PITTSBURGH, PA 15264<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,708.28 |
| 3.364 | **Nonpriority creditor's name and mailing address**<br><br>H K S PRODUCTS<br>7841 FOUNDATION DR<br>FLORENCE, KY 41042<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,101.52 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | **Amount of claim** |
|---|---|---|---|

**3.365** | **Nonpriority creditor's name and mailing address**

H&H LURE CO.
10874 N DUAL STREET
BATON ROUGE, LA 70814

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,530.24

---

**3.366** | **Nonpriority creditor's name and mailing address**

H2O 4 U (M3)
PO BOX 369
SO SIOUX CITY, NE 68776

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$48.44

---

**3.367** | **Nonpriority creditor's name and mailing address**

HAAS OUTDOORS
PO BOX 757
ATTN: A/R - ROYALTY
WEST POINT, MS 39773

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,742.70

---

**3.368** | **Nonpriority creditor's name and mailing address**

HAAS OUTDOORS INC
PO BOX 757
WEST POINT, MS 39773

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$489.30

---

**3.369** | **Nonpriority creditor's name and mailing address**

HAAS OUTDOORS, INC.
PO BOX 757
WEST POINT, MS 39773

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,109.96

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.370 | **Nonpriority creditor's name and mailing address**<br><br>HALE LURE, LLC - STANLEY JIGS<br>15175 RODESSA RD SOUTH<br>HOSSTON, LA 71043<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $128,170.91 |
|---|---|---|

| 3.371 | **Nonpriority creditor's name and mailing address**<br><br>HALO FISHING<br>1240 CLEARMONT ST NE<br>PALM BAY, FL 32905<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,466.80 |

| 3.372 | **Nonpriority creditor's name and mailing address**<br><br>HARD AND SOFT FISHING INC<br>525 JEFFERSON ST<br>FORT ATKINSON, WI 53538<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $747,026.11 |

| 3.373 | **Nonpriority creditor's name and mailing address**<br><br>HARD AND SOFT FISHING, INC.<br>C/O KOHNER, MANN & KAILAS, S.C.<br>ATTN: ZACH S. WHITNEY<br>4650 N. PORT WASHINGTON ROAD<br>MILWAUKEE WI<br>53212<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.374 | **Nonpriority creditor's name and mailing address**<br><br>HARRIS NA<br>MASTERCARD CORPORATE CLIENTS<br>PAYMENT CENTER<br>PO BOX 71878<br>CHICAGO, IL 60694-1878<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,045.67 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| | | | |
|---|---|---|---|
| 3.375 | **Nonpriority creditor's name and mailing address**<br><br>HARRISON TACKLE COMPANY<br>140 DONCASTER AVE UNIT 7<br>THORNHILL, ON L3T 1L3<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $56,241.56 |
| 3.376 | **Nonpriority creditor's name and mailing address**<br><br>HARVARD MAINTENANCE INC<br>PO BOX 95000-1112<br>PHILADELPHIA, PA 19195<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $10,061.89 |
| 3.377 | **Nonpriority creditor's name and mailing address**<br><br>HAYABUSA U.S.A.,INC.<br>1609 S GROVE AVE #103<br>ONTARIO, CA 91761<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $48,932.69 |
| 3.378 | **Nonpriority creditor's name and mailing address**<br><br>HAYDEL'S GAME CALLS INC.<br>5018 HAZEL JONES ROAD<br>BOSSIER CITY, LA 71111<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $713.77 |
| 3.379 | **Nonpriority creditor's name and mailing address**<br><br>HAYWARD FISHING SUPPLIES<br>PO BOX 4713<br>HAYWARD, CA 94540<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $36,150.76 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.380 | **Nonpriority creditor's name and mailing address**<br><br>HEALTH CARE SERVICE CORP<br>25551 NETWORK PLACE<br>CHICAGO, IL 60673-1255<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $243,389.91 |
| 3.381 | **Nonpriority creditor's name and mailing address**<br><br>HELEN BAHRENFUSS (M3)<br>208 8TH AVE<br>SO SIOUX CITY, NE 68776<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $451.17 |
| 3.382 | **Nonpriority creditor's name and mailing address**<br><br>HERBERT WILLIAMS FIRE EQUIP<br>70 IRONSIDE CRESCENT<br>UNIT 1 & 2<br>SCARBOROUGH, ON M1X 1G4<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $817.59 |
| 3.383 | **Nonpriority creditor's name and mailing address**<br><br>HEUBEL RAYMOND<br>PO BOX 870975<br>KANSAS CITY, MO 64187-0975<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,914.67 |
| 3.384 | **Nonpriority creditor's name and mailing address**<br><br>HEXMAG LLC<br>418 8TH ST SE<br>UNIT C7<br>LOVELAND, CO 80537<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,578.00 |

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.385 | **Nonpriority creditor's name and mailing address**<br><br>HI MOUNTAIN JERKY, INC<br>1000 COLLEGE VIEW DRIVE<br>RIVERTON, WY 82501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,649.36 |

| 3.386 | **Nonpriority creditor's name and mailing address**<br><br>HIGH TIDE TACKLE<br>11138 BUSINESS CIRCLE<br>CERRITOS, CA 90703<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,732.39 |

| 3.387 | **Nonpriority creditor's name and mailing address**<br><br>HOME DEPOT CREDIT SERVICES<br>PO BOX 675 STATION D<br>ACCT# 6035 2943 1010 8159<br>SCARBOROUGH, ON M1R 5T4<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $111.20 |

| 3.388 | **Nonpriority creditor's name and mailing address**<br><br>HOPKINS<br>PO BOX 352<br>NORTHUMBERLAND, PA 17857<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,143.35 |

| 3.389 | **Nonpriority creditor's name and mailing address**<br><br>HOPPE'S<br>9200 CODY<br>OVERLAND PARK, KS 66214<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $72,280.95 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.390 | **Nonpriority creditor's name and mailing address**<br><br>HORIZON DISTRIBUTION<br>PO BOX 1021<br>YAKIMA, WA 98907<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |
| 3.391 | **Nonpriority creditor's name and mailing address**<br><br>HORIZON DOWNING LLC<br>550 TECHNECENTER DRIVE<br>MILFORD, OH 45150<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,453.79 |
| 3.392 | **Nonpriority creditor's name and mailing address**<br><br>HOT SPOT BROADBAND INC<br>8975 DOUBLE DIAMOND PARKWAY<br>SUITE 9<br>RENO, NV 89521<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $556.76 |
| 3.393 | **Nonpriority creditor's name and mailing address**<br><br>HOTSPOT FISHING & LURES<br>#3-745 VANALMAN<br>VICTORIA, BC V8Z 3B6<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59,891.29 |
| 3.394 | **Nonpriority creditor's name and mailing address**<br><br>HOWIES TACKLE<br>1309 GREEN BAY RD<br>STURGEON BAY, WI 54235<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,759.04 |

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.395 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,973.26 |
|---|---|---|---|

**3.395**

**Nonpriority creditor's name and mailing address**
HR RIVER TACKLE, INC
BOX 2057
BURLINGTON, NC 27216

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,973.26

---

**3.396**

**Nonpriority creditor's name and mailing address**
HUMMINGBIRD HAMMOCKS LLC
4580 REDSTONE RIDGE ROAD
MONUMENT, CO 80132

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.00

---

**3.397**

**Nonpriority creditor's name and mailing address**
HUNTER'S SPECIALTIES
PO BOX 310497
DES MOINES, IA 50331

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,791.96

---

**3.398**

**Nonpriority creditor's name and mailing address**
HUSCH BLACKWELL LLP
PO BOX 790379
SAINT LOUIS, MO 63179

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,908.06

---

**3.399**

**Nonpriority creditor's name and mailing address**
IBM CORPORATION
1133 WESTCHESTER AVE
WHITE PLAINS, NY 10604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,474.14

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.400** **Nonpriority creditor's name and mailing address**

ICOTEC
6415 ANGOLA RD
HOLLAND, OH  43528

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,012.95

---

**3.401** **Nonpriority creditor's name and mailing address**

ID LABELING SYSTEMS INC
425 PARK AVE
LAKE VILLA, IL  60046

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,859.92

---

**3.402** **Nonpriority creditor's name and mailing address**

IKE-CON FISHING TACKLE MFG
2397 10 7/8TH AVE
CAMERON, WI  54822

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,279.04

---

**3.403** **Nonpriority creditor's name and mailing address**

IMF CONSTRUCTION COMPANY INC
PO BOX 646
GRIFFIN, GA  30224

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$220.50

---

**3.404** **Nonpriority creditor's name and mailing address**

IMPLUS FOOTCARE LLC (YAKTRAX)
PO BOX 601469
CHARLOTTE, NC  28260-1469

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,992.00

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.405 | **Nonpriority creditor's name and mailing address**<br><br>IN SIGHTS NUTRITION, LLC<br>PO BOX 1378<br>LAMPASAS, TX 76550<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,805.77 |
| 3.406 | **Nonpriority creditor's name and mailing address**<br><br>INCA PRODUCTS ACQUISITION CORP<br>LOCKBOX 774715<br>4715 SOLUTIONS CENTER<br>CHICAGO, IL 60677-4007<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,178.10 |
| 3.407 | **Nonpriority creditor's name and mailing address**<br><br>INDUSTRIAL REVOLUTION INC<br>5835 SEGALE PARK DR C<br>TUKWILA, WA 98188<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,186.29 |
| 3.408 | **Nonpriority creditor's name and mailing address**<br><br>INMARK INC.<br>PO BOX 536888<br>ATLANTA, GA 30353<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.03 |
| 3.409 | **Nonpriority creditor's name and mailing address**<br><br>INNOVATIVE MKTG CONSULTANTS<br>4284 SHORELINE DR<br>SPRING PARK, MN 55384<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $226.80 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.410 | **Nonpriority creditor's name and mailing address**<br><br>INTEGRITY STAFFING SOLUTIONS<br>PO BOX 823870<br>PHILADELPHIA, PA 19182-3870<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,298.23 |

| 3.411 | **Nonpriority creditor's name and mailing address**<br><br>INTERMEDIA OUTDOORS<br>7819 HIGHLAND SCENIC RD<br>BAXTER, MN 56425<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $511.81 |

| 3.412 | **Nonpriority creditor's name and mailing address**<br><br>INTERSPORT CORP DBA WHAM-O<br>966 SANDHILL AVE<br>CARSON, CA 90746<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $51,703.98 |

| 3.413 | **Nonpriority creditor's name and mailing address**<br><br>INTERSPORT, CORP<br>C/O SALLY CHAN<br>WEST THEMIS LAW, PC<br>1000 WILSHIRE BLVD, STE 2150<br>LOS ANGELES, CA 90017<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.414 | **Nonpriority creditor's name and mailing address**<br><br>INTRUDER INC.<br>230 WCOLEMAN<br>RICE LAKE, WI 54868<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,938.80 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.415 | **Nonpriority creditor's name and mailing address**<br>IRONWOOD PACIFIC OUTDOORS INC.<br>7291 SW TECH CENTER DRIVE<br>TIGARD, OR 97223<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,139.03 |
| 3.416 | **Nonpriority creditor's name and mailing address**<br>ITU ABSORB TECH, INC<br>BIN 88479<br>MILWAUKEE, WI 53288<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,965.57 |
| 3.417 | **Nonpriority creditor's name and mailing address**<br>ITW GLOBAL TIRE REPAIR INC<br>125 VENTURE DRIVE<br>SUITE 210<br>SAN LUIS OBISPO, CA 93401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,509.21 |
| 3.418 | **Nonpriority creditor's name and mailing address**<br>IZORLINE INTERNATIONAL<br>6725 SOMERSET BLVD<br>PARAMOUNT, CA 90723<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,110.51 |
| 3.419 | **Nonpriority creditor's name and mailing address**<br>J&K PRINT SERVICES INC<br>908 HOLLY COURT<br>SLEEPY HOLLOW, IL 60118<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $889.35 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.420** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,595.09

JAKE'S LURES
914 W BRUNDAGE LANE
SHERIDAN, WY 82801

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,580.16

JALEAU, INC.
311 DE LA SEINE
SAINT NICOLAS, QC G7A 2P8
CANADA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $77,255.00

JAMES CANTRELL
5660 FM 416
STREETMAN, TX 75859

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,965.35

JAMES E. CLARK,LLC
146 LITTLE NINE ROAD
MOREHEAD CITY, NC 28557

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.424** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $46,288.28

JAMES MOONEY
7045 BECKETT DRIVE UNIT 15
MISSISSAUGA, ON L5S 2A3
CANADA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SEVERANCE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.425 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,872.19 |
|---|---|---|---|

3.425 **Nonpriority creditor's name and mailing address**

JANINE DEVLIN
7045 BECKETT DRIVE UNIT 15
MISSISSAUGA, ON  L5S 2A3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,872.19

---

3.426 **Nonpriority creditor's name and mailing address**

JARDEN CONSUMER SOLUTIONS
20B HEREFORD STREET
BRAMPTON, ON  L6Y 0M1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,429.42

---

3.427 **Nonpriority creditor's name and mailing address**

JASON READ
7045 BECKETT DRIVE UNIT 15
MISSISSAUGA, ON  L5S 2A3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,026.80

---

3.428 **Nonpriority creditor's name and mailing address**

JB LURES INC.
608 WESTERN AVE N
WINTHROP, MN  55396

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,003.82

---

3.429 **Nonpriority creditor's name and mailing address**

JCK SECURITY
9353 CINNABAR
CRESTWOOD, MO  63126

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$480.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.430** | **Nonpriority creditor's name and mailing address**

JED WELSH FISHING
222 EAST CENTER STREET
FALLON, NV 89406

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,135.37

---

**3.431** | **Nonpriority creditor's name and mailing address**

JENKINS ENTERPRISES
PO BOX 16384
NORTH LITTLE ROCK, AR 72231-6384

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,404.00

---

**3.432** | **Nonpriority creditor's name and mailing address**

JENNIFER GILDEMEESTER
7045 BECKETT DRIVE UNIT 15
MISSISSAUGA, ON L5S 2A3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,981.58

---

**3.433** | **Nonpriority creditor's name and mailing address**

JET SERVICES INC
7700 GRAPHICS DR
TINLEY PARK, IL 60477

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,499.40

---

**3.434** | **Nonpriority creditor's name and mailing address**

JEWEL INDUSTRIES
PO BOX 330
HWY 101
BAKERSFIELD, MO 65609

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,633.88

---

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.435 | **Nonpriority creditor's name and mailing address**<br>JIGGERNAUT TACKLE COMPANY<br>1235 CUMBERLAND ST<br>CORNWALL, ON  K6J 4K6<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,983.63 |

| 3.436 | **Nonpriority creditor's name and mailing address**<br>JIM HANSEL<br>11990 CREEKSIDE LANE<br>CHASKA, MN  55318<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $187.46 |

| 3.437 | **Nonpriority creditor's name and mailing address**<br>JIM HANSEL EDITIONS<br>11990 CREEKRIDGE LANE<br>CHASKA, MN  55318<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $304.85 |

| 3.438 | **Nonpriority creditor's name and mailing address**<br>JIM'S JIGS & TACKLE LTD<br>4270 TWP ROAD 350<br>RED DEER COUNTY, AB  T4G 0N2<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $63,151.87 |

| 3.439 | **Nonpriority creditor's name and mailing address**<br>JOES FLIES<br>303 BUCKHANNON PIKE<br>NUTTER FORT, WV  26301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $419,289.15 |

Debtor   Maurice Sporting Goods, Inc.   Case 17-12481-CSS   Doc 181   Filed 12/19/17   Case number (if known) 17-12481   Page 154 of 269

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.440 | **Nonpriority creditor's name and mailing address**<br><br>JOHN HANCOCK LIFE INSURANCE<br>P O BOX 55979<br>BOSTON, MA 02205<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LOAN PAYABLE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $757,665.09 |

| 3.441 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON OUTDOORS INC<br>4180 HARVESTER ROAD<br>BURLINTON, ON L7L 6B6<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,917.61 |

| 3.442 | **Nonpriority creditor's name and mailing address**<br><br>JORY KATLIN<br>1910 TECHNY ROAD<br>NORTHBROOK, IL 60065<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>NOTE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,198,435.03 |

| 3.443 | **Nonpriority creditor's name and mailing address**<br><br>JOSEPHINE ROSCA<br>7045 BECKETT DRIVE UNIT 15<br>MISSISSAUGA, ON L5S 2A3<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,574.51 |

| 3.444 | **Nonpriority creditor's name and mailing address**<br><br>JQ LICENSING<br>PO BOX 1708<br>HAMILTON, MT 59840<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43,173.90 |

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.445 | **Nonpriority creditor's name and mailing address**<br>JQ LICENSING LLC<br>PO BOX 1708<br>HAMILTON, MT 59840<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,021.35 |
| 3.446 | **Nonpriority creditor's name and mailing address**<br>JUREGON KAMINSKI<br>7045 BECKETT DRIVE UNIT 15<br>MISSISSAUGA, ON L5S 2A3<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $109,186.56 |
| 3.447 | **Nonpriority creditor's name and mailing address**<br>JUST RIGHT PRODUCTS LLC<br>20030 EAGLE GLEN WAY<br>ESTERO, FL 33928<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $648.00 |
| 3.448 | **Nonpriority creditor's name and mailing address**<br>K&E TACKLE<br>2530 BARBER ROAD<br>HASTINGS, MI 49058<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $51,903.69 |
| 3.449 | **Nonpriority creditor's name and mailing address**<br>K&J TACKLE<br>75 GOLDRUSH LANE<br>ROCHESTER, NH 03867<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,750.72 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.450 | **Nonpriority creditor's name and mailing address** <br><br> KABO PALLETS INC <br> 3455 EMPIRE BLVD <br> ATLANTA, GA 30354 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $31,280.33 |
| 3.451 | **Nonpriority creditor's name and mailing address** <br><br> KAKU ENTERPRISES LLC <br> 1030 HOOMAIKAI STREET <br> HONOLULU, HI 96817 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $6,766.07 |
| 3.452 | **Nonpriority creditor's name and mailing address** <br><br> KANE COMMUNICATIONS <br> 10 EAST ATHENS AVE <br> SUITE 208 <br> ARDMORE, PA 19003 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $1,000.00 |
| 3.453 | **Nonpriority creditor's name and mailing address** <br><br> KEY PACKAGING COMPANY <br> 7350 15TH STREET EAST <br> SARASOTA, FL 34243 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $3,404.80 |
| 3.454 | **Nonpriority creditor's name and mailing address** <br><br> KEYSTONE DISPLAYS <br> 11916 MAPLE AVE <br> HEBRON, IL 60034 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE VENDOR <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $15,799.79 |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.455** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $266.84

KFM & ASSOCIATES
429 RIVER DRIVE
HADLEY, MA  10305

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $109.90

KIBO SOFTWARE
75 REMITTANCE DRIVE
DEPT 6588
CHICAGO, IL  60675-6588

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,910.08

KILLER BEE BAITS
PO BOX 1456
BILOXI, MS  39533

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,764.00

KINECT ENERGY INC
32604 COLLECTION CENTER DR
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

KINGPUN CHENG - PROP 65 NOTICE
C/O MR. PARKER A. SMITH
SY AND SMITH, PC
11622 EL CAMINO REAL, SUITE 100
DEL MAR, CA  92130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,904.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.460

KL INDUSTRIES
PO BOX 72548
CLEVELAND, OH 44192

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,904.00

---

3.461

**Nonpriority creditor's name and mailing address**

KLEENZONE LTD.
2489 - 6TH CONCESSION ROAD
GREENWOOD, ON L0H 1H0
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,810.60

---

3.462

**Nonpriority creditor's name and mailing address**

KMDA, INC. (ANGLERS CHOICE)
PO BOX 509
BOVEY, MN 55709

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,451.94

---

3.463

**Nonpriority creditor's name and mailing address**

KNEIFL ELECTRIC INC.
1091 CHARLES AVE
SIOUX CITY, IA 51108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,453.30

---

3.464

**Nonpriority creditor's name and mailing address**

KONICA MINOLTA BUSINESS SOL
21146 NETWORK PLACE
CHICAGO, IL 60673

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,294.10

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.465 | **Nonpriority creditor's name and mailing address**<br>KOPPERS FISHING &  TACKLE CORP. V. MAURICE SPORTING GOODS<br>C/O WALINSKI & ASSOC. PC<br>ATTN: ROBERT J. WALINSKI<br>2215 ENTERPRISE DRIVE<br>SUITE 1512, WESTCHESTER  IL 60154<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.466 | **Nonpriority creditor's name and mailing address**<br>KOPPERS FISHING & TACKLE CORP<br>342 TOWNLINE RD SS4<br>UNIT 102 PO BOX 1336<br>NIAGARA-ON-THE-LAKE, ON  L0S 1J0<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $181,044.11 |
| 3.467 | **Nonpriority creditor's name and mailing address**<br>KUREHA AMERICA INC<br>420 LEXINGTON AVENUE<br>SUITE 2510<br>NEW YORK, NY  10170<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $255,338.28 |
| 3.468 | **Nonpriority creditor's name and mailing address**<br>KWIK-TEK INC.<br>12000 E 45TH AVE #104<br>DENVER, CO  80239<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $76,082.80 |
| 3.469 | **Nonpriority creditor's name and mailing address**<br>L & S BAIT CO<br>1415 E BAY DR<br>LARGO, FL  33771<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $55,935.42 |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.470**

**Nonpriority creditor's name and mailing address**

L.B. HUNTINGTON
2704 ARKANSAS AVE
NORFOLK, VA 23513

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,618.88

---

**3.471**

**Nonpriority creditor's name and mailing address**

LA CIE MCCORMICK CANADA CO.
C/O 913690
PO BOX 4090 STN A
TORONTO, ON  M5W 0E9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$67,019.38

---

**3.472**

**Nonpriority creditor's name and mailing address**

LABEEG BUILDINGS SERVICES
225 KEYSTONE AVE
RENO, NV 89503

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$646.80

---

**3.473**

**Nonpriority creditor's name and mailing address**

LABELQUEST
PO BOX 1107
ELMHURST, IL  60126

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,768.32

---

**3.474**

**Nonpriority creditor's name and mailing address**

LADD INDUSTRIES
1258 PEPPER STREET
JENA, LA 71342

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,697.80

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.475 | **Nonpriority creditor's name and mailing address**<br><br>LAMIGLAS, INC.<br>1400 ATLANTIC AVE<br>WOODLAND, WA  98674<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,945.00 |
| 3.476 | **Nonpriority creditor's name and mailing address**<br><br>LEE FISHER INTERNATIONAL<br>3922 W OSBORNE AVE<br>TAMPA, FL  33684<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,657.40 |
| 3.477 | **Nonpriority creditor's name and mailing address**<br><br>LELAND LURES<br>262 FAIRVIEW ROAD<br>SEARCY, AR  72143<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $691,889.33 |
| 3.478 | **Nonpriority creditor's name and mailing address**<br><br>LEOPARDI'S LEO LURES<br>809 MARION AVE<br>ELLWOOD CITY, PA  16117<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,456.37 |
| 3.479 | **Nonpriority creditor's name and mailing address**<br><br>LEOPARDI'S LEO LURES<br>809 MARION AVE<br>ELLWOOD CITY, PA  16117<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $642.00 |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.480** **Nonpriority creditor's name and mailing address**

LEUPOLD FARMS BJ BAIT CO.
8407 SW 59 HIGHWAYNG
ST JOSEPH, MO  64504

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,972.05

---

**3.481** **Nonpriority creditor's name and mailing address**

LIFE-LINK INTERNATIONAL
ATTN: ACCOUNTING DEPT
PO BOX 644498
PITTSBURGH, PA  15264-4498

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,044.00

---

**3.482** **Nonpriority creditor's name and mailing address**

LINDA MASTON
2327 DOUBLEGATE LANE
BURLINGTON, KY  41005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.483** **Nonpriority creditor's name and mailing address**

LINDQUIST BROS BAIT CO. LTD.
1650 SHAWNEE ROAD
TECUMSEH, ON  N8N 1S5
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,419.13

---

**3.484** **Nonpriority creditor's name and mailing address**

LINDY LITTLE JOE INC.
PO BOX 1208
FORT SMITH, AR  72902

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$144.62

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.485** | **Nonpriority creditor's name and mailing address**

LINE CUTTERZ LLC
PO BOX 283
HUTTO, TX 78634

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,241.72

---

**3.486** | **Nonpriority creditor's name and mailing address**

LIP RIPPERZ INC
4780 CHINO AVE UNIT D
CHINO, CA 91710

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,015.26

---

**3.487** | **Nonpriority creditor's name and mailing address**

LIVE LINE BAITS
(LONG LAKE - JERRY'S)
1846 W CHRISSHAN CT
RATHDRUM, ID 83858

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,855.00

---

**3.488** | **Nonpriority creditor's name and mailing address**

LIVINGSTON INTERNATIONAL
DIVISION OF LIVINGSTON LP
PO BOX 5640 TERMINAL A
TORONTO, ON M5W 1P1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$73,136.34

---

**3.489** | **Nonpriority creditor's name and mailing address**

LOGISTICS CORPORATION
10926 DAVID TAYLOR DR
SUITE 300
CHARLOTTE, NC 28262

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,770.05

| Part 2: | Additional Page | |
|---------|-----------------|---|
| | | **Amount of claim** |

| | | |
|---|---|---|
| 3.490 | **Nonpriority creditor's name and mailing address**<br><br>LOOKING GOOD LICENSING<br>PO BOX 318<br>MANCHESTER, VT 05254<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $710.22 |
| 3.491 | **Nonpriority creditor's name and mailing address**<br><br>LOOKING GOOD LICENSING<br>PO BOX 318<br>MANCHESTER, VT 05254<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $504.21 |
| 3.492 | **Nonpriority creditor's name and mailing address**<br><br>LUCAS SYSTEMS INC<br>11279 PERRY HIGHWAY 4TH FLOOR<br>WEXFORD, PA 15090<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $157,616.02 |
| 3.493 | **Nonpriority creditor's name and mailing address**<br><br>LUCK E STRIKE<br>2100 ENTERPRISE AVE<br>GENEVA, IL 60134<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,152.62 |
| 3.494 | **Nonpriority creditor's name and mailing address**<br><br>LUCK-E-STRIKE LURES USA (PB)<br>PO BOX 587<br>CASSVILLE, MO 65625<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,980.10 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.495** | **Nonpriority creditor's name and mailing address**

LUCKY BUG LURE COMPANY
#3 - 3610 BONNEVILLE PLACE
BURNABY, BC  V3N 4T7
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$36,475.28**

---

**3.496** | **Nonpriority creditor's name and mailing address**

LUCKY CRAFT
380 CLINTON STREET
COSTA MESA, CA  92626

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$6,628.60**

---

**3.497** | **Nonpriority creditor's name and mailing address**

LUCKY STRIKE BAIT WORKS
2287 WHITTINGTON DRIVE
CAVAN MONAGHAN, ON  K9J 0G5
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$249,407.58**

---

**3.498** | **Nonpriority creditor's name and mailing address**

LUCKY ZONE DESIGN
21 W 38TH STREET FLOOR 10
NEW YORK, NY  10018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$99,968.52**

---

**3.499** | **Nonpriority creditor's name and mailing address**

LUNKER CITY
PO BOX 1807
MERIDEN, CT  06451

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**$8,514.51**

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.500 | **Nonpriority creditor's name and mailing address**<br><br>LUNKERHUNT<br>42 LAIRD DR<br>TORONTO, ON  M4G 2T3<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $110,322.25 |
| 3.501 | **Nonpriority creditor's name and mailing address**<br><br>LYMAN PRODUCTS CORP<br>475 SMITH ST<br>MIDDLETOWN, CT  06457<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,699.17 |
| 3.502 | **Nonpriority creditor's name and mailing address**<br><br>LYNWOOD MYERS<br>432 E OREGON RD<br>LITITZ, PA  17543<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29.40 |
| 3.503 | **Nonpriority creditor's name and mailing address**<br><br>MACE SECURITY INTERNATIONAL<br>4400 CARNEGIE AVE<br>CLEVELAND, OH  44103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,301.93 |
| 3.504 | **Nonpriority creditor's name and mailing address**<br><br>MACK'S LURE MFG INC.<br>55 LURE LANE<br>WENATCHEE, WA  98801<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,107.62 |

Debtor | Maurice Sporting Goods, Inc. (Name)

Case number _(if known)_ 17-12481

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.505** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $21,324.03
---
MAD RIVER MFG.
1942 BLAKE RD
MCKINLEYVILE, CA 95519

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $21,324.03

---

**3.506** | **Nonpriority creditor's name and mailing address**

MAG INSTRUMENT, INC
PO BOX 847760
LOS ANGELES, CA 90084

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $15,768.88

---

**3.507** | **Nonpriority creditor's name and mailing address**

MAGIC BAIT CO
PO BOX 1421
GUTHRIE, OK 73044

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $59,735.04

---

**3.508** | **Nonpriority creditor's name and mailing address**

MAGIC PRODUCTS INC.
PO BOX 38
AMHERST JUNCTION, WI 54407

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $370,382.03

---

**3.509** | **Nonpriority creditor's name and mailing address**

MAGNA DYNE PRODUCTS INC.
11767 FISK ROAD
BELDING, MI 48809

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $1,111.80

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.510 | **Nonpriority creditor's name and mailing address**<br><br>MAGZ MANUFACTURING<br>223 PHILLIPS STREET<br>BARRIE, ON  L4N 3V2<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $623.76 |

| 3.511 | **Nonpriority creditor's name and mailing address**<br><br>MAILFINANCE<br>DEPT 3682<br>PO BOX 123682<br>DALLAS, TX  75312-3682<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $992.62 |

| 3.512 | **Nonpriority creditor's name and mailing address**<br><br>MAILROOM FINANCE INC<br>PO BOX 30193<br>TAMPA, FL  33630-3193<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $432.33 |

| 3.513 | **Nonpriority creditor's name and mailing address**<br><br>MA-JIK INC.<br>70 BIRON<br>ST-ETIENNE-DES-GRES, QC  G0X 2P0<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,392.04 |

| 3.514 | **Nonpriority creditor's name and mailing address**<br><br>MALIN CO<br>5400 SMITH RD<br>BROOKPARK, OH  44142<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,498.92 |

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.84 |
|---|---|---|---|
| | MANFRED JOSELLIS 1910 TECHNY ROAD NORTHBROOK, IL 60065 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.516 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $302.28 |
|---|---|---|---|
| | MARIANNE HUSKEY 2492 BAY SETTLEMENT ROAD GREEN BAY, WI 54311 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,398.95 |
|---|---|---|---|
| | MARINE METAL PRODUCTS 2154 CALUMET STREET CLEARWATER, FL 33765 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,227.35 |
|---|---|---|---|
| | MARINE SPORTS PRODUCTS 1514 SYDNEY ROAD PLANT CITY, FL 33566 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $966.02 |
|---|---|---|---|
| | MARINE TECH PRODUCTS/EZ STEER 1360 EAST COUNTY ROAD E VADNAIS HEIGHTS, MN 55110 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
| --- | --- | --- |
| | (Name) | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.520 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,194.54 |
| --- | --- | --- | --- |

3.520 **Nonpriority creditor's name and mailing address**

MARK C. POPE
4910 MARTIN CT SE
SMYRNA, GA  30082

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,194.54

---

3.521 **Nonpriority creditor's name and mailing address**

MARKET VOLT
11433 OLDE CABIN RD #100
SAINT LOUIS, MO  63141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$900.00

---

3.522 **Nonpriority creditor's name and mailing address**

MARKETING RESULTS
3985 GROVES RD
COLUMBUS, OH  43232

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$86,496.00

---

3.523 **Nonpriority creditor's name and mailing address**

MARKETING SPECIALISTS, INC.
C/O SCHRANTZ LAW FIRM, PLLC
ATTN: STEPHEN D. SCHRANTZ
1000 EAST MATTHEWS
SUITE C, JONESBORO  AR
72401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.524 **Nonpriority creditor's name and mailing address**

MARSHALL INGREDIENTS
5740 LIMEKILN ROAD
WOLCOTT, NY  14590

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,996.48

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | **Amount of claim** |

| | | | |
|---|---|---|---|
| 3.525 | **Nonpriority creditor's name and mailing address**<br><br>MARTIN MACK FIRE & SFTY<br>4730 W ARMITAGE AVENUE<br>CHICAGO, IL 60639<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $246.15 |
| 3.526 | **Nonpriority creditor's name and mailing address**<br><br>MAR-VO MINERAL<br>7160 MEECHER RD<br>OSSEO, MI 49266<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $3,547.00 |
| 3.527 | **Nonpriority creditor's name and mailing address**<br><br>MASON TACKLE COMPANY<br>11273 CENTER STREET<br>PO BOX 56<br>OTISVILLE, MI 48463<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $3,681.01 |
| 3.528 | **Nonpriority creditor's name and mailing address**<br><br>MASTER FISHING TACKLE CORP<br>PO BOX 5247<br>CARSON, CA 90749<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $90,725.53 |
| 3.529 | **Nonpriority creditor's name and mailing address**<br><br>MASTER LOCK CO.<br>PO BOX 677799<br>DALLAS, TX 75267-7799<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $10,711.23 |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.530 | **Nonpriority creditor's name and mailing address**<br><br>MASTER PAC<br>8339 BRIDGE AVE<br>STLOUIS, MO  63125<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,477.80 |
| 3.531 | **Nonpriority creditor's name and mailing address**<br><br>MASTER VISION<br>IMPORT MERCHANDISERS INC<br>PO BOX 337<br>N11254 INDUSTRIAL LANE<br>ELCHO, WI  54428<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,039.94 |
| 3.532 | **Nonpriority creditor's name and mailing address**<br><br>MATZUO AMERICA, INC.<br>1910 TECHNY ROAD<br>NORTHBROOK, IL  60065<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>INTERCOMPANY PAYABLE - MATZUO<br>ADVANCE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,521,093.65 |
| 3.533 | **Nonpriority creditor's name and mailing address**<br><br>MAVERICK PROCESSING LLC<br>149 BARNERT AVE<br>TOTOWA, NJ  07512<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $74.97 |
| 3.534 | **Nonpriority creditor's name and mailing address**<br><br>MAXIMA USA INC<br>23515 NE CLARA LN STE 100<br>HILLSBORO, OR  97124<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60,130.87 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $91,975.88 |

**Nonpriority creditor's name and mailing address**
MAYHEM BAIT CO
4017 CULLEN DRIVE
PLYMPTON-WYOMING, ON  N0N 1J6
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$91,975.88

---

3.536 **Nonpriority creditor's name and mailing address**
MCKEON PRODUCTS
25460 GUENTHER
WARREN, MI  48091

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$62,900.51

---

3.537 **Nonpriority creditor's name and mailing address**
MCNALLY OPERATIONS LLC
435 W NORFOLK AVE
NORFALK, NE  68701-5234

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$276.65

---

3.538 **Nonpriority creditor's name and mailing address**
MCPC
PO BOX 643283
PITTSBURGH, PA  15264-3283

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,094.98

---

3.539 **Nonpriority creditor's name and mailing address**
MERCY
PO BOX 504222
SAINT LOUIS, MO  63150-4222

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$120.00

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.540** | **Nonpriority creditor's name and mailing address**

MERIDAN IT INC
PO BOX 71426
CHICAGO, IL  60694-1426

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,535.68

---

**3.541** | **Nonpriority creditor's name and mailing address**

MERLIN PRODUCTS, INC
2084 S COLUMBINE AVE
HOMOSASSA, FL  34448

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,296.80

---

**3.542** | **Nonpriority creditor's name and mailing address**

MERTENS TACKLE
PO BOX 1753
FOND DU LAC, WI  54936

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$656.80

---

**3.543** | **Nonpriority creditor's name and mailing address**

MESIROW INSURANCE SERVICES INC
ATTN: LYDIA A. CALDERON
353 N CLARK ST.
CHICAGO, IL  60654

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$704.86

---

**3.544** | **Nonpriority creditor's name and mailing address**

METRO TRAILER LEASING
100 METRO PARKWAY
PELHAM, AL  35124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,114.05

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481-CSS |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

---

**3.545**

**Nonpriority creditor's name and mailing address**

MEYERCO USA
CAMP USA
4481 EXCHANGE SERVICE DR
DALLAS, TX  75236

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,391.52

---

**3.546**

**Nonpriority creditor's name and mailing address**

MHS LICENSING
11100 WAYZATA BLVD
SUITE 550
MINNETONKA, MN  55305

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,418.22

---

**3.547**

**Nonpriority creditor's name and mailing address**

MHS LICENSING
11100 WAYZATA BLVD, STE 550
MINNEAPOLIS, MN  55305

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,089.78

---

**3.548**

**Nonpriority creditor's name and mailing address**

MICHAEL OLSHANSKY
1910 TECHNY ROAD
NORTHBROOK, IL  60065

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOTE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$203,236.96

---

**3.549**

**Nonpriority creditor's name and mailing address**

MICHAELS PLUMBING
HEATING & AIR
670 KRESGE LANE
SPARKS, NV  89431

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$137.99

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.550 | **Nonpriority creditor's name and mailing address**<br><br>MIDSTEP-SERVICES INC (M3)<br>4303 STONE AVE<br>SIOUX CITY, IA 51106<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,582.82 |
| 3.551 | **Nonpriority creditor's name and mailing address**<br><br>MIDSUN SPECIALTY PRODUCTS<br>378 FOUR ROD ROAD<br>BERLIN, CT 06037<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.01 |
| 3.552 | **Nonpriority creditor's name and mailing address**<br><br>MIDWEST BOX CO (M3)<br>3200 NORTH 30TH STR<br>OMAHA, NE 68111<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,012.94 |
| 3.553 | **Nonpriority creditor's name and mailing address**<br><br>MIDWEST RAKE<br>2666 S COUNTRY CLUB RD<br>WARSAW, IN 46580<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,532.12 |
| 3.554 | **Nonpriority creditor's name and mailing address**<br><br>MIGHTY MAX CART<br>4409 VERONE STREET<br>BELLAIRE, TX 77401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,782.82 |

| **Part 2:** | **Additional Page** | |
|---|---|---|

|  |  | **Amount of claim** |
|---|---|---|

| 3.555 | **Nonpriority creditor's name and mailing address**<br><br>MIMOSA INTERIOR LANDSCAPE<br>PO BOX 1515<br>ELK GROVE VILLAGE, IL  60009-1515<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,116.80 |
|---|---|---|---|
| 3.556 | **Nonpriority creditor's name and mailing address**<br><br>MISSILE BAITS<br>170 TURNER ROAD<br>SALEM, VA  24153<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $112,721.21 |
| 3.557 | **Nonpriority creditor's name and mailing address**<br><br>MISSILE BAITS, LLC<br>C/O CAWTHORN, PICARD & ROWE, P.C.<br>ATTN: EDWARD LOUGHRAN<br>8310 MIDLOTHIAN TURNPIKE<br>RICHMOND  VA<br>23235<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.558 | **Nonpriority creditor's name and mailing address**<br><br>MISSOURIAN<br>PO BOX 336<br>WASHINGTON, MO  63090<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $267.30 |
| 3.559 | **Nonpriority creditor's name and mailing address**<br><br>MISTER TWISTER<br>PO DRAWER 996<br>MINDEN, LA  71058<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $216,505.49 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.560** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $58.98

MOBILE COMMUNICATIONS OF ATHEN
PO BOX 491810
LAWRENCEVILLE, GA  30049

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.561** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,014.44

MOHAWK CUSTOMS & SHIPPING CORP
PO BOX 3065
SYRACUSE, NY  13220

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.562** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $363.58

MONTI-WEST
7647 SUNCOUNTRY LANE
SACRAMENTO, CA  95828

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.563** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,922.49

MORAN RECYCLING SOLUTIONS INC
(BOX RESELLERS)
555-A WHARTON CIRCLE
ATLANTA, GA  30336

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.564** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33,959.44

MOSSBERG & SONS
PO BOX 847022
BOSTON, MA  02284

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
| --- | --- | --- |
| | (Name) | |

| Part 2: | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.565** **Nonpriority creditor's name and mailing address**

MOSSY OAK GRAPHICS
QUANTUM DIGITAL VENTURES
24680 MOUND ROAD
WARREN, MI  48091

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,263.42

---

**3.566** **Nonpriority creditor's name and mailing address**

MR PRINT
1700 LEVEE
DALLAS, TX  75207

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$170.23

---

**3.567** **Nonpriority creditor's name and mailing address**

MTM RECOGNITION CORP
PO BOX 15659
OKLAHOMA CITY, OK  73115-5659

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,121.75

---

**3.568** **Nonpriority creditor's name and mailing address**

MUSKY INNOVATIONS
N9480 HWY 42
CLEVELAND, WI  53015

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,442.52

---

**3.569** **Nonpriority creditor's name and mailing address**

MUSKY MANIA (DRIFTER TACKLE)
28271 CEDAR PARK BLVD
PERRYSBURG, OH  43551

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,781.45

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.570 | **Nonpriority creditor's name and mailing address**<br>MUSKY MAYHEM TACKLE, LLC.<br>20695 CTY RD 35 NW<br>PARKERS PRAIRIE, MN  56361<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,001.34 |

| 3.571 | **Nonpriority creditor's name and mailing address**<br>NACM/CHICAGO MIDWEST<br>3005 TOLLVIEW DRIVE<br>ROLLING MEADOWS, IL  60008-3708<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $308.17 |

| 3.572 | **Nonpriority creditor's name and mailing address**<br>NATURES KETTLE<br>9341 G COURT<br>OMAHA, NE  68127<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,761.75 |

| 3.573 | **Nonpriority creditor's name and mailing address**<br>NEOFUNDS BY NEWPOST<br>PO BOX 30193<br>TAMPA, FL  33630-3193<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,432.10 |

| 3.574 | **Nonpriority creditor's name and mailing address**<br>NEOPOST USA INC.<br>DEPT 3689<br>PO BOX 123689<br>DALLAS, TX  75312<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $261.25 |

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

3.575 **Nonpriority creditor's name and mailing address**

NESTLE WATERS NORTH AMERICA
PO BOX 856680
LOUISVILLE, KY 40285-6680

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $104.45
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.576 **Nonpriority creditor's name and mailing address**

NET BAIT
1143 MANNINGHAM RD
GREENVILLE, AL 36037

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $45,909.27
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.577 **Nonpriority creditor's name and mailing address**

NETWORK INNOVATIONS, INC
LOCKBOX DEPT 4929
CAROL STREAM, IL 60122

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $3,484.22
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.578 **Nonpriority creditor's name and mailing address**

NEVADA PACKAGING SOLUTIONS
360 LILLARD AVE
SPARKS, NV 89434

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $19,171.37
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.579 **Nonpriority creditor's name and mailing address**

NEVEDA BOX CO LLC
650 INNOVATION DRIVE SUITE A
RENO, NV 89511

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $244.95
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.580 | **Nonpriority creditor's name and mailing address**<br><br>NEX XOS WORLDWIDE LLC<br>3922 PEMBROKE PARK RD<br>PEMBROKE PARK, FL 33021<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,861.04 |

| 3.581 | **Nonpriority creditor's name and mailing address**<br><br>NICOR GAS<br>4S575 EOLA RD<br>AURORA, IL 60505<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $484.73 |

| 3.582 | **Nonpriority creditor's name and mailing address**<br><br>NITE IZE INC<br>5660 CENTRAL AVE<br>ATTN A ASHUTAMBONG<br>BOULDER, CO 80301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,175.48 |

| 3.583 | **Nonpriority creditor's name and mailing address**<br><br>NITROGOLF LLC<br>PO BOX 563<br>MILWAUKEE, WI 53201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $319.04 |

| 3.584 | **Nonpriority creditor's name and mailing address**<br><br>NORMARK INC.<br>1350 PHILLIP MURRARY AVE<br>OSHAWA, ON L1J 6Z9<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,535,735.01 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.585 | **Nonpriority creditor's name and mailing address**<br><br>NORTHBROOK HARDWARE<br>1941 CHERRY LANE<br>NORTHBROOK, IL 60062<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $61.41 |
| 3.586 | **Nonpriority creditor's name and mailing address**<br><br>NORTHBROOK POLICE DEPT<br>1225 CEDAR LANE<br>NORTHBROOK, IL 60062<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $88.20 |
| 3.587 | **Nonpriority creditor's name and mailing address**<br><br>NORTHERN SPORT FISHING PRODUCT<br>32 AIRPARK PLACE UNIT 1<br>GUELPH, ON N1L 1B2<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,386.93 |
| 3.588 | **Nonpriority creditor's name and mailing address**<br><br>NORTHLAND TACKLE CO<br>ATTN: BECKY<br>1001 NAYLOR DR SE<br>BEMIDJI, MN 56601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $479,318.06 |
| 3.589 | **Nonpriority creditor's name and mailing address**<br><br>NORTHWEST ENTERPRISES<br>200 N 18TH AVENUE<br>SHELDON, IA 51201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,936.47 |

Debtor   Maurice Sporting Goods, Inc.   Case 17-12481-CSS   Doc 181   Filed 12/19/17   Case number (if known) 17-12481   Page 184 of 269

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.590 | **Nonpriority creditor's name and mailing address**<br><br>NV ENERGY<br>PO BOX 30073<br>RENO, NV  89520<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,217.15 |
| 3.591 | **Nonpriority creditor's name and mailing address**<br><br>O. MUSTAD & SON INC.<br>LBX# 893308<br>1501 NORTH PLANO RD STE 100<br>RICHARDSON, TX  75081<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $641,256.61 |
| 3.592 | **Nonpriority creditor's name and mailing address**<br><br>OCCUPATIONAL HEALTH CENTERS<br>OF ILLINOIS PC<br>PO BOX 488<br>LOMBARD, IL  60148<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $78.64 |
| 3.593 | **Nonpriority creditor's name and mailing address**<br><br>OFF SHORE TACKLE COMPANY<br>PO BOX 88<br>PORT AUSTIN, MI  48467<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,099.88 |
| 3.594 | **Nonpriority creditor's name and mailing address**<br><br>OFFICE ESSENTIALS<br>123-1551 BROADWAY ST<br>POER COQUITLAM, BC  V3C 6N9<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,861.67 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.595** **Nonpriority creditor's name and mailing address**

O'KI TACKLE MFG.
9768 THIRD ST
SIDNEY, BC  V8L 3A4
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,369.29

---

**3.596** **Nonpriority creditor's name and mailing address**

OKUMA FISHING TACKLE, INC
PO BOX 86161
LOS ANGELES, CA  90086

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$123,777.78

---

**3.597** **Nonpriority creditor's name and mailing address**

OLD DOMINION FREIGHT
14933 COLLECTION CENTER DR
CHICAGO, IL  60693-4933

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,870.07

---

**3.598** **Nonpriority creditor's name and mailing address**

OLIN CANADA, INC.
BANK OF AMERICA
5065 COLLECTION CENTER DR
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,934.86

---

**3.599** **Nonpriority creditor's name and mailing address**

OMNIGLOW LLC
FIRST DATA - REMITCO
LOCKBOX 9606
1150 SOUTH AVENUE STE 201
STATEN ISLAND, NY  10314

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,371.60

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.600 | **Nonpriority creditor's name and mailing address**<br><br>OPTIMUM BAIT COMPANY<br>43062 VIA DOS PICOS #C<br>TEMECULA, CA 92590<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,209.62 |

| 3.601 | **Nonpriority creditor's name and mailing address**<br><br>ORANGE TACKLE<br>62801 NBU 28<br>910 CALLE MESA<br>C/O RUSSEL NARANJO<br>ESPANOLA, NM 87532<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,762.22 |

| 3.602 | **Nonpriority creditor's name and mailing address**<br><br>ORION SIGNAL PRODUCTS<br>PO BOX 1047<br>EASTON, MD 21601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $136,827.82 |

| 3.603 | **Nonpriority creditor's name and mailing address**<br><br>OTIS TECHNOLOGY INC<br>PO BOX 582<br>LYONS FALLS, NY 13368<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,502.74 |

| 3.604 | **Nonpriority creditor's name and mailing address**<br><br>OUTDOOR BRANDZ "FLE FLY"<br>502 INDUSTRIAL ROAD A<br>GROVE, OK 74344<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,084.24 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.605 | **Nonpriority creditor's name and mailing address**<br>OUTDOOR CAP, INC.<br>PO BOX 1000 DEPT 150<br>MEMPHIS, TN 38148<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,410.16 |
| 3.606 | **Nonpriority creditor's name and mailing address**<br>OUTDOOR EDGE<br>9500 W 49TH AVE #A-100<br>WHEAT RIDGE, CO 80033<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,632.60 |
| 3.607 | **Nonpriority creditor's name and mailing address**<br>OUTKAST INC<br>940 MINNESOTA AVE<br>DULUTH, MN 55802<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,028.14 |
| 3.608 | **Nonpriority creditor's name and mailing address**<br>OWNER AMERICAN CORP.<br>3199-B AIRPORT LOOP DRIVE<br>COSTA MESA, CA 92626<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90,969.31 |
| 3.609 | **Nonpriority creditor's name and mailing address**<br>P&D PRINTING, INC.<br>814 PAVILLION COURT<br>MCDONOUGH, GA 30253<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $182.48 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.610 | **Nonpriority creditor's name and mailing address**<br><br>P.S. KREATIVE LLC<br>1315 BALSAM ST<br>GRAND JUNCTION, CO 81505<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40,324.56 |

| 3.611 | **Nonpriority creditor's name and mailing address**<br><br>PACIFIC CATCH<br>2280 GRASS VALLEY HWY #253<br>AUBURN, CA 95603-2536<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,440.28 |

| 3.612 | **Nonpriority creditor's name and mailing address**<br><br>PALLETECH, INC<br>1285 SPICE ISLAND DRIVE<br>SPARKS, NV 89431<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,750.64 |

| 3.613 | **Nonpriority creditor's name and mailing address**<br><br>PANTHER MARTIN<br>19 NORTH COLUMBIA ST<br>PORT JEFFERSON, NY 11777<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $813,824.89 |

| 3.614 | **Nonpriority creditor's name and mailing address**<br><br>PARTY ANIMAL<br>909 CROCKER ROAD<br>WESTLAKE, OH 44145<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,700.00 |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.615**  **Nonpriority creditor's name and mailing address**

PAUTZKE BAIT CO.
PO BOX 36-800 PROSPECT ST
ELLENBURG, WA  98926

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$838,717.32

---

**3.616**  **Nonpriority creditor's name and mailing address**

PCM SALES INC
FILE 55327
LOS ANGELES, CA  90074-5327

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,310.71

---

**3.617**  **Nonpriority creditor's name and mailing address**

PENN FISHING TACKLE CO
PO BOX 890722
CHARLOTTE, NC  28289

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$133,302.85

---

**3.618**  **Nonpriority creditor's name and mailing address**

PEOPLES JANITORIAL SUPPLY INC
PO BOX 68
FOREST PARK, GA  30298

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$628.18

---

**3.619**  **Nonpriority creditor's name and mailing address**

PHORN TEP
7045 BECKETT DRIVE UNIT 15
MISSISSAUGA, ON  L5S 2A3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,221.00

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.620 | **Nonpriority creditor's name and mailing address**<br><br>PHOTO FILE<br>333 N BEDFORD ROAD<br>SUITE 130<br>MT KISCO, NY  10549<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $31,659.42 |

| 3.621 | **Nonpriority creditor's name and mailing address**<br><br>PICKARD'S - BROWN TACKLE<br>24 PAYEUR CIRCLE<br>SANFORD, ME  04073<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,835.23 |

| 3.622 | **Nonpriority creditor's name and mailing address**<br><br>PIEDMONT NATIONAL CORPORATION<br>PO BOX 890938<br>CHARLOTTE, NC  28289<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $473.34 |

| 3.623 | **Nonpriority creditor's name and mailing address**<br><br>PIST.PETE HI-COUNTRY FLYS<br>34850 COUNTY RD 202<br>TRINIDAD, CO  81082<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $132,457.02 |

| 3.624 | **Nonpriority creditor's name and mailing address**<br><br>PITNEY BOWES<br>PO BOX 190<br>ORANGEVILLE, ON  L9W 2Z6<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $192.08 |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.625**  **Nonpriority creditor's name and mailing address**

PITNEY BOWES
PO BOX 371874
PITTSBURGH, PA  15250-7874

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$219.81

---

**3.626**  **Nonpriority creditor's name and mailing address**

PITNEY BOWES - PURCHASE POWER
PO BOX 371874
ACCT# 8000-9000-0378-3267
PITTSBURGH, PA  15250-7874

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$105.08

---

**3.627**  **Nonpriority creditor's name and mailing address**

PITNEY BOWES GLOBAL FIN SRV
LLC
PO BOX 371887
ACCT: 1553412
PITTSBURGH, PA  15250-7887

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$220.80

---

**3.628**  **Nonpriority creditor's name and mailing address**

PITNEY WORKS
PO BOX 280
ORANGEVILLE, ON  L9W 2Z7
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$96.87

---

**3.629**  **Nonpriority creditor's name and mailing address**

PLANO MOLDING CO.
PO BOX 71675
CHICAGO, IL  60694

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,901.37

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.630 | **Nonpriority creditor's name and mailing address**<br><br>P-LINE<br>460 VALLEY DRIVE<br>BRISBANE, CA 94005<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $175,895.17 |

| 3.631 | **Nonpriority creditor's name and mailing address**<br><br>PLUSHLAND<br>4300 UNION PACIFIC AVE<br>LOS ANGELES, CA 90023<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,157.10 |

| 3.632 | **Nonpriority creditor's name and mailing address**<br><br>PMI MAX PROFESSIONAL MARKETING<br>15069 SCENIC DRIVE<br>DAYTON, MN 55327<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,082.73 |

| 3.633 | **Nonpriority creditor's name and mailing address**<br><br>POINT WILSON COMPANY, INC<br>131 CAPE GEORGE DR<br>PORT TOWNSEND, WA 98368<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,985.48 |

| 3.634 | **Nonpriority creditor's name and mailing address**<br><br>PORTLAND OUTDOORS, LLC<br>216 INDUSTRIAL PARK LOOP<br>EVERGREEN, AL 36401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,184.16 |

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.635** **Nonpriority creditor's name and mailing address**

POSDATA GROUP INC
DEPT CH 17886
PALATINE, IL  60055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,173.56

---

**3.636** **Nonpriority creditor's name and mailing address**

POSTCARD FACTORY
DEPT CH 16466
PALATINE, IL  60055-6466

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$247,196.22

---

**3.637** **Nonpriority creditor's name and mailing address**

PRADCO
PO BOX 1587
3601 JENNY LIND RD
FORT SMITH, AR  72902

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$99,074.02

---

**3.638** **Nonpriority creditor's name and mailing address**

PRADCO HUNTING
2600 CORPORATE DRIVE
SUITE 250
BIRMINGHAM, AL  35242

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,154.07

---

**3.639** **Nonpriority creditor's name and mailing address**

PRECISION SHOOTING EQUIPMENT
2727 N FAIRVIEW
TUCSON, AZ  85705

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,949.59

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |
| | | | Amount of claim |

| 3.640 | **Nonpriority creditor's name and mailing address**<br><br>PRECISION TACKLE, INC.<br>PO BOX 709<br>MONTGOMERY, TX 77356<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,091.88 |
| 3.641 | **Nonpriority creditor's name and mailing address**<br><br>PREMIER OUTDOORS<br>101 EVERGREEN PKWY<br>#2<br>ELKHORN, WI 53121<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,188.00 |
| 3.642 | **Nonpriority creditor's name and mailing address**<br><br>PREMIUM ASSIGNMENT CORPORATION<br>3522 THOMASVILLE ROAD ST 400<br>TALLAHASSEE, FL 32309<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,454.89 |
| 3.643 | **Nonpriority creditor's name and mailing address**<br><br>PRESCO ENTERPRISES<br>515 LEATHERDALE RD<br>IVA, SC 29655<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,744.00 |
| 3.644 | **Nonpriority creditor's name and mailing address**<br><br>PRIMOS WILD GAME CALLS<br>604 FIRST STREET<br>FLORA, MS 39071<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,422.11 |

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.645** | **Nonpriority creditor's name and mailing address**
PRO CURE
PO BOX 7077
SALEM, OR  97309

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$76,924.32

---

**3.646** | **Nonpriority creditor's name and mailing address**
PRO SPECIALTIES GROUP (ND)
4863 SHAWLINE STREET
SUITE D
SAN DIEGO, CA  92111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,963.38

---

**3.647** | **Nonpriority creditor's name and mailing address**
PRO SPECIALTIES GROUP INC
4863 SHAWLINE STREET
SUITE D
SAN DIEGO, CA  92111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$181,704.64

---

**3.648** | **Nonpriority creditor's name and mailing address**
PRONATURE SHERBROOKE
2879 RUE KING EST
SHERBROOKE, QC  J1G 5J1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$105.43

---

**3.649** | **Nonpriority creditor's name and mailing address**
PRO-SHOT PRODUCTS
PO BOX 763
TAYLORVILLE IL, IL  62568

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,038.42

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.650**

**Nonpriority creditor's name and mailing address**

PRO-TROLL
5700A IMHNOFF DRIVE
CONCORD, CA  94520

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,078.00

---

**3.651**

**Nonpriority creditor's name and mailing address**

PRO-TROLL CANADA
5700A IMHNOFF DRIVE
CONCORD, CA  94520

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$364.44

---

**3.652**

**Nonpriority creditor's name and mailing address**

PULIZ MOVING & STORAGE
1095 STANDARD STREET
RENO, NV  89506

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$135.97

---

**3.653**

**Nonpriority creditor's name and mailing address**

PURE FISHING  US
7 SCIENCE COURT
COLUMBIA, SC  29203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$736,750.35

---

**3.654**

**Nonpriority creditor's name and mailing address**

PURE FISHING CANADA (BERKELY)
131 SAVANNAH OAKS DR UNIT 1
BRANTFORD, ON  N3V 1E8
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$725,361.32

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|
| | | |

---

3.655 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $430.78
| PURE POWER GENERATORS LLC | *Check all that apply.* |
| 611 LANDWEHR RD | ☐ Contingent |
| NORTHBROOK, IL  60062 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| | **Basis for the claim:** |
| **Last 4 digits of account number:** | TRADE VENDOR |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

---

3.656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54,887.40
| PYRAMEX SAFETY PRODUCTS | *Check all that apply.* |
| PO BOX 1000 DEPT 324 | ☐ Contingent |
| MEMPHIS, TN  38148 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| | **Basis for the claim:** |
| **Last 4 digits of account number:** | TRADE VENDOR |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

---

3.657 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $744.00
| QUAKE | *Check all that apply.* |
| PO BOX 535116 | ☐ Contingent |
| ATLANTA, GA  30353-5116 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| | **Basis for the claim:** |
| **Last 4 digits of account number:** | TRADE VENDOR |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

---

3.658 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43,661.54
| QUAKER BOY INC. GAME CALL | *Check all that apply.* |
| 5455 WEBSTER RD | ☐ Contingent |
| ORCHARD PARK, NY  14127 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| | **Basis for the claim:** |
| **Last 4 digits of account number:** | TRADE VENDOR |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

---

3.659 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,448.82
| QUEST DATA GROUP, LTD | *Check all that apply.* |
| 825 FOX TRAIL COURT | ☐ Contingent |
| LAKE FOREST, IL  60045 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | |
| | **Basis for the claim:** |
| **Last 4 digits of account number:** | TRADE VENDOR |
| | **Is the claim subject to offset?** |
| | ☒ No |
| | ☐ Yes |

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |

| 3.660 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $263.23 |
|---|---|---|---|

**3.660**

**Nonpriority creditor's name and mailing address**

QUILL CORP
PO BOX 37600
PHILADELPHIA, PA  19101-0600

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$263.23

---

**3.661**

**Nonpriority creditor's name and mailing address**

QWEST COMMUNICATIONS CO LLC
BUSINESS SERVICES
PO BOX 52187
PHOENIX, AZ  85072-2187

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16.85

---

**3.662**

**Nonpriority creditor's name and mailing address**

QWEST CORPORATION
PO BOX 91155
ACCT: 303-789-3474-183B
SEATTLE, WA  98111-9255

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$459.85

---

**3.663**

**Nonpriority creditor's name and mailing address**

RACK STACKER INC.
382 MONEYMORE ROAD
ROSLIN, ON  K0K 2Y0
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,607.04

---

**3.664**

**Nonpriority creditor's name and mailing address**

RADIANS INC.
PO BOX 752310
MEMPHIS, TN  38175

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,023.74

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.665 | **Nonpriority creditor's name and mailing address**<br><br>RAGE OUTDOORS, LLC<br>101 MAIN STREET<br>SUPERIOR, WI 54880<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,016.61 |
| 3.666 | **Nonpriority creditor's name and mailing address**<br><br>RAINBOW PLASTICS PRODU RLLLP<br>226 BASHER DRIVE<br>BERTHOUD, CO 80513<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60,654.76 |
| 3.667 | **Nonpriority creditor's name and mailing address**<br><br>RAK CONSULTING INC<br>1481 FAIRWAY DR #203<br>NAPERVILLE, IL 60563-9133<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $523.69 |
| 3.668 | **Nonpriority creditor's name and mailing address**<br><br>RAMADA INN & SUITES PITT MDWS<br>19267 LOUGHEED HIGHWAY<br>PITT MEADOWS, BC V3Y 2J5<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,694.32 |
| 3.669 | **Nonpriority creditor's name and mailing address**<br><br>RANDSTAD NORTH AMERICA INC<br>32462 COLLECTION CENTER DR<br>CHICAGO, IL 60693<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,833.76 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.670 | **Nonpriority creditor's name and mailing address**<br><br>RANDY FOX<br>26400 SUMMER GREENS DRIVE<br>BONITA SPRINGS, FL 34135<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $230.28 |
| 3.671 | **Nonpriority creditor's name and mailing address**<br><br>RAPALA, USA<br>10395 YELLOW CIRCLE DR<br>MINNETONKA, MN 55343<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $564,234.78 |
| 3.672 | **Nonpriority creditor's name and mailing address**<br><br>RAY HEATING PRODUCTS INC<br>PO BOX 2957<br>RENO, NV 89505<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $474.07 |
| 3.673 | **Nonpriority creditor's name and mailing address**<br><br>RAYMOND C. RUMPF & SON<br>35 MAPLE AVE<br>PO BOX 319<br>SELLERSVILLE, PA 18960<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,128.94 |
| 3.674 | **Nonpriority creditor's name and mailing address**<br><br>RAYMOND HANDLING CONCEPT<br>1418 NMARKET SUITE 100A<br>SACRAMENTO, CA 95834<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,431.26 |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|--|--|--|

**3.675** | **Nonpriority creditor's name and mailing address**

RAYMOND LEASING CORP.
PO BOX 301590
DALLAS, TX  75303

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,961.48

---

**3.676** | **Nonpriority creditor's name and mailing address**

RDO DISTRIBUTION INC.
78 LONDONDERRY TURNPIKE
UNIT E-4
HOOKSET, NH  03106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,041.32

---

**3.677** | **Nonpriority creditor's name and mailing address**

READY AMERICA
1399 SPECIALTY DRIVE
VISTA, CA  92081-4053

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,742.80

---

**3.678** | **Nonpriority creditor's name and mailing address**

REAL SPORTS INC.
1140 TERNS LANDING
PITTSGROVE, NJ  08318

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.96

---

**3.679** | **Nonpriority creditor's name and mailing address**

REBOX
4500 COUSENS
ST LAURENT, QC  H4S 1X6
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,932.65

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.680** | **Nonpriority creditor's name and mailing address**

REBOXCO INTERNATIONAL LLC
10645 N TATUM BLVD
SUITE 200 443
PHOENIX, AZ  85028

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,281.15

---

**3.681** | **Nonpriority creditor's name and mailing address**

RECREATIONAL BOATING AND
FISHING FOUNDATION
500 MONTGOMERY ST SUITE 300
ALEXANDRIA, VA  22314

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$603.55

---

**3.682** | **Nonpriority creditor's name and mailing address**

REDBONE SPORTFISHING CHARTERS
200 INDUSTRIAL RD
PO BOX 273
ISLAMORADA, FL  33036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,536.44

---

**3.683** | **Nonpriority creditor's name and mailing address**

REDWING TACKLE
55 MILLS ROAD #8
AJAX, ON  L1S 2H2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,534.52

---

**3.684** | **Nonpriority creditor's name and mailing address**

REEF RUNNER TACKLE CO.
PO BOX 450
MARBLEHEAD, OH  43440

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,809.70

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.685**

**Nonpriority creditor's name and mailing address**

REEL GRIP LIMITED
C/O BLACK, MCCUSKEY, SOUERS & ARBAUGH
ATTN: ROD A. MOORE
220 MARKET AVENUE SOUTH
SUITE 1000, CANTON  OH
44702

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.686**

**Nonpriority creditor's name and mailing address**

REGINALD MACK
7045 BECKETT DRIVE UNIT 15
MISSISSAUGA, ON  L5S 2A3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $24,685.36

---

**3.687**

**Nonpriority creditor's name and mailing address**

REMINGTON ARMS CO.
PO BOX 503810
ST LOUIS, MO  63150-3810

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $85,217.83

---

**3.688**

**Nonpriority creditor's name and mailing address**

REP CONNECTIONS
4000 S ROCKINGHAM RD
GREENSBORO, NC  27407

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $14,200.00

---

**3.689**

**Nonpriority creditor's name and mailing address**

REVO BRAND GROUP
10700 W HIGHWAY 55
SUITE 150
PLYMOUTH, MN  55441

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $19,599.40

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) | 17-12481 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.690 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45,192.07 |
| --- | --- | --- | --- |

| 3.690 | **Nonpriority creditor's name and mailing address**<br>RICO INDUSTRIES<br>8030 SOLUTIONS CENTER<br>CHICAGO, IL 60677-8000<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45,192.07 |
| 3.691 | **Nonpriority creditor's name and mailing address**<br>RIEADCO CORP.<br>1200 SOUTH POWELL ROAD<br>INDEPENDENCE, MO 64057<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $460,917.01 |
| 3.692 | **Nonpriority creditor's name and mailing address**<br>RIGRAP LLC<br>PO BOX 8464<br>ACCOUNTS RECEIVABLE<br>JUPITER, FL 33477<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $57,983.80 |
| 3.693 | **Nonpriority creditor's name and mailing address**<br>RITE ANGLER<br>1083 NW 53RD ST<br>FT LAUDERDALE, FL 33309<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $27,420.00 |
| 3.694 | **Nonpriority creditor's name and mailing address**<br>RITE LOCK & SAFE<br>3508 DEMPSTER ST<br>SKOKIE, IL 60076<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22.73 |

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) | 17-12481 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.695 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,127.93 |

**Nonpriority creditor's name and mailing address**
RIVER CAPITAL FINANCE LLC
619 LINDA STREET
#100
ROCKY RIVER, OH 44116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $2,127.93

---

| 3.696 |

**Nonpriority creditor's name and mailing address**
RIVERS EDGE
ATTN: PATRICK WROB
ONE RIVERS EDGE COURT
ST CLAIRE, MO 63077

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOTE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $5,682,655.89

---

| 3.697 |

**Nonpriority creditor's name and mailing address**
RKG LAWN & SNOW
760 KENNY STREET
SAINT CLAIR, MO 63077

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $300.00

---

| 3.698 |

**Nonpriority creditor's name and mailing address**
RNT CALLS INC.
2315 HWY 63 NORTH
STUTTGART, AR 72160

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $11,713.80

---

| 3.699 |

**Nonpriority creditor's name and mailing address**
ROB WARDS COMPANY STORE
23 TAYLOR ST
SULLIVAN, MO 63080

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $290.94

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.700 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,959.84 |
|---|---|---|---|

ROBINSON WHOLESALE
130 ELIZABETH LANE
PO BOX 338
GENOA CITY, WI  53128

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.701 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,870.54 |
|---|---|---|---|

ROBOWORM INC.
764 CALLE PLANO
CAMARILLO, CA  93012

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.702 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $38,954.98 |
|---|---|---|---|

ROCKVILLE PICTURES INC
2650 NASSAU POINT RD
CUTCHOGUE, NY  11935

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.703 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $737.59 |
|---|---|---|---|

ROCKY MOUNTAIN TACKLE
1291 S RIVER VIEW DR
SPANISH FORK, UT  84660

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.704 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $281,488.93 |
|---|---|---|---|

ROD-N-BOBB'S
630 LAMPLIGHTER CT
EAU CLAIRE, WI  54703-6050

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) | 17-12481 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.705** | **Nonpriority creditor's name and mailing address**

ROGERS
PO BOX 9100
DON MILLS, ON  M3C 3P9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$64.14

---

**3.706** | **Nonpriority creditor's name and mailing address**

ROGERS BUSINESS SOLUTIONS
PO BOX 2000 STN D
CP 2000 SUCC D
SCARBOROUGH, ON  M1R 5P4
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,578.04

---

**3.707** | **Nonpriority creditor's name and mailing address**

ROME INDUSTRIES, INC
1703 W DETWEILLER DRIVE
PEORIA, IL  61615

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$92,937.75

---

**3.708** | **Nonpriority creditor's name and mailing address**

RON TUHACEK
AQUARIUM SERVICE
641 STOUT CT
GURNEE, IL  60031

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$882.00

---

**3.709** | **Nonpriority creditor's name and mailing address**

ROSS LEE
7045 BECKETT DRIVE UNIT 15
MISSISSAUGA, ON  L5S 2A3
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,868.63

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.710 | **Nonpriority creditor's name and mailing address**<br>RSM US LLP<br>5155 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35,429.19 |
| 3.711 | **Nonpriority creditor's name and mailing address**<br>RTSI-RENO TAHOE SPEC INC<br>2901 S HIGHLAND #15B<br>LAS VEGAS, NV 89109<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,509.21 |
| 3.712 | **Nonpriority creditor's name and mailing address**<br>RUSCO PACKAGING INC<br>PO BOX 226685<br>DALLAS, TX 75222-6685<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,602.42 |
| 3.713 | **Nonpriority creditor's name and mailing address**<br>RUSTY'S CHANNEL CAT BAIT, LLC D/B/A RUSTY'S BAITS & LURES<br>C/O JIM FORSYTH<br>112 E. MAIN, PO BOX 68<br>ANTHONY KS<br>67003<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.714 | **Nonpriority creditor's name and mailing address**<br>RUSTYS<br>BOX 465<br>ANTHONY, KS 67003<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $358,956.48 |

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.715** | **Nonpriority creditor's name and mailing address**

RV EVANS COMPANY
PO BOX 494
DECATUR, IL  62525-1804

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,053.51

---

**3.716** | **Nonpriority creditor's name and mailing address**

RYAN ULC
6775 FINANCIAL DRIVE SUITE 102
MISSISSAUGA, ON  L5N 0A4
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,179.26

---

**3.717** | **Nonpriority creditor's name and mailing address**

SAFARILAND
PO BOX 406351
ATLANTA, GA  30384-6351

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,547.54

---

**3.718** | **Nonpriority creditor's name and mailing address**

SAFE-T-GARD
4975 MILLER STREET
UNIT B
WHEATRIDGE, CO  80033-2010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,902.31

---

**3.719** | **Nonpriority creditor's name and mailing address**

SAFETY ON SITE
316 CALIFORNIA AVE #300
RENO, NV  89509

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$338.07

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.720 | **Nonpriority creditor's name and mailing address**<br><br>SAVAGE ARMS US<br>100 SPRINGDALE RD<br>WESTFIELD, MA  01085<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,300.48 |
| 3.721 | **Nonpriority creditor's name and mailing address**<br><br>SAVAGE ARMS, (CANADA) INC<br>PO BOX 860304<br>MINNEAPOLIS, MN  55486<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,453.59 |
| 3.722 | **Nonpriority creditor's name and mailing address**<br><br>SCAFF'S ENTERPRISES<br>2550 E VALLEY RD<br>LOGANTON, PA  17747<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,140.42 |
| 3.723 | **Nonpriority creditor's name and mailing address**<br><br>SCHUELER, LAFOND & ASSOC. INC<br>334 E COLFAX STE A-1<br>PALATINE, IL  60067<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,790.21 |
| 3.724 | **Nonpriority creditor's name and mailing address**<br><br>SCIENTIFIC ANGLERS . 3M<br>4100 JAMES SAVAGE RD<br>ATTN: ACCOUNTS RECEIVABLE<br>MIDLAND, MI  48642<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $70,652.53 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.725 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,915.20 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
SCOTT ARCHERY MFG
101 TUG BRANCH RD
CLAY CITY, KY  40312

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,915.20

---

**3.726  Nonpriority creditor's name and mailing address**
SCOTT PLASTICS
2065 HENRY AVE WEST
SIDNEY, BC  V8L 5Z6
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$898,778.01

---

**3.727  Nonpriority creditor's name and mailing address**
SCOTTY PLASTICS LTD US
2065 HENRY AVE WEST
SIDNEY, BC  V8L 5Z6
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$97,386.15

---

**3.728  Nonpriority creditor's name and mailing address**
SEAN GRAF
5901 NEWBROOK CIRCLE 125
RIVERBANK, CA  95367

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.729  Nonpriority creditor's name and mailing address**
SEASONAL MARKETING INC
PO BOX 1410
LA PINE, OR  97739

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,404.20

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

---

**3.730** | **Nonpriority creditor's name and mailing address**
SECURITY EQUIP CORP
747 SUN PARK DRIVE
FENTON, MO 63026-4690

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,044.11

---

**3.731** | **Nonpriority creditor's name and mailing address**
SEDGWICK LLP
2301 MCGEE STREET
SUITE 500
ATTN: FINANCE DEPARTMENT
KANSAS CITY, MO 64108-2662

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,841.10

---

**3.732** | **Nonpriority creditor's name and mailing address**
SELLO LTD
7116 S RAWSON BRIDGE
CARY, IL 60013

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,536.74

---

**3.733** | **Nonpriority creditor's name and mailing address**
SEP'S PRO FISHING, INC.
PO BOX 5356
VACAVILLE, CA 95696

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,985.46

---

**3.734** | **Nonpriority creditor's name and mailing address**
SERVIT
QUALITY SYSTEM SERVICES
PO BOX 2137
KENNESAW, GA 30156

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$632.10

---

| Part 2: | Additional Page | |
|---------|-----------------|--|

| | | Amount of claim |
|--|--|--|

| 3.735 | **Nonpriority creditor's name and mailing address**<br><br>SHADOW PRODUCTS<br>3026 E BENDING CREEK TRAIL<br>CRETE, IL 60417<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $36,129.52 |
| 3.736 | **Nonpriority creditor's name and mailing address**<br><br>SHELDONS' INC.<br>626 CENTER ST<br>ANTIGO, WI 54409<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $770,687.31 |
| 3.737 | **Nonpriority creditor's name and mailing address**<br><br>SHELL OIL COMPANY<br>PO BOX 9001015<br>A/C #653-134-866<br>LOUISVILLE, KY 40290-1015<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,319.19 |
| 3.738 | **Nonpriority creditor's name and mailing address**<br><br>SHERWOOD HOCKEY USA<br>2745 SHERWOOD BLVD<br>SHERBROOKE, QC J1K 1E1<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,906.00 |
| 3.739 | **Nonpriority creditor's name and mailing address**<br><br>SHIMANO AMERICAN CORP.<br>PO BOX 513830<br>FISHING TACKLE DIVISION-REMIT<br>LOS ANGELES, CA 90051<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $271,847.72 |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|
| **3.740** **Nonpriority creditor's name and mailing address**<br><br>SHIMANO CANADA LIMITED<br>427 PIDO ROAD<br>PETERBOROUGH, ON  K9J 6X7<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $244,096.92 |
| **3.741** **Nonpriority creditor's name and mailing address**<br><br>SHIMANO CANADA LTD - POWER PRO<br>427 PIDO ROAD<br>PETERBOROUGH, ON  K9J 6X7<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35,474.07 |
| **3.742** **Nonpriority creditor's name and mailing address**<br><br>SHIMANO/INNOVATIVE TEXTILES<br>ATTN: MIKE SPENS<br>1 HOLLAND DRIVE<br>IRVINE, CA  92618<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $991,118.10 |
| **3.743** **Nonpriority creditor's name and mailing address**<br><br>SHIPCO TRANSPORT INC<br>PO BOX 1411<br>HOBOKEN, NJ  07030<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $360.15 |
| **3.744** **Nonpriority creditor's name and mailing address**<br><br>SIERRA DESIGN MFG/ DRY LAUNCH<br>1113 GREENVILLE ROAD<br>LIVERMORE, CA  94550<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,312.50 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.745** | **Nonpriority creditor's name and mailing address**

SIGNET'S PRODUCT
BLOCK B, 10/F, ELDEX INDUSTRIAL BUILDING
21 MATAUWAI ROAD
HUNGHOM
KOWLOON
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IMPORT SALE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,658,962.19

---

**3.746** | **Nonpriority creditor's name and mailing address**

SIGNET'S PRODUCT
BLOCK B, 10/F, ELDEX INDUSTRIAL BUILDING
21 MATAUWAI ROAD
HUNGHOM
KOWLOON
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
NOTE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,578,445.84

---

**3.747** | **Nonpriority creditor's name and mailing address**

SIMMS FISHING
C/O ANTOINETTE M TEASE PLLC
100 POLY DRIVE SUITE 150
BILLINGS, MT 59105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6.00

---

**3.748** | **Nonpriority creditor's name and mailing address**

SIMPLE AIR SOLUTIONS LLC
365 COLLEGE ST
FORSYTH, GA 31029

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,600.85

---

**3.749** | **Nonpriority creditor's name and mailing address**

SISKIYOU BUCKLE COMPANY INC
3551 AVION DRIVE
MEDFORD, OR 97504

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$129,107.40

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.750 | **Nonpriority creditor's name and mailing address**<br>SKULL HOOKER<br>PO BOX 257<br>KLAMATH FALLS, OR 97601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,274.60 |
| 3.751 | **Nonpriority creditor's name and mailing address**<br>SLATER'S<br>185-A BEAVERDAM ROAD<br>INDIANOLA, MS 38751<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,541.51 |
| 3.752 | **Nonpriority creditor's name and mailing address**<br>SLIDER CO INC<br>2326 SPRINGER ROAD<br>PO BOX 130<br>LAWRENCEBURG, TN 38464<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,172.25 |
| 3.753 | **Nonpriority creditor's name and mailing address**<br>SMITH STORAGE SYSTEMS<br>18875 MESQUITE AVENUE<br>RENO, NV 89508<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $234.82 |
| 3.754 | **Nonpriority creditor's name and mailing address**<br>SMITH WESTERN COMPANY<br>2223 SOUTH 80TH STREET<br>TACOMA, WA 98409<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,827.50 |

| **Part 2:** | Additional Page |
| | |

| | | Amount of claim |
|---|---|---|

| 3.755 | **Nonpriority creditor's name and mailing address**<br><br>SMOKEHOUSE<br>PO BOX 297<br>HOOD RIVER, OR  97031<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $359,984.64 |
| 3.756 | **Nonpriority creditor's name and mailing address**<br><br>SNO-SEAL (ATSKO INC)<br>2664 RUSSELL ST<br>ORANGEBURG, SC  29115<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,738.46 |
| 3.757 | **Nonpriority creditor's name and mailing address**<br><br>SOCIETE D'EXPANSION LIBEC<br>3250 MONTEE DE LA STATION<br>STE-JUSTINE-DE-NEWTON  J0P 1T0<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,120.02 |
| 3.758 | **Nonpriority creditor's name and mailing address**<br><br>SOFTEON INC<br>11700 PLAZA AMERICA DR<br>SUITE 910<br>RESTON, DC  20190<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,766.32 |
| 3.759 | **Nonpriority creditor's name and mailing address**<br><br>SOG SPECIALTY KNIVES & TOOLS<br>6521 212TH STREET SW<br>LYNNWOOD, WA  98036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,657.90 |

**Part 2:**   Additional Page

| | | Amount of claim |
|---|---|---|
| | | |

| 3.760 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,134.54 |
|---|---|---|---|

SOLITUDE FLY COMPANY INC
901 SOUTH FREMONT AVENUE
SUITE # 118
ALHAMBRA, CA 91803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.761 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,348,846.98 |
|---|---|---|---|

SOUTH BEND SPORTING GOODS, INC.
1910 TECHNY ROAD
NORTHBROOK, IL 60065

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
INTERCOMPANY PAYABLE - RIVERS EDGE LOAN

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.762 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $782,933.64 |
|---|---|---|---|

SOUTH BEND SPORTING GOODS, INC.
1910 TECHNY ROAD
NORTHBROOK, IL 60065

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
INTERCOMPANY PAYABLE - FIRST SC LOAN

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,850.40 |
|---|---|---|---|

SOUTHEASTERN MILLS INC.
PO BOX 743056
ATLANTA, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.764 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $69,678.02 |
|---|---|---|---|

SOUTHERN LURE CO.
PO BOX 2244
COLUMBUS, MS 39704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Maurice Sporting Goods, Inc.  Case 17-12481-CSS   Doc 181   Filed 12/19/17   Case number (if known) 17-12481   Page 219 of 269

(Name)

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

**3.765** **Nonpriority creditor's name and mailing address**

SOUTHSTAR ENERGY SERVICES LLC
PO BOX 105445
ATLANTA, GA 30348-5445

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$640.31

---

**3.766** **Nonpriority creditor's name and mailing address**

SPIKE-IT OUTDOORS, INC.
PO BOX 147
BROOKLET, GA 30415

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,970.16

---

**3.767** **Nonpriority creditor's name and mailing address**

SPIRE
DRAWER 2
ST LOUIS, MO 63171

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$89.03

---

**3.768** **Nonpriority creditor's name and mailing address**

SPIRIT RIVER INC.
17537 N UMPQUA HIGHWAY
ROSEBURG, OR 97470

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$66.60

---

**3.769** **Nonpriority creditor's name and mailing address**

SPLAY DBA SNAG PROOF
2308 ZANKER ROAD
SAN JOSE, CA 95131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$69,596.79

**Part 2:**   Additional Page

| | | Amount of claim |
|---|---|---|

---

3.770   **Nonpriority creditor's name and mailing address**

SPORTS LICENSING SOLUTONS
3255 SHAWNEE INDUSTRIAL WAY
SUWANNE, GA 30024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,074.00

---

3.771   **Nonpriority creditor's name and mailing address**

SPORTS SPECIALISTS
N104 W13885 DONGES BAY RD
GERMANTOWN, WI 53022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,528.80

---

3.772   **Nonpriority creditor's name and mailing address**

SPRO CORPORATION
3900 KENNESAW 75 PARKWAY
KENNESAW, GA 30144

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,562.65

---

3.773   **Nonpriority creditor's name and mailing address**

SPS COMMERCE
333 SOUTH 7TH ST
MINNEAPOLIS, MN 55402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,900.00

---

3.774   **Nonpriority creditor's name and mailing address**

SPS COMMERCE, INC
PO BOX 205782
DALLAS, TX 75320-5782

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,039.19

---

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.775 | **Nonpriority creditor's name and mailing address**<br>ST CLAIR CHANBER OF COMMERCE<br>920F ST CLAIR PALZA DR<br>ST CLAIR, MO  63077<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $125.00 |
| 3.776 | **Nonpriority creditor's name and mailing address**<br>ST CLAIR WATER WORKS<br>#1 PAUL PARKS DR<br>SAINT CLAIR, MO  63077<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46.92 |
| 3.777 | **Nonpriority creditor's name and mailing address**<br>STACK-ON PRODUCTS COMPANY<br>1360 N OLD RAND ROAD<br>PO BOX 489<br>WAUCONDA, IL  60084<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,390.80 |
| 3.778 | **Nonpriority creditor's name and mailing address**<br>STAFFING CONNECTIONS, LLC<br>5629 PRINCETON AVENUE<br>SUITE 1<br>COLUMBUS, GA  31904<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $53,489.76 |
| 3.779 | **Nonpriority creditor's name and mailing address**<br>STANDARD BRANDS LTD<br>CASTLEBELLINGHAM<br>DUNDALK<br>COUNTY LOUTH<br>DUNDALK CO LOUTH<br>IRELAND<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $52,931.48 |

| Part 2: | Additional Page |
| | |

|  | | Amount of claim |
| --- | --- | --- |

**3.780** | **Nonpriority creditor's name and mailing address**

STANSPORT INC
2801 E 12TH ST
LOS ANGELES, CA 90003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$153,024.40

---

**3.781** | **Nonpriority creditor's name and mailing address**

STAPLES CONTRACT & COMMERCIAL
DEPT DET 2368
PO BOX 83689
CHICAGO, IL 60696-3689

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,157.52

---

**3.782** | **Nonpriority creditor's name and mailing address**

STARBOX CORP.
23 DAFFODIL AVENUE
THORNHILL, ON L3T 1N2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,116.19

---

**3.783** | **Nonpriority creditor's name and mailing address**

STARBRITE, INC.
4041 SW 47TH AVENUE
FT LAUDERDALE, FL 33314

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$173,750.03

---

**3.784** | **Nonpriority creditor's name and mailing address**

STEELERS WHOLESALE
2400 JOSEPHINA ST
PITTSBURGH, PA 15203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,545.42

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

---

| 3.785 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,886.90 |
| | | *Check all that apply.* | |

STEPHEN GOULD
171 INERNATIONALE BLVD
GLENDALE HEIGHTS, IL  60139

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,680.00 |
| | | *Check all that apply.* | |

STOCK LEGAL
4512 WEST PINE BLVD
SAINT LOUIS, MO  63108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.787 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,864.14 |
| | | *Check all that apply.* | |

STORM DUDS
100 FRANK MOSSBERG
ATTLEBORO, MA  02703

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.788 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $432,273.71 |
| | | *Check all that apply.* | |

STREN
PO BOX 503810
ST LOUIS, MO  63150-3810

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.789 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,016.10 |
| | | *Check all that apply.* | |

SUICK LURE MFG. CO.
630 INDUSTRIAL PARK ROAD
ANTIGO, WI  54409

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.790 | **Nonpriority creditor's name and mailing address**<br><br>SUMO TACKLE<br>PO BOX 5597<br>OCEANSIDE, CA  92052-5597<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,857.80 |
| 3.791 | **Nonpriority creditor's name and mailing address**<br><br>SUN OPTICS USA<br>PO BOX 2225<br>BURLESON, TX  76097<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $531.00 |
| 3.792 | **Nonpriority creditor's name and mailing address**<br><br>SUNFLOWER RUBBER AND PLASTIC P<br>(DIV OF FIRST GENESIS INC)<br>40-2400 LUCKNOW DRIVE<br>MISSISSAUGA, ON  L5S 1T9<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,207.71 |
| 3.793 | **Nonpriority creditor's name and mailing address**<br><br>SUNRIZE TACKLE<br>PO BOX 8093<br>GOLETA, CA  93118<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $57,356.22 |
| 3.794 | **Nonpriority creditor's name and mailing address**<br><br>SUPER BRUSH LLC<br>800 WORCESTER STREET<br>SPRINGFIELD, MA  01151<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,455.36 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.795** **Nonpriority creditor's name and mailing address**

SUPER SAVE DISPOSAL INC
19395 LANGLEY BYPASS
SURREY, BC  V3S 6K1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$866.06

---

**3.796** **Nonpriority creditor's name and mailing address**

SUPERFLY INTERNATIONAL
11233 120 STREET
EDMONTON, AB  T5G 2X9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$108,655.16

---

**3.797** **Nonpriority creditor's name and mailing address**

SUPREME TOY & PARTY
300 LAKEVIEW PARKWAY
VERNON HILLS, IL  60061

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,561.91

---

**3.798** **Nonpriority creditor's name and mailing address**

SURGE STAFFING LLC
1110 MORSE RD
COLUMBUS, OH  43229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$103,397.83

---

**3.799** **Nonpriority creditor's name and mailing address**

SWAN DUST CONTROL
35 UNIVERSITY AVE E
WATERLOO, ON  N2J 2V9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$168.61

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.800** **Nonpriority creditor's name and mailing address**

SWEDE'S LURES
PO BOX 185
LIPAN, TX 76462

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,175.79

---

**3.801** **Nonpriority creditor's name and mailing address**

SWIBCO
4810 VENTURE
LISLE, IL 60532

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,246.36

---

**3.802** **Nonpriority creditor's name and mailing address**

SYLBARRIE GRAPHICS INC.
1593 KALE DR
INNISFIL, ON L9S 1X2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$841.57

---

**3.803** **Nonpriority creditor's name and mailing address**

SYNCO CHEMICAL CORP
PO BOX 405
BOHEMIA, NY 11716

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,430.38

---

**3.804** **Nonpriority creditor's name and mailing address**

TABLEROCK BAIT & TACKLE
220 VILLAGE DRIVE
SPARTA, MO 65753

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,522.76

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.805** | **Nonpriority creditor's name and mailing address**

TACKLE INDUSTRIES
10847 N DUAL ST
BATON ROUGE, LA 70814

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,720.84

---

**3.806** | **Nonpriority creditor's name and mailing address**

TEAM PROMARK, LLC
14052 VALLEY DRIVE
LONGMONT, CO 80504

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$209,267.13

---

**3.807** | **Nonpriority creditor's name and mailing address**

TECHNICAL STANDARDS AND
SAFETY AUTHORITY
PO BOX 4577 STN A
ATTN: ACCOUNTS RECEIVABLE
TORONTO, ON M5W 4V8
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$294.00

---

**3.808** | **Nonpriority creditor's name and mailing address**

TELUS
PO BOX 7575
VANCOUVER, BC V6B 8N9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$31.77

---

**3.809** | **Nonpriority creditor's name and mailing address**

TERAGO NETWORKS INC
PO BOX 8956
POSTAL STATION A
TORONTO, ON M5W 2C5
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$740.06

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.810** | **Nonpriority creditor's name and mailing address**

TERMINIX INTERNATIONAL
PO BOX 742592
CUST# 3593763
CINCINNATI, OH  45274-2592

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,470.73

---

**3.811** | **Nonpriority creditor's name and mailing address**

TG INDUSTRIES
31714 INDUSTRIAL PARK DRIVE
PINEHURST, TX  77362

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,166.40

---

**3.812** | **Nonpriority creditor's name and mailing address**

THE DATA GROUP OF COMPANIES
9195 TORBRAM ROAD
BRAMPTON, ON  L6S 6H2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,129.73

---

**3.813** | **Nonpriority creditor's name and mailing address**

THE HANDMAIDEN CLEANING
SERVICES INC
PO BOX 1008
BONITA SPRINGS, FL  34133

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$467.46

---

**3.814** | **Nonpriority creditor's name and mailing address**

THE NORTHWEST COMPANY
COMMERCIAL SERVICES INC
PO BOX 1036
CHALOTTE, NC  28201-1036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$154,436.95

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.815** **Nonpriority creditor's name and mailing address**

THE ROBOCUP LLC
5130 S FORT APACHE RD
#215-180
LAS VEGAS, NV  89148

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.816** **Nonpriority creditor's name and mailing address**

THE ROYAL GROUP
2318 PAYSPHERE CIRCLE
CHICAGO, IL  60674

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$83,987.97

---

**3.817** **Nonpriority creditor's name and mailing address**

THE W/M DISPLAY GROUP
C/O MURRAY, JENSEN & WILSON, LTD.
ATTN: THOMAS D. MURRAY & KATIE L. SCHWERHA
101 NORTH WACKER DR
SUITE 101, CHICAGO  IL
60606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.818** **Nonpriority creditor's name and mailing address**

THERMACELL REPELLENTS, INC.
26 CROSBY DR
BEDFORD, MA  01730

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$951,092.04

---

**3.819** **Nonpriority creditor's name and mailing address**

THOMAS SPINNING LURES INC
316 WAYNE AVE
HAWLEY, PA  18428

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$68,843.97

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.820 | **Nonpriority creditor's name and mailing address**<br><br>THOMPSON-PALLISTER BAIT CO.LTD<br>5860 LEN THOMPSON DRIVE<br>LACOMBE, AB  T4L 1E7<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $213,907.59 |
| 3.821 | **Nonpriority creditor's name and mailing address**<br><br>TIGHTLINE PUBLICATIONS<br>PO BOX 4397<br>DEERFIELD BEACH, FL  33442<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $2,039.19 |
| 3.822 | **Nonpriority creditor's name and mailing address**<br><br>TIGHTLINES UV TACKLE<br>1309 N DEWEY ST<br>MARYVILLE, MO  64468<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $1,758.12 |
| 3.823 | **Nonpriority creditor's name and mailing address**<br><br>TIM BAILEY & ASSOCIATES, INC<br>18311 NAPA STREET<br>NORTHRIDGE, CA  91325<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $6.17 |
| 3.824 | **Nonpriority creditor's name and mailing address**<br><br>TINK'S HUNTING PRODUCTS LLC<br>14161 LAKE FOREST DRIVE<br>UNIT A<br>COVINGTON, GA  30014<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $95,965.68 |

Debtor    Maurice Sporting Goods, Inc.    Case 17-12481-CSS    Doc 181    Filed 12/19/17    Case number (if known) 17-12481    Page 231 of 269

(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.825 | **Nonpriority creditor's name and mailing address**<br><br>TIRE-BUCK<br>170 CH DES PRES EST<br>RIMOUSKI, QC  G5N 1S6<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,043.17 |
| 3.826 | **Nonpriority creditor's name and mailing address**<br><br>T-MAN CUSTOM TACKLE LLC<br>988 RUSSELL AVENUE<br>SUFFIELD, CT  06078<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,531.40 |
| 3.827 | **Nonpriority creditor's name and mailing address**<br><br>TOOLTRON IND.<br>103 PARKWAY<br>BOERNE, TX  78006<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $754.11 |
| 3.828 | **Nonpriority creditor's name and mailing address**<br><br>TOP SHELF FLOATS<br>12047 LAITY STREET<br>MAPLE RIDGE, BC  V2X 5A7<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,109.04 |
| 3.829 | **Nonpriority creditor's name and mailing address**<br><br>TOSHIBA BUSINESS SOLUTIONS<br>FILE 57202<br>LOS ANGELES, CA  90074-7202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $170.40 |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | **Amount of claim** |
|---|---|---|

### 3.830

**Nonpriority creditor's name and mailing address**

TRANS UNION LLC
PO BOX 99506
CHICAGO, IL  60693-9506

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$169.57

---

### 3.831

**Nonpriority creditor's name and mailing address**

TRANSCON SHIPPING
17W300 22ND STREET
OAK BROOK TERRACE, IL  44691

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$605.00

---

### 3.832

**Nonpriority creditor's name and mailing address**

TRANZACT SYSTEMS
360 WEST BUTTERFIELD ROAD
SUITE 400
ELMHURST, IL  60126

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,564.56

---

### 3.833

**Nonpriority creditor's name and mailing address**

TRANZACT SYSTEMS, INC
360 WEST BUTTERFIELD ROAD
SUITE 400
ELMHURST, IL  60126

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,288,180.28

---

### 3.834

**Nonpriority creditor's name and mailing address**

TREO PORT MANN
PO BOX 13107
VANCOUVER, BC  V6B 4W6
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.96

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.835** **Nonpriority creditor's name and mailing address**

TRIK FISH
1240 COMMONS COURT
CLERMONT, FL  34711

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$73,878.61

---

**3.836** **Nonpriority creditor's name and mailing address**

TRIKE KING LURE CO
466 WASHINGTON STREET
COLLIERVILLE, TN  38017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$158,194.51

---

**3.837** **Nonpriority creditor's name and mailing address**

TRILOGY LEASING CANADA,CO
2551 ROUTE 130
CRANBURY, NJ  08512

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,122.55

---

**3.838** **Nonpriority creditor's name and mailing address**

TRIPLE CROWN OUTDOOR
16 EAST MAIN ST
GLEN LYON, PA  18617

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,480.96

---

**3.839** **Nonpriority creditor's name and mailing address**

TRI-QUALITY PACKAGING INC.
350 SIGNET DRIVE
TORONTO, ON  M9L 1V2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,485.99

Debtor   Maurice Sporting Goods, Inc.   Case 17-12481-CSS   Doc 181   Filed 12/19/17   Case number (if known) 17-12481   Page 234 of 269

(Name)

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|

---

**3.840**    **Nonpriority creditor's name and mailing address**

TROPHY TECHNOLOGIES, LLC
12946 SHORELINE BLVD
MCCORDSVILLE, IN 46055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,283.01

---

**3.841**    **Nonpriority creditor's name and mailing address**

TROUTBEADS.COM INC
PO BOX 527
HARDIN, MT 59034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$113.04

---

**3.842**    **Nonpriority creditor's name and mailing address**

TRUCKEE MEADOWS
WATER AUTHORITY
PO BOX 70002
PRESCOTT, AZ 86304-7002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$247.13

---

**3.843**    **Nonpriority creditor's name and mailing address**

TRUMARK MFG. CO., INC.
5541 CENTRAL AVE STE 130
BOULDER, CO 80301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,332.08

---

**3.844**    **Nonpriority creditor's name and mailing address**

TUCK N TACKLE
15806 HOWARD STREET
OMAHA, NE 68118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$970.40

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.845 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $119,731.31 |

**Nonpriority creditor's name and mailing address**
TUF-LINE
630 HOLLINGSWORTH DR
GRAND JUNCTION, CO 81505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$119,731.31

---

3.846

**Nonpriority creditor's name and mailing address**
TYCO INTEGRATED SECURITY LLC
PO BOX 371967
PITTSBURGH, PA 15250-7967

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,196.26

---

3.847

**Nonpriority creditor's name and mailing address**
TYGER LEADER
PO BOX 36 OR 438 E TAMARACK
IRONWOOD, MI 49938

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

---

3.848

**Nonpriority creditor's name and mailing address**
TYRANT TACKLE
3919 LLOYD ROAD
GREEN BAY, WI 54311

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,692.89

---

3.849

**Nonpriority creditor's name and mailing address**
ULINE
PO BOX 88741
CHICAGO, IL 60680-1741

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,656.75

(Name)

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.850 | **Nonpriority creditor's name and mailing address**<br><br>ULINE (M3)<br>PO BOX 88741<br>CHICAGO, IL  60680<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $571.34 |
| --- | --- | --- | --- |
| 3.851 | **Nonpriority creditor's name and mailing address**<br><br>ULINE CANADA CORPORATION<br>PO BOX 3500<br>RPO STREETSVILLE<br>MISSISSAUGA, ON  L5M 0S8<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,991.33 |
| 3.852 | **Nonpriority creditor's name and mailing address**<br><br>UNIFIRST FIRST AID CORP<br>4159 SHORELINE DRIVE<br>EARTH CITY, MO  63045<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,609.05 |
| 3.853 | **Nonpriority creditor's name and mailing address**<br><br>UNIQUE SPORTS PRODUCTS<br>840 MCFARLAND RD<br>ALPHARETTA, GA  30004<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,646.94 |
| 3.854 | **Nonpriority creditor's name and mailing address**<br><br>UNISHIPPERS<br>PO BOX 120247<br>MELBOURNE, FL  32912<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,940.01 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.855 | **Nonpriority creditor's name and mailing address**<br><br>UNITED DISPATCH AGENT<br>303 TAXI 303 CAB 303 TRANS<br>9696 W FOSTER<br>CHICAGO, IL 60656<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $72.76 |

| 3.856 | **Nonpriority creditor's name and mailing address**<br><br>UNITED MAINTENANCE INC<br>3687 MCELROY RD<br>ATLANTA, GA 30340<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,099.09 |

| 3.857 | **Nonpriority creditor's name and mailing address**<br><br>UNITED PARCEL SERVICE<br>LOCKBOX 577<br>CAROL STREAM, IL 60132-0577<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,324.26 |

| 3.858 | **Nonpriority creditor's name and mailing address**<br><br>US POLY ENTERPRISE INC.<br>16143 N OUTER RD<br>DEXTER, MO 63841<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,763.92 |

| 3.859 | **Nonpriority creditor's name and mailing address**<br><br>USP CANADA<br>PO BOX 4900 STATION A<br>TORONTO, ON M5W 0A7<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.42 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.860 | **Nonpriority creditor's name and mailing address**<br><br>V & G LURES  (DEADLY DUDLEY)<br>210 CHARLES COURT<br>SLIDELL, LA  70458<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,153.29 |
| 3.861 | **Nonpriority creditor's name and mailing address**<br><br>V & R SALES<br>3365 SHEILA CIRCLE<br>WHITE PINE, TN  37890<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $255.30 |
| 3.862 | **Nonpriority creditor's name and mailing address**<br><br>VEGA US LLC<br>101 3001 WAYBOURNE DRIVE<br>BURNABY, BC  V5G 4W3<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $79,944.60 |
| 3.863 | **Nonpriority creditor's name and mailing address**<br><br>VENOM MFG & DIST CO, INC<br>3083 WALLACE COURT UNIT B<br>LANCASTER, OH  43130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $243.23 |
| 3.864 | **Nonpriority creditor's name and mailing address**<br><br>VERITIV OPERATING COMPANY<br>PO BOX 31001-1382<br>ATLANTA, CA  91110-1382<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,499.43 |

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.865 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $461.40 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
VERIZON
140 W. ST.
NEW YORK, NY 10007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$461.40

---

3.866

**Nonpriority creditor's name and mailing address**
VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002-5505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$486.42

---

3.867

**Nonpriority creditor's name and mailing address**
VERTAI VERKO INC
1FL.,NO.6 ALLEY 6
LANE 24 TAHSING STREET PEITOU
TAIPEI, R.O.C.
TAIWAN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$270,238.07

---

3.868

**Nonpriority creditor's name and mailing address**
VILLAGE OF NORTHBROOK
1225 CEDAR LANE
NORTHBROOK, IL 60062

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$434.20

---

3.869

**Nonpriority creditor's name and mailing address**
W L SEVILLE & ASSOCIATES, LLC
36 ROUTE 645
BRANCHVILLE, NJ 07826

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.60

Debtor   Maurice Sporting Goods, Inc.   Case 17-12481-CSS   Doc 181   Filed 12/19/17   Case number (if known) 17-12481   Page 240 of 269

(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| **3.870** | **Nonpriority creditor's name and mailing address**<br><br>WASTE CONNECTIONS<br>PO BOX 650297<br>DALLAS, TX 75265<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $404.22 |
| **3.871** | **Nonpriority creditor's name and mailing address**<br><br>WASTE MANAGEMENT<br>PO BOX 4648<br>CAROL STREAM, IL 60197-4648<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $405.75 |
| **3.872** | **Nonpriority creditor's name and mailing address**<br><br>WASTE MANAGEMENT OF<br>ATLANTA HAULING<br>PO BOX 105453<br>ATLANTA, GA 30348-5453<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,050.34 |
| **3.873** | **Nonpriority creditor's name and mailing address**<br><br>WASTE MANAGEMENT OF CANADA<br>PO BOX 4205<br>STATION 'A'<br>TORONTO, ON M5W 5L4<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $718.98 |
| **3.874** | **Nonpriority creditor's name and mailing address**<br><br>WASTE MANAGEMENT OF NEVADA<br>1001 FANNIN STREET<br>HOUSTON, TX 77002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $507.03 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.875 | **Nonpriority creditor's name and mailing address**<br><br>WATER GREMLIN CO.<br>C/0 MIZUHO CORPORATE BANK LTD<br>PO BOX 3235<br>CHURCH STREET STATION<br>NEW YORK, NY  10008<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,904.75 |
| 3.876 | **Nonpriority creditor's name and mailing address**<br><br>WEBSITE PIPELINE<br>555 N PLEASANTBURG DR<br>SUITE 214<br>GREENVILLE, SC  29607<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,044.35 |
| 3.877 | **Nonpriority creditor's name and mailing address**<br><br>WELLSPRING<br>747 FLORY MILL ROAD<br>LANCASTER, PA  17601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,522.40 |
| 3.878 | **Nonpriority creditor's name and mailing address**<br><br>WEST COAST CORPORATION<br>4245 PACIFIC PRIVADO<br>ONTARIO, CA  91761<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,895.90 |
| 3.879 | **Nonpriority creditor's name and mailing address**<br><br>WESTON PRODUCTS LLC<br>PO BOX 603089<br>CHARLOTTE, NC  28260-3089<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,131.20 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| **3.880** | **Nonpriority creditor's name and mailing address**<br>WHELAN'S NURSERY, INC.<br>117 S COOK STREET #337<br>BARRINGTON, IL 60010<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,567.62 |
| **3.881** | **Nonpriority creditor's name and mailing address**<br>WHISKER SEEKER<br>2963 100TH STREET<br>SUITE 100<br>URBANDALE, IA 50322<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,171.68 |
| **3.882** | **Nonpriority creditor's name and mailing address**<br>WHITETAIL'R<br>PO BOX 138<br>PLYMOUTH, WI 53073<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,079.60 |
| **3.883** | **Nonpriority creditor's name and mailing address**<br>WICHITA WATER CONDITIONING DBA<br>PO BOX 2932<br>WICHITA, KS 67201-2932<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $378.00 |
| **3.884** | **Nonpriority creditor's name and mailing address**<br>WILD WEST SEASONINGS<br>48 HEADINGLY STREET<br>HEADINGLEY, MB R4H 0A8<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $48,779.76 |

Debtor    Maurice Sporting Goods, Inc.

(Name)    Case number (if known) 17-12481

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

---

3.885 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,421.33
| | WILDLIFE RESEARCH CENTER,INC | *Check all that apply.* |
| | 14485 AZURITE STREET NW | ☐ Contingent |
| | RAMSEY, MN  55303 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | | **Basis for the claim:** |
| | **Last 4 digits of account number:** | TRADE VENDOR |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

---

3.886 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $60,762.40
| | WILSON SPORTING GOODS | *Check all that apply.* |
| | 8950 W PALMER ST | ☐ Contingent |
| | RIVER GROVE, IL  60171 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | | **Basis for the claim:** |
| | **Last 4 digits of account number:** | TRADE VENDOR |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

---

3.887 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $244,333.93
| | WINCRAFT | *Check all that apply.* |
| | 1205 EAST SANBORN | ☐ Contingent |
| | WINONA, MN  55987 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | | **Basis for the claim:** |
| | **Last 4 digits of account number:** | TRADE VENDOR |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

---

3.888 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $998.41
| | WINFIELD BRANDS | *Check all that apply.* |
| | 222 PULLMAN PLACE | ☐ Contingent |
| | SAINT LOUIS, MO  63122 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | | **Basis for the claim:** |
| | **Last 4 digits of account number:** | TRADE VENDOR |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

---

3.889 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $291.32
| | WINFIELD BRANDS LLC | *Check all that apply.* |
| | 222 PULLMAN PLACE | ☐ Contingent |
| | SAINT LOUIS, MO  63122 | ☐ Unliquidated |
| | | ☐ Disputed |
| | **Date or dates debt was incurred** | |
| | | **Basis for the claim:** |
| | **Last 4 digits of account number:** | ROYALTY PAYABLE |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.890 | **Nonpriority creditor's name and mailing address**<br><br>WM / DISPLAY GROUP<br>1040 WEST 40TH STREET<br>CHICAGO, IL 60609<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,877.87 |
|---|---|---|---|

| 3.891 | **Nonpriority creditor's name and mailing address**<br><br>WOLVERINE TACKLE CO.<br>3354 WARDS POINT<br>ORCHARD LAKE, MI 48324<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,425.08 |
|---|---|---|---|

| 3.892 | **Nonpriority creditor's name and mailing address**<br><br>WOODSTOCK LINE CO<br>91 CANAL ST<br>PUTNAM, CT 06260<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,894.30 |
|---|---|---|---|

| 3.893 | **Nonpriority creditor's name and mailing address**<br><br>WORKPLACE SAFETY & INS BOARD<br>PO BOX 4115<br>STATION A<br>TORONTO, ON M5W 2V3<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,143.52 |
|---|---|---|---|

| 3.894 | **Nonpriority creditor's name and mailing address**<br><br>WORLD AND MAIN (CRANBURY), LLC<br>PO BOX 780399RD<br>CRANBURY, PA 19178<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,402.92 |
|---|---|---|---|

| Debtor | Maurice Sporting Goods, Inc. | Case number (if known) 17-12481 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.895 | **Nonpriority creditor's name and mailing address**<br><br>WORLD CLEANER SERVICES, INC.<br>4471 NW 36ST STE #241<br>MIAMI SPRING, FL 33166<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $220.21 |
| 3.896 | **Nonpriority creditor's name and mailing address**<br><br>WORM FACTORY<br>402 WESTCORE DRIVE<br>CORALVILLE, IA 52241<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50,606.33 |
| 3.897 | **Nonpriority creditor's name and mailing address**<br><br>WORTHY PROMOTIONAL PRODUCTS<br>20 FIRST AVE<br>ECLECTIC, AL 36024<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,763.12 |
| 3.898 | **Nonpriority creditor's name and mailing address**<br><br>WPC BRANDS (WISC PHARMACAL)<br>PO BOX 510<br>JACKSON, WI 53037<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,464.50 |
| 3.899 | **Nonpriority creditor's name and mailing address**<br><br>WRIGHT BROTHERS INC<br>PO BOX 98<br>HAMPTON, GA 30228<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $369.70 |

(Name)

| **Part 2:** | Additional Page |

| | Amount of claim |

---

**3.900** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $977.99
XCITE BAITS
1300 N HWY 377 #100
PILOT POINT, TX 76258

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.901** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $201,523.36
YAKIMA BAIT CO
C/O WILLIAMS KASTNER
ATTN: JOHN A. KNOX
601 UNION STREET, SUITE 4100
SEATTLE, WA 98101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.902** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
YAKIMA BAIT CO.
C/O THOMAS A. LERNER
1420 FIFTH AVENUE
SUITE 3000
SEATTLE WA
98101-2393

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.903** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,458.82
YELLOW BIRD, INC.
1803 HOLIAN DRIVE
SUITE A
SPRING GROVE, IL 60081

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.904** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,337.45
YO-ZURI
600 NW ENTERPRISE DRIVE
PORT ST LUCIE, FL 34986

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
| --- | --- |

|  |  |  | Amount of claim |
| --- | --- | --- | --- |

**3.905** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,898.41

YOZURI AMERICA
668 NW ENTERPRISE DR
PORT ST LUCIE, FL 34986

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.906** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,326.96

ZING
12 KENDRICK RD UNIT 3
WAREHAM, MA 02571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.907** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $830,478.44

Z-MAN FISHING PRODUCTS
4100 CAROLINA COMMERCE PKWY
LADSON, SC 29456

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.908** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $793,413.32

ZOOM BAIT CO
1581 JENNINGS MILL ROAD
BOGART, GA 30622

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5.**  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
| --- | --- | --- | --- |
| **5a.** | Total claims from Part 1 | **5a.** | $896.35 |
| **5b.** | Total claims from Part 2 | **5b.** + | $76,697,556.75 |
| **5c.** | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | **5c.** | $76,698,453.10 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Maurice Sporting Goods, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 17-12481 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT: PITTSBURGH SALES OFFICE LEASE OF PROPERTY AT 420 ROUSER RD, SUITE 407, MOON TOWNSHIP, PA 15108 DATED 12/17/2014 | AIRPORT OFFICE PARK 1, 2 AND 3, LP 200 MARSHALL DR MOON TOWNSHIP, PA  15108 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT NON-EXCLUSIVE LICENSE AGREEMENT FOR ARTWORK OF ANASTASIA MUSICK DATED 09/15/2016 | ANASTASIA MUSICK 123 PALMETTO CIRCLE NE PORT CHARLOTTE, FL  33952 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT (CONTRACT 161012 & 161013) NON-EXCLUSIVE LICENSE AGREEMENT FOR VARIOUS ARTIST IMAGES DATED 10/12/2016 | ART LICENSING INTERNATIONAL, INC. PO BOX 2568 MANCHESTER CENTER, VT  05255 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS LEASE: BENTONVILLE SALES OFFICE LEASE OF PROPERTY AT 902 SE 5TH STREET UNIT 24 BENTONVILLE, AK DATED 9/01/2014 | AUGUST 31 HOLDINGS LLC 8267 ANNA MARIA AVE SPRINGDALE, AR  72764 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Maurice Sporting Goods, Inc.    Case number (if known) 17-12481

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | WAREHOUSE LEASE: MIAMI SALES OFFICE LEASE OF PROPERTY AT 11231 NW 20TH STREET SUITE 124, MIAMI, FL 33172 DATED 02/25/2009 | AUTONOMOUS UNIVERSITY QUITO INC 13020 NW 9TH LANE MIAMI, FL  33182 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL LICENSING AGREEMENT LICENSING AGREEMENT FOR USE OF CB OUTDOORS' ARTWORK AND IMAGES DATED 08/26/2014 | CB OUTDOORS 416 LIGHTHOUSE CT VILLA RIDGE, MO  63089 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE CONTRACT AGREEMENT TO LEASE PRINTERS & COPIERS FROM CANON CANADA INC | CBSC CAPITAL INC. 1235 NORTH SERVICE ROAD WEST SUITE 100 OAKVILLE, ON  L6M-2W2 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL ACCOUNT RIGHT OF ENTRY AGREEMENT AGREEMENT TO PURCHASE AND INSTALL TELECOMMUNICATIONS EQUIPMENT DATED 06/07/2016 | CHARTER COMMUNICATIONS DEPT: CORP-LEGAL OPS 12405 POWERSCOURT DRIVE ST. LOUIS, MO  63131 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT: TORONTO DISTRIBUTION CENTER LEASE OF PROPERTY AT 7045 BECKETT DRIVE UNIT 15 MISSISSAUGA, ON, CANADA DATED 09/25/2009 | CHIEFTON INVESTMENT LIMITED 6205 AIRPORT ROAD MISSISSAUGA, ON  L4V-1E3 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS SERVICES AGREEMENT & 8/18/16 SALES ORDER FORM USAGE AGREEMENT FOR CONCUR'S SYSTEMS FOR EMPLOYEE TRAVLE AND EXPENSE REIMBURSEMENT | CONCUR TECHNOLOGIES, INC. 18400 NE UNION HILL RD., REDMOND, WA  98052 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.11** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SAGE 100 SUPPORT AGREEMENT TELEPHONE SUPPORT FOR SAGE 100 ACCOUNTING SOFTWARE SYSTEM DATED 08/07/2014<br><br>CURRENT | CONNER ASH<br>12101 WOODCREST EXECUTIVE DR<br>SUITE 300<br>ST. LOUIS, MO  63141 |
| **2.12** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT: FIRST SOURCE LEASE OF PROPERTY AT 5831 COUNTRY LAKES DR, FORT MYERS, FL 33905 DATED 12/31/2013<br><br>CURRENT | COUNTRY LAKES BUILDING, LLC<br>18250 PARKRIDGE CT<br>FT MYERS, FL  33908 |
| **2.13** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL SERVICES AGREEMENT TELECOMMUNICATIONS SERVICES (ETHERNET, PRIVATE LINE) DATED 03/12/2014<br><br>CURRENT | COX COMMUNICATIONS<br>PO BOX 248871<br>OKLAHOMA CITY, OK  73124 |
| **2.14** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT: ATLANTA DISTRIBUTION CENTER LEASE OF PROPERTY AT 200 INTERSTATE SOUTH, SUITE 100 MCDONOUGH, GA 30253 DATED 06/11/2015<br><br>CURRENT | CPUS INTERSTATE SOUTH, LP<br>2100 MCKINNEY<br>SUITE 900<br>DALLAS, TX  75201 |
| **2.15** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT LEASE OF PROPERTY AT 2100 STEMMONS FREEWAY, DALLAS, TX 75207 (~1,250 SQ FT) DATED 10/07/2015<br><br>CURRENT | DALLAS MARKET CENTER OPERATING, LP<br>2100 STEMMONS FREEWAY<br>DALLAS, TX  75207 |
| **2.16** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE LICENSE AGREEMENT LICENSE AGREEMENT FOR USE AND SUPPORT OF SOFTWARE<br><br>CURRENT | DEMAND FORESIGHT SOFTWARE, LLC<br>10400 W OVERLAND ROAD #103<br>BOISE, ID  83709 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.17** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> FORBEARANCE AGREEMENT: MASTER MOTOR VEHICLE LEASE AGREEMENT FORBEARANCE AGREEMENT WITH FLEET CARS DUE TO DETERIORATING FINANCIAL CONDITION DATED 09/11/2017 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | DONLEN CORPORATION US <br> 3000 LAKESIDE DRIVE <br> 2ND FLOOR <br> BANNOCKBURN, IL 60015 |
| **2.18** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> REAL ESTATE LEASE FOR PREMISES LOCATED AT 11231 NW 20TH STREET, STE 124, MIAMI, FL 33172 CONTRACT DATED 2/25/2009 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | DPC II, LLC <br> 2051 N.W. 112ND AVE. STE 111 <br> MIAMI, FL 33172 |
| **2.19** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> MAURICE MERCHANDISER AND MOTO CONSULTING AGREEMENT MONTHLY MAINTENANCE AND DEVELOPMENT FOR MPAD IPAD AND IPHONE APPS DATED 09/08/2016 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | ETHERVISION LLC <br> 110 N MAIN STREET <br> WAUCONDA, IL 60084 |
| **2.20** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> LICENSE AGREEMENT EXCLUSIVE LICENSING AGREEMENT TO UTILIZE THE GITZIT TRADEMARKS IN THE UNITED STATES AND CANADA DATED 02/20/2008 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | GITZIT, INC. <br> 667 RED ROCK RD <br> ST GEORGE, UT 84770 |
| **2.21** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> COMMERCIAL ACCOUNT FORM AND LETTER OF AGENCY ENGAGES GRANITE AS AGENT TO PROVIDE TELECOMMUNICATION SERVICES DATED 11/17/2016 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | GRANITE TELECOMMUNICATIONS, LLC <br> PO BOX 983119 <br> BOSTON, MA 02298 |
| **2.22** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> LICENSE AGREEMENT NON-EXCLUSIVE LICENSE AGREEMENT FOR ARTWORK OF GUY HARVEY DATED 08/24/2015 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | GUY HARVEY, INC. <br> 10408 WEST STATE ROAD 84 <br> STE 104 <br> DAVIE, FL 33324 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.23 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT AMENDMENT TO PROVIDE VALUE ADDED NETWORK (VAN) SERVICES. FORMERLY INOVIS, INC. DATED 03/31/2009 | GXS PO BOX 640371 PITTSBURGH, PA  15264 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.24 **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT (COPYRIGHT & TRADEMARK) LICENSING AGREEMENT TO UTILIZE THE MOSSY OAK PATTERNS, TRADEMARKS, AND PRODUCTS (LICENSE # 4517) DATED 01/30/2017 | HAAS OUTDOORS, INC. P.O. DRAWER 757 WEST POINT, MS  39773 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.25 **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT (COPYRIGHT & TRADEMARK) LICENSING AGREEMENT TO UTILIZE THE MOSSY OAK PATTERNS, TRADEMARKS, AND PRODUCTS (LICENSE # 2691) DATED 03/31/2016 | HAAS OUTDOORS, INC. P.O. DRAWER 757 WEST POINT, MS  39773 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.26 **State what the contract or lease is for and the nature of the debtor's interest** | RAYMOND DEEP REACH EMAIL AGREEMENT TO LEASE RAYMOND DEEP RANCH DATED 07/12/2016 | HEUBEL MATERIAL HANDLING, INC PO BOX 870975 KANSAS CITY, MO  64187 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.27 **State what the contract or lease is for and the nature of the debtor's interest** | RESILIENCY SERVICES & EQUIPMENT LEASE AGREEMENT FOR MONTHLY TECHNOLOGY SERVICES AND EQUIPMENT LEASE DATED 12/22/2014 | IBM CORPORATION PO BOX 700 SUFFERN, NY  10901 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.28 **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT: RENO DISTRIBUTION CENTER LEASE OF PROPERTY AT 4980 LONGLEY, RENO, NV 89502 DATED 07/21/2015 | ICON OWNER POOL 6 WEST SOUTHWEST LLC C/O INDCOR PROPERTIES 2N RIVERSIDE PLAZA, STE 2350 CHICAGO, IL  60606 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    Maurice Sporting Goods, Inc.    Case number (if known) 17-12481

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | MOTOR VEHICLE LEASE AGREEMENT VEHICLE LEASE FOR OWNER (JORY KATLIN) DATED 10/23/2012 | INTERNATIONAL IMPORTS LLC 8031 W 159TH STREET TINLEY PARK, IL 60477 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | RETAIL INSTALLMENT CONTRACT VEHICLE LEASE FOR OWNER (MICHAEL OLSHANSKY) DATED 01/18/2014 | INTERNATIONAL IMPORTS LLC 8031 W 159TH STREET TINLEY PARK, IL 60477 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT NON-EXCLUSIVE LICENSE AGREEMENT FOR ARTWORK OF JIM HANSEL DATED 11/29/2011 | JIM HANSEL EDITIONS LLC 11990 CREEKRIDGE LANE CHASKA, MN 55318 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | JQ LICENSE AGREEMENT LICENSING AGREEMENT TO SELL ARTWORK AND MERCHANDISE OF JQ LICENSING DATED 10/02/2013 | JON Q. WRIGHT (AQUA IMAGES) AQUA IMAGES PO BOX 1498 WLAKER, MN 56484 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | PREMIER ADVANTAGE AGREEMENT EQUIPMENT LEASE FOR COPY MACHINES DATED 02/22/2017 | KONICA MINOLTA BUSINESS SOLUTIONS 21146 NETWORK PLACE CHICAGO, IL 60673 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT LICENSING AGREEMENT TO USE LGL'S ARTWORK IN NORTH AMERICA DATED 12/08/2015 | LOOKING GOOD LICENSING, LLC PO BOX 317 MANCHESTER, VT 05254 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Maurice Sporting Goods, Inc.    Case 17-12481-CSS    Doc 181    Filed 12/19/17    Case number (if known) 17-12481    Page 254 of 269

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCT SUPPORT, MAINTENANCE, AND LICENSE AGREEMENT SUPPORT AND MAINTENANCE AGREEMENT FROM LUCAS DUE TO THE NON-EXCLUSIVE LICENSING OF SOFTWARE DATED 03/02/2016 | LUCAS SYSTEMS INC 11279 PERRY HIGHWAY 4TH FLOOR WEXFORD, PA 15090 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE OF 2016 FORD F-150 CONTRACT DATED 10/19/2016 | MALO AUTOMOTIVE GROUP 8655 PINES BLVD PEMBROKE PINES, FL 33024 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | XIMA CARE MAINTENANCE FOR PHONES DATED 12/07/2016 | MERIDIAN IT INC NINE PARKWAY N SUITE 500 DEERFIELD, IL 60015 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT NON-EXCLUSIVE LICENSE AGREEMENT TO REPRODUCE AND MARKET CERTAIN IMAGES OF TERRY DOUGHTY WILDLIFE ART DATED 04/16/2013 | MHS LICENSING MHS LICENSING 11100 WAYZATA BLVD SUITE 550 MINNEAPOLIS, MN 55305 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT (TRADEMARK) LICENSING AGREEMENT TO UTILIZE MOSSY OAK ATTRACTANTS DATED 09/13/2013 | MOSSY OAK LAND ENHANCEMENT SERVICES, LLC P.O. DRAWER 757 WEST POINT, MS 39773 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDING LEASE: NORTHBROOK WAREHOUSE LEASE OF PROPERTY AT 1825 SHERMER ROAD NORTHBROOK, IL 60065 DATED 04/26/2010 | OK REAL ESTATE LLC 5215 OLD ORCHARD RD SUITE 525 SKOKIE, IL 60077 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    Maurice Sporting Goods, Inc.

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT LICENSE AGREEMENT FOR COPYRIGHTED FISHOUFLAGE PATTERNS AND ASSOCIATED TRADEMARKS | OUTDOOR IDENTITIES, LLC N926 TOWER VIEW DR UNIT 6 GREENVILLE, WI 54942 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE FOR PREMISES LOCATED AT 200 INTERSTATE SOUTH, STE 100, MCDONOUGH, GA 30253 CONTRACT DATED 6/11/2015 | P7 S SEALY 200 INTERSTATE SOUTH LLC 333 TEXAS STREET, STE 1050 SHREVEPORT, LA 71101 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT: APEX TACKLE LEASE OF PROPERTY AT 800 D STREET, SOUTH SIOUX CITY, NE DATED 05/12/2015 | PERPETUAL PROPERTIES SSC 815 1/2 "F" STREET SOUTH SIOUX CITY, NE 68776 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER ADVANTAGE LEASE EXTENSION LEASE RENEWAL FOR MAILING EQUIPMENT IN MISSISSAUGA, ON DATED 06/25/2013 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC PO BOX 190 ORANGEVILLE, ON L9W-2Z6 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE RENEWAL LEASE RENEWAL FOR MAILING EQUIPMENT DATED 07/29/2016 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC PO BOX 371874 PITTSBURGH, PA 15250 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | HOUSE LEASE CONTRACT (#2218) LEASE OF PROPERTY AT KUNSHAN OFFICE (ROOM 2218) (CHINA) DATED 12/05/2016 | RAN JIARONG ROOM 2102; GANG HANG BUILDING NO.29 EAST DONGGANG ROAD HU LI AREA; XIA MEN FUJIAN CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT MASTER LEASE (# 327951) EQUIPMENT LEASE AT 4980 LONGLEY, RENO, NV 89502 DATED 03/02/2016 | RAYMOND LEASING CORPORATION PO BOX 301590 DALLAS, TX 75303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT MASTER LEASE (# 327952) EQUIPMENT LEASE AT 200 INTERSTATE SOUTH, SUITE 100 MCDONOUGH, GA 30253 DATED 05/10/2016 | RAYMOND LEASING CORPORATION PO BOX 301590 DALLAS, TX 75303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT MASTER LEASE (# 327953) EQUIPMENT LEASE AT 200 INTERSTATE SOUTH, SUITE 100 MCDONOUGH, GA 30253 DATED 09/22/2016 | RAYMOND LEASING CORPORATION PO BOX 301590 DALLAS, TX 75303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT MASTER LEASE (# 327954) EQUIPMENT LEASE AT 4980 LONGLEY, RENO, NV 89502 DATED 07/17/2016 | RAYMOND LEASING CORPORATION PO BOX 301590 DALLAS, TX 75303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT MASTER LEASE (# 327955) EQUIPMENT LEASE AT 4980 LONGLEY, RENO, NV 89502 DATED 08/17/2016 | RAYMOND LEASING CORPORATION PO BOX 301590 DALLAS, TX 75303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT MASTER LEASE (# 327956) EQUIPMENT LEASE AT 200 INTERSTATE SOUTH, SUITE 100 MCDONOUGH, GA 30253 DATED 09/12/2016 | RAYMOND LEASING CORPORATION PO BOX 301590 DALLAS, TX 75303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT MASTER LEASE (# 327957) EQUIPMENT LEASE AT 200 INTERSTATE SOUTH, SUITE 100 MCDONOUGH, GA 30253 DATED 08/18/2016 | RAYMOND LEASING CORPORATION PO BOX 301590 DALLAS, TX  75303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT MASTER LEASE (# 327958) EQUIPMENT LEASE AT 200 INTERSTATE SOUTH, SUITE 100 MCDONOUGH, GA 30253 DATED 02/03/2017 | RAYMOND LEASING CORPORATION PO BOX 301590 DALLAS, TX  75303 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE LEASE AGREEMENTS FOR WAREHOUSE & IT EQUIPMENT (5 SUB-LEASES) DATED 07/11/2008 | RIVER CAPITAL FINANCE LLC 31390 VIKING PKWY WESTLAKE, OH  44145 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE LEASE AGREEMENTS FOR WAREHOUSE & IT EQUIPMENT (5 SUB-LEASES) SCHEDULE DATED 04/01/2016 | RIVER CAPITAL FINANCE LLC 31390 VIKING PKWY WESTLAKE, OH  44145 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE LEASE AGREEMENTS FOR WAREHOUSE & IT EQUIPMENT (5 SUB-LEASES) SCHEDULE DATED 04/01/2016 | RIVER CAPITAL FINANCE LLC 31390 VIKING PKWY WESTLAKE, OH  44145 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE LEASE AGREEMENTS FOR WAREHOUSE & IT EQUIPMENT (5 SUB-LEASES) SCHEDULE DATED 07/01/2016 | RIVER CAPITAL FINANCE LLC 31390 VIKING PKWY WESTLAKE, OH  44145 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Maurice Sporting Goods, Inc.  
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE LEASE AGREEMENTS FOR WAREHOUSE & IT EQUIPMENT (5 SUB-LEASES) SCHEDULE DATED 10/01/2016 | RIVER CAPITAL FINANCE LLC 31390 VIKING PKWY WESTLAKE, OH 44145 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE LEASE AGREEMENTS FOR WAREHOUSE & IT EQUIPMENT (5 SUB-LEASES) SCHEDULE UNDATED | RIVER CAPITAL FINANCE LLC 31390 VIKING PKWY WESTLAKE, OH 44145 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | INDUSTRIAL SUBLEASE: RIVERS EDGE REAL ESTATE SUBLEASE FOR PREMISES LOCATED AT 1 RIVERS EDGE COURT, SAINT CLAIR MO 63077 (FORMERLY 25 TLC PARKWAY, ST. CLAIR, MO 63077) DATED 01/01/2015 | ROCKING P, INC. 301 BARN SIDE LANE EUREKA, MO 63025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | MOTOR VEHICLE LEASE AGREEMENT VEHICLE LEASE FOR OWNER (ANDY KATLIN) DATED 06/01/2015 | ROGERS AUTO GROUP 2720 S MICHIGAN AVE CHICAGO, IL 60616 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT: VANCOUVER DISTRIBUTION CENTER LEASE OF PROPERTY AT 19100 AIRPORT WAY BLDG 516 PITT MEADOWS, BC, CANADA DATED 05/20/2014 | RPMG HOLDINGS LTD. SUITE 300-550 ROBSON ST VANCOUVER, BC V6B-2B7 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | SAGE SUBSCRIPTION LICENSING LICENSE AGREEMENT FOR SAGE SOFTWARE DATED 11/03/2016 | SAGE SOFTWARE INC 6561 IRVINE CENTER DR IRVINE, CA 92618 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | END USER LICENSE AGREEMENT LICENSE AGREEMENT FOR USE AND SUPPORT OF SOFTWARE DATED 04/19/2016 | SOFTEON INC 11700 PLAZA AMERICA DR SUITE 910 RESTON, VA  20190 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLIER COLLABORATION ANALYTICS AGREEMENT FOR CLOUD BASED SERVICES FOR POS DATA DATED 07/21/2016 | SPS COMMERCE, INC 333 SOUTH SEVENTH STREET SUITE 1000 MINNEAPOLIS, MN  55402 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | HOUSE LEASE CONTRACT (#2217) LEASE OF PROPERTY AT KUNSHAN OFFICE (ROOM 2217) (CHINA) DATED 12/05/2016 | TAO WENCHAO ROOM2101; BUILDING37 SHIMAO EAST NO1; QIANJING ROAD KUNSHAN, JIANGSU CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT: CORPORATE HEADQUARTERS LEASE OF PROPERTY AT 1910 TECHNY RD NORTHBROOK, IL 60065 DATED 03/01/1995 | TCP TECHNY LLC 1825 SHERMER ROAD NORTHBROOK, IL  60065 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFICE BUILDING LEASE: DENVER SALES OFFICE LEASE OF PROPERTY AT 19751 E MAINSTREET, STE #385 PARKER CO 80138 DATED 08/08/2016 | TD COMMERCIAL INVESTMENTS, LLC 19751 E MAIN STREET STE R-10 PARKER, CO  80138 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE MASTER SERVICE AGREEMENT RENEWAL AND UPGRADE TO INTERNET LINE (DIA 20) DATED 03/03/2016 | TERAGO NETWORKS PO BOX 8956 POSTAL STATION A TORONTO, ON  M5W-2C5 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Maurice Sporting Goods, Inc.

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT MASTER LEASE (VARIOUS) EQUIPMENT LEASES AT ATLANTA AND RENO DISTRIBUTION CENTERS | THE RAYMOND CORPORATION 22 SOUTH CANAL STREET GREENE, NY  13778 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORTATION ARRANGEMENT AGREEMENT AMENDMENT FOR TERMS OF LOGISTICS SUPPORT DATED 11/30/2015 | TRANZACT SYSTEMS, INC. 360 WEST BUTTERFIELD ROAD SUITE 400 ELMHURST, IL  60126 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER LEASE AGREEMENT (EQUIPMENT) EQUIPMENT LEASE (FORKLIFT & BATTERIES) AT 516-19100 AIRPORT WAY, PITT MEADOWS BC CANADA DATED 02/21/2013 | TRILOGY LEASING CO., LLC 2551 ROUTE 130 CRANBURY, NJ  08512 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL SALES PROPOSAL AGREEMENT SCOPE OF WORK FOR SECURITY SYSTEM AND SERVICES DATED 11/03/2009 | TYCO INTEGRATED SECURITY CANADA, INC 40 SHEPPARD AVE WEST SUITE 400 TORONTO, ON  M2N-6K9 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL SALES AGREEMENT SCOPE OF WORK FOR SECURITY SYSTEM AND SERVICES DATED 05/19/2017 | TYCO INTEGRATED SECURITY LLC PO BOX 371967 PITTSBURGH, PA  15250 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | MAJOR ACCOUNT AGREEMENT AGREEMENT FOR WIRELESS PHONE SERVICES DATED 07/18/2009 | VERIZON 200 ALLEGHENY DR WARRENDALE, PA  15086 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | WEBSITE ORDER FORM WEBSITE HOSTING SERVICES FOR RIVERS EDGE PRODUCTS DATED 02/29/2012 | WEBSITE PIPELINE 555 N PLEASANTBURG DR SUITE 214 GREENVILLE, SC 29607 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFICE LEASE CONTRACT LEASE OF PROPERTY AT WEIHAI OFFICE (CHINA) | WEIHAI SOFTWARE BUSINESS INCUBATOR CO., LTD. (RECEIVER/MR.LIU) ROOM 906; BLOCK B SOFTWARE INCUBATOR BUILDING SHICHANG ROAD 99#; WEIHAI SHANDONG CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | WINCHESTER SUB-LICENSE AGREEMENT SUB-LEASE TO USE THE WINCHESTER TRADEMARKS AND DESIGNS DATED 04/01/2015 | WINFIELD BRANDS, LLC ATTN: JUDITH STINSON 222 PULLMAN PLACE ST. LOUIS, MO 63122 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | INDUSTRIAL SUBLEASE: RIVERS EDGES LEASE OF PROPERTY AT 1 RIVERS EDGE COURT, SAINT CLAIR, MO 63077 DATED 03/27/2015 | WROB COMPANY II, LLC 301 BARN SIDE LANE EUREKA, MO 63025 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | HOUSE LEASE CONTRACT (#2216) LEASE OF PROPERTY AT KUNSHAN OFFICE (ROOM 2216) (CHINA) DATED 11/23/2016 | ZHANG LINLIN ROOM 101 9# 1666 LANE CHANGNING ROAD; CHANGNING ZONE SHANGHAI CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | HOUSE LEASING CONTRACT LEASE OF PROPERTY AT DONGSHAN OFFICE (CHINA) DATED 12/26/2016 | ZHU LANXIANG HUAQIAO PHONE STORE; HUAQIAO HOTEL'S GATE XIPU TOWN DONGSHAN, FUJIAN CHINA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Maurice Sporting Goods, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 17-12481 |

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.**

1. **Does the debtor have any codebtors?**

    ☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☑ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 | DANIELSON OUTDOORS COMPANY, INC. | 1910 TECHNY ROAD NORTHBROOK, IL  60065 | BMO HARRIS BANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | MATZUO AMERICA, INC. | 1910 TECHNY ROAD NORTHBROOK, IL  60065 | BMO HARRIS BANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | OK REAL ESTATE LLC | 5215 OLD ORCHARD RD. STE 525 SKOKIE, IL  60065 | BMO HARRIS BANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | SOUTH BEND SPORTING GOODS, INC. | 1910 TECHNY ROAD NORTHBROOK, IL  60065 | BMO HARRIS BANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | TRIPLE CROWN HOLDINGS, INC. | 1910 TECHNY ROAD NORTHBROOK, IL  60065 | BMO HARRIS BANK, N.A. | ☑ D<br>☐ E/F<br>☐ G |

*These notes (the "__Global Notes__") regarding the Debtors' Schedules of Assets and Liabilities (the "__Schedules__") and Statements of Financial Affairs (the "__Statements__") comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of them.*

1. The debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "__Debtors__") have prepared these unaudited Schedules and Statements pursuant to section 521 of title 11 of the United States Code (the "__Bankruptcy Code__") and Rule 1007 of the Federal Rules of Bankruptcy Procedure. Except where otherwise noted, the information provided herein is the book value of assets and liabilities as of the end of day on Friday, November 17, 2017 and, unless otherwise noted, may or may not be reflective of market value, and may have been subsequently modified or corrected. While the Debtors have made every reasonable effort to ensure that the Debtors' Schedules and Statements are accurate and complete, based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information and/or further review and analysis of the Debtors' books and records may result in changes to financial data and other information contained in the Schedules and Statements. Moreover, the Schedules and Statements contain unaudited information which is subject to further review and potential adjustment.

2. In reviewing and signing the Schedules and Statements, Patrick J. O'Malley, the Chief Restructuring Officer of the debtors in the above-captioned cases (the "__CRO__") has necessarily relied upon the efforts, statements and representations of other personnel and professionals of the Debtors. The CRO has not (and could not have) personally verified the accuracy of each such statement and representation, including but not limited to statements and representations concerning amounts owed to creditors and their addresses.

3. The Debtors reserve the right to amend the Schedules and Statements as they determine may be necessary or appropriate in their sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim or other item reflected on the Schedules or Statements as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." These Global Notes will apply to all such amendments. Furthermore, nothing contained in the Schedules or Statements shall constitute a waiver of the Debtors' rights with respect to these chapter 11 cases, and specifically with respect to any issues involving subordination and/or causes of action, including those arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.

4. Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of additional contingent and/or unliquidated amounts. Further, the claims of creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all of their rights with respect to any such credits and allowances.

5. Some of the Debtors' assets and liabilities are unknown and/or unliquidated as of the end of day on November 17, 2017. In such cases, the amounts are listed as "unknown" or words of similar import. Accordingly, the Schedules may not accurately reflect the aggregate amount of the Debtors' current assets and liabilities.

6. At times, the preparation of the Schedules and Statements required the Debtors to make assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities and the reported amounts of expenses during the reporting period. Actual results could differ. Pursuant to Fed. R. Bankr. P. 1009 and Del. Bankr. L.R. 1009-2, the Debtors may amend their Schedules as they deem necessary and appropriate to reflect material changes, if any, that arise during the pendency of their chapter 11 cases. In addition, the Debtors reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules.

7. Given the differences between the information requested in the Schedules and Statements and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

8. As detailed in the *Declaration of Patrick J. O'Malley in Support of Debtors' Chapter 11 Petitions and First-Day Motions* [Docket No. 2], the Debtors historically did not report unconsolidated financial metrics by entity, but instead reported financial metrics in five segments: MSG Core, First Source, Rivers Edge, Danielson, and Matzuo, with the Debtors' "Big Game International" operations reported separately across parts of these five segments. For purposes of these Schedules and Statements, the Debtors reported their assets and liabilities by legal entity, with the "First Source" and "Rivers Edge" businesses reported in the Schedules and Statement of Debtor Maurice Sporting Goods, Inc., and the "Big Game International" business reported in the Schedules and Statement of Debtor South Bend Sporting Goods, Inc. The MSG Core, Danielson and Matzuo businesses are generally reported in the Schedules and Statements of Debtors Maurice Sporting Goods, Inc., Danielson Outdoors Company, Inc. and Matzuo America, Inc., as each correspondence with the respective business of the same name. Finally, Debtor Triple Crown Holdings, Inc. is a holding company with no operations, as reflected on its Schedules and Statements.

9. For the purposes of the Summary of the Schedules and Schedule D, the Debtors have listed the full amounts due on their prepetition secured loan facilities on the Schedules of all Debtor obligors thereunder.

10. For the purposes of Schedule A/B, questions 6, 7 and 8, the Debtors have excluded retainers provided to professionals. A schedule of retainers paid to professionals in connection with the chapter 11 cases was included with the Debtors' Initial Monthly Operating Report filed on December 5, 2017 [Docket No. 102].

11. For the purposes of Schedule A/B, question 11, the Debtors' accounts receivable reflects gross accounts receivable, which is subject to reduction from discounts, rebates, returns, and various allowances as set forth in the *Debtors' Motion for Entry of an Order, Pursuant to*

*Sections 105(a) and 363(b) of the Bankruptcy Code, Authorizing Maintenance,*
*Administration, and Continuation of Customer Programs* [Docket No. 9].

12. For the purposes of Schedule A/B, question 15, each Debtor's Schedule B identifies such Debtor's direct ownership interests in any subsidiary, but excludes any indirect ownership of a subsidiary (*i.e.*, Maurice Sporting Goods, Inc.'s indirect ownership of Matzuo America, Inc.).

13. For the purpose of Schedule A/B, questions 27-37, although the Debtors have "fishing-related assets" these are instead provided for in response to question 21 (inventory).

14. For the purposes of Schedule A/B, questions 39-40, the Debtors do not bifurcate office furniture from fixtures on their balance sheets, so furniture may include fixtures.

15. For the purposes of Schedule A/B, question 55, the Debtors note that their books and records do not contain values for their real property leases.  Additionally, note certain of the real property leases listed in response to Schedule A/B, question 55 (and Schedule G) have been rejected by the Debtors effective as of the Petition Date.

16. For the purposes of Schedule A/B, question 61, the Debtors note that certain websites relating to a Debtor's business line were registered in the name of another Debtor, and thus appear on that registering Debtor's Schedules.

17. For the purposes of Schedule A/B, question 73, only insurance policies with unexpired coverage terms as of the Petition Date are listed.  To the extent that one or more Debtors might have rights to coverage under a policy with an expired coverage term, all such rights are expressly preserved notwithstanding the fact such policies have not been listed in response thereto.

18. For the purposes of Schedule A/B, question 74, the Debtors, despite their efforts, may not have listed all of their causes of action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any causes of action they may have, whether or not listed as assets in the Schedules and Statements, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

19. The Debtors have not determined whether, and to what extent, any of the creditors identified on Part 1 of Schedule E/F are actually entitled to priority under section 507 of the Bankruptcy Code, and have listed all known tax authorities in unliquidated amount.  The Debtors reserve the right to assert that claims identified on Part 1 of Schedule E/F are not claims that are entitled to priority.

20. To the extent claims have been satisfied pursuant to orders of the Bankruptcy Court, such claims have not been listed on the Debtors' Schedule E/F.

21. The Debtors have excluded accrued customer programs liabilities from Schedule E/F.  Such liabilities are detailed in the *Debtors' Motion for Entry of an Order, Pursuant to Sections*

*105(a) and 363(b) of the Bankruptcy Code, Authorizing Maintenance, Administration, and Continuation of Customer Programs* [Docket No. 9].

22. With respect to Schedule E/F, the description "trade vendor" includes, inter alia, utilities and contractors.

23. For the purposes of Schedule G, the Debtors have omitted loan documents and professional engagement letters.  The Debtors also believe they have only scheduled executory contracts to which a Debtor is a party or may be contractually and/or directly liable to perform.  Similarly, for the purposes of the other Schedules and the Statements, no claims have been scheduled for a Debtor that may have benefited directly or indirectly from a contractual relationship to which the Debtor was not a named party.

24. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on Schedule G that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties and obligations may not be set forth on Schedule G.  Certain of these executory agreements may not have been memorialized in writing and/or could be subject to dispute.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, non-disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G.  The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including without limitation, any intercompany agreement) related to a creditor's claim.  Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors.  In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis. Such contracts may not be included on Schedule G.  However, each Debtor reserves the right to assert that such agreements constitute executory contracts.

25. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases.  Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

26. For the purposes of Schedule H, the Debtors have not listed each past and current insurer of a Debtor in response to Schedule H.  The exclusion of an insurer on Schedule H does not mean such insurer is not necessarily a co-debtor in fact and the Debtors reserve their rights to assert

iv

any such claims against insurers.  Likewise, the Debtors have not listed co-defendants in any litigation pending against the Debtors, but reserve all rights with respect thereto.

27. With respect to question 1 of the Statements, gross revenue from business is comprised of gross sales, less exchange gains/losses.  The Debtors have not deducted discounts, rebates, returns, or customer allowances.

28. With respect to question 3 of the Statements, payments to insiders listed in response to question 4 of the Statements are omitted from the responses to this question.  Additionally, certain of the Debtors do not have a disbursement account, but instead make payments through Debtor Maurice Sporting Goods, Inc.'s disbursement accounts with a subsequent intercompany payable and receivable being created on account of such payment.  Payments made by Maurice Sporting Goods, Inc. for such other Debtors in the last 90 days are listed in response to question 3 of the Statements for Maurice Sporting Goods, Inc.

29. With respect to questions 4, 28, 29 and 30 of the Statements, the listing of any person or entity is not intended to be nor shall it be construed as a legal characterization of such party as an insider, and does not act as an admission of any fact, claim, right or defense, and all such right, claims and defenses are hereby reserved.  The Debtors utilized the definition of "insider" in 11 U.S.C. 101(31)(B) for purposes of the Schedules and Statements, but have treated every Debtor employee with a title of "Senior Vice President" and above as an officer for purposes of the Schedules and Statements, even though certain of such individuals may not be an "officer" under applicable caselaw.  Additionally, the responses to questions 4 and 30 generally do not include historical intercompany transfers between Debtor entities.  Finally, those payments listed in response to question 4 are omitted from the response to question 30.

30. With respect to question 6 of the Statements, in the ordinary course of business certain of the Debtors' creditors, such as utilities and professionals, may have setoff all or part of unpaid invoices against items such as security deposits or retainers previously provided to such creditors by the Debtors.  These creditors are not listed in response to question 6 as the Debtors do not maintain a comprehensive listing of all such setoffs as setoffs in their accounting system.  For this same reason, bank fees deducted from bank accounts of the Debtors are not listed in response to question 6.  Finally, as explained in the *Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, Authorizing Maintenance, Administration, and Continuation of Customer Programs* [Docket No. 9], the Debtors' customers setoff benefits arising from the Debtors' customer programs against their accounts receivable owing to the Debtors in the ordinary course of business.  These setoffs are voluminous and not listed in response to question 6 of the Statements.

31. With respect to question 9 of the Statements, the Debtors do not discretely track charitable contributions as such and the logistical challenge of identifying a *de minimis* gift in its accounting system has prevented the Debtors from addressing this question with certainty prior to the filing of the Statements.

32. With respect to question 11 of the Statements, the Statements of Debtor Maurice Sporting Goods, Inc. list the full aggregate amount of payments received by the firms listed therein

during the year before the Petition Date, although such payments inure for the benefit of all Debtors.

33. With respect to questions 26(a) through 26(c) of the Statements, the Debtors have identified the Chief Financial Officer in connection with the audit, compilation, review and/or maintenance of the Debtors' books and records, but other finance and accounting personnel of the Debtors reporting to the CFO who have assisted in the foregoing have been omitted from the responses to these questions.

34. With respect to question 26(d) of the Statements, although the Debtors from time to time may have furnished financial statements to other parties, including but not limited to their prepetition lenders, it is not the practice of the Debtors to maintain exhaustive records of such transmittal.  Consequently, the Debtors cannot provide an exhaustive list of all entities that have received one or more financial statements from the Debtors in response to question 26(d).  Additionally, the Debtors have previously provided financial statements to certain prospective purchasers of the Debtors or their assets or other possible financing sources, but the Debtors believe they may be contractually prohibited from publicly disclosing the identity of these recipients in many instances.  For this reason, the responses to question 26(d) have been omitted.

35. With respect to question 27 of the Statements and Schedule A/B, questions 18-23, certain of the Debtors' locations (McDonough, Georgia) do periodic cycle counts rather than full annual physical inventories, beginning in 2017.  The Debtors have only listed physical inventories in response to question 27 of the Statements.  Additionally, the Debtor's book value of inventory is generally calculated using FIFO accounting and valued at actual cost, which the Debtors believe is greater than the current fair market value of such inventory.

36. The Debtors and their employees, agents, attorneys and other professionals do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein.  While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.  The Debtors and their employees, agents, attorneys and other professionals expressly do not undertake any obligation to notify any third party should the information be or need to be updated, modified, revised or re-categorized.  In no event shall the Debtors or their employees, agents, attorneys or other professionals be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their employees, agents, attorneys and other professionals are advised of the possibility of such damages.

01:22664101.3

Fill in this information to identify the case:

Debtor    Maurice Sporting Goods, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number    17-12481
(if known)

**Official Form 202**

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/19/2017          ✗  /s/ Patrick J. O'Malley
        MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                    Patrick J. O'Malley
                                    Printed name

                                    Chief Restructuring Officer
                                    Position or relationship to debtor