# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| MAURICE SPORTING GOODS, INC., et al.,[1] | : | Case No. 17-12481 (CSS) |
|  | : |  |
|  | : | Jointly Administered |
| Debtors. | : | Ref. No. 264 |
|  | : |  |

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 264

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *First Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period November 20, 2017 Through and Including December 31, 2017* filed on January 25, 2018. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m. (ET) on February 9, 2018.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Maurice Sporting Goods, Inc. (3399); Danielson Outdoors Company, Inc. (0840); South Bend Sporting Goods, Inc. (6658); Triple Crown Holdings, Inc. (1847); and Matzuo America, Inc. (4950). The mailing address for the Debtors' corporate headquarters is 1910 Techny Road, Northbrook, Illinois 60065.

01:22865498.1

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered on December 18, 2017 [Docket No. 165], the Debtors are now authorized to pay 80% ($460,353.60) of requested fees ($575,442.00) and 100% of requested expenses ($7,846.87) on an interim basis without further Court order.

Dated: February 13, 2018　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP
　　　　　Wilmington, Delaware

/s/ *Justin H. Rucki*
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Justin H. Rucki (No. 5304)
Ashley E. Jacobs (No. 5635)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*