IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| MAURICE SPORTING GOODS OF DELAWARE, INC., et al.,[1] | : Case No. 17-12481 (CSS) |
| | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Ref. Docket No. 535 |

**FOURTH ORDER PURSUANT SECTION 1121(d) OF THE BANKRUPTCY CODE EXTENDING THE EXCLUSIVE PERIODS FOR THE FILING OF A CHAPTER 11 PLAN AND SOLICITATION OF ACCEPTANCES THEREOF**

Upon consideration of the Motion[2] of the above-captioned affiliated debtors and debtors in possession (collectively, the "Debtors"), for entry of an order extending the Exclusive Periods for the filing of a chapter 11 plan and solicitation of acceptances thereto, all as more fully described in the Motion; and upon consideration of the Motion; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Maurice Sporting Goods of Delaware, Inc. (f/k/a Maurice Sporting Goods, Inc.) (3399); OLDCO DOC, Inc. (f/k/a Danielson Outdoors Company, Inc.) (0840); South Bend Sporting Goods, Inc. (6658); Triple Crown Holdings, Inc. (1847); and OLDCO MA, Inc. (f/k/a Matzuo America, Inc.) (4950). The mailing address for the Debtors is 1910 Techny Road, Northbrook, Illinois 60065.

[2] Capitalized terms used, but not otherwise defined herein, have the meaning given to them in the Motion.

1. The Motion is GRANTED, as set forth herein.

2. The Plan Period for each Debtor is extended through and including March 18, 2019, pursuant to section 1121(d) of the Bankruptcy Code.

3. The Solicitation Period for each Debtor is extended through and including May 13, 2019, pursuant to section 1121(d) of the Bankruptcy Code.

4. The relief granted herein shall not prejudice the Debtors from seeking further extensions made pursuant to section 1121(d) of the Bankruptcy Code.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: January 8, 2019
Wilmington, Delaware

_____
Christopher S. Sontchi
Chief United States Bankruptcy Judge