## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| MAURICE SPORTING GOODS OF DELAWARE, INC., <u>et</u> <u>al</u>.,[1] | Case No. 17-12481 (CSS) |
|  | Jointly Administered |
| Debtors. |  |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## FEBRUARY 27, 2019 AT 2:00 P.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1. Debtors' First Motion for an Order Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006, Authorizing the Rejection of Executory Contracts *Nunc Pro Tunc* to the Proposed Rejection Date [D.I. 413, 6/28/18]

    Objection Deadline: July 12, 2018 at 4:00 p.m. (ET)

    Related Document:

    a) Order, Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006, Authorizing the Rejection of Executory Contracts *Nunc Pro Tunc* to the Proposed Rejection Date [D.I. 447, 7/20/18]

    Objections Filed:

    b) Objection of River Capital Finance, LLC to Debtors' First Motion for an Order Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006, Authorizing the Rejection of Executory Contracts *Nunc Pro Tunc* to the Proposed Rejection Date [D.I. 437, 7/12/18]

    c) Informal Response of Lucas Systems

    Status:   The Motion is adjourned to the next omnibus hearing in these chapter 11 cases as to the Debtors' request to reject the agreements with River Capital and River Capital's objection to the same, without prejudice to the arguments of either party. An order has been entered with respect to the balance of the Motion, so no hearing is required at this time.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Maurice Sporting Goods of Delaware, Inc. (f/k/a Maurice Sporting Goods, Inc.) (3399); OLDCO DOC, Inc. (f/k/a Danielson Outdoors Company, Inc.) (0840); South Bend Sporting Goods, Inc. (6658); Triple Crown Holdings, Inc. (1847); and OLDCO MA, Inc. (f/k/a Matzuo America, Inc.) (4950). The mailing address for the Debtors is 1910 Techny Road, Northbrook, Illinois 60065.

2. Debtors' Second Motion for Entry of an Order, Pursuant to 11. U.S.C. § 365 and Fed. R. Bankr. P. 6006, Authorizing the Rejection of an Executory Contract [D.I. 569, 2/13/19]

   Objection Deadline: February 20, 2019 at 4:00 p.m. (ET)

   Objections Filed:

   a) Rockville Pictures Inc.'s Objection [D.I. 570, 2/21/19]

   Status: This matter is adjourned to the next omnibus hearing in these chapter 11 cases by agreement of the parties.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

3. Motion for Order (I) Fixing Deadline for Filing Requests for Allowance of Administrative Expense Claims and (II) Designating Form and Manner of Notice Thereof [D.I. 565, 2/6/19]

   Objection Deadline: February 20, 2019 at 4:00 p.m. (ET)

   Related Document:

   a) Certificate of No Objection [D.I. 578, 2/22/19]

   b) Proposed Order

   Objections Filed:   None

   Status: A certificate of no objection has been filed. No hearing is required unless the Court has questions.

**FEE APPLICATIONS**

4. Fourth Interim Fee Applications

   Related Documents:

   a) See Schedule 1

   b) Certification of Counsel Regarding Omnibus Order Approving Fourth Quarterly Fee Applications [D.I. 577, 2/22/19]

Status: A proposed form of order has been submitted under certification of counsel. No hearing is required unless the Court has questions.

Dated: February 25, 2019
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Ashley E. Jacobs (No. 5635)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MAURICE SPORTING GOODS OF DELAWARE, INC., et al., | : | Case No. 17-12481 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | |

## SCHEDULE 1
## FEE APPLICATION INDEX
## **FOURTH INTERIM FEE REQUEST**

A. Young Conaway Stargatt & Taylor, LLP's Fourth Interim Fee Application of Certain of the Debtors' Professionals for the Period From August 1, 2018 Through and Including October 31, 2018 [D.I. 536, 12/17/18]

   1. Eighth Monthly Application for the Period August 1, 2018 through August 31, 2018 [D.I. 492, 9/24/18]

   2. Certificate of No Objection [D.I. 527, 11/19/18]

   3. Ninth Monthly Application for the Period September 1, 2018 through September 30, 2018 [D.I. 511, 10/17/18]

   4. Certificate of No Objection [D.I. 528, 11/19/18]

   5. Tenth Monthly Application for the Period October 1, 2018 through October 31, 2018 [D.I. 533, 12/13/18]

   6. Certificate of No Objection [D.I. 546, 1/8/19]

B. Fourth Interim Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period From August 1, 2018 Through October 31, 2018 [D.I. 538, 12/28/18]

   1. Ninth Monthly Application for the Period August 1, 2018 through September 30, 2018 [D.I. 510, 10/17/18]

   2. Certificate of No Objection [D.I. 522, 11/6/18]

3. Tenth Monthly Application for the Period October 1, 2018 through October 31, 2018 [D.I. 523, 11/7/18]

4. Certificate of No Objection [D.I. 531, 11/27/18]

5. Certificate of No Objection regarding Fourth Interim Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period From August 1, 2018 Through October 31, 2018 [D.I. 552, 1/18/19]

C. Fourth Interim Fee Application of Emerald Capital Advisors for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From August 1, 2018 Through October 31, 2018 [D.I. 540, 12/28/18]

1. Fifth Monthly Application for the Period August 1, 2018 through October 31, 2018 [D.I. 539, 12/28/18]

2. Certificate of No Objection regarding Fourth Interim Fee Application of Emerald Capital Advisors for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From August 1, 2018 Through October 31, 2018 [D.I. 553, 1/18/19]

01:24153653.1