**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MAURICE SPORTING GOODS OF DELAWARE, INC., et al.,[1] | : | Case No. 17-12481 (KBO) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
JULY 15, 2019 AT 3:00 P.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1. Debtors' First Motion for an Order Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006, Authorizing the Rejection of Executory Contracts *Nunc Pro Tunc* to the Proposed Rejection Date [D.I. 413, 6/28/18]

   Objection Deadline: July 12, 2018 at 4:00 p.m. (ET)

   Related Document:

   a) Order, Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006, Authorizing the Rejection of Executory Contracts *Nunc Pro Tunc* to the Proposed Rejection Date [D.I. 447, 7/20/18]

   Objections Filed:

   b) Objection of River Capital Finance, LLC to Debtors' First Motion for an Order Pursuant to 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006, Authorizing the Rejection of Executory Contracts *Nunc Pro Tunc* to the Proposed Rejection Date [D.I. 437, 7/12/18]

   c) Informal Response of Lucas Systems

   Status:   The Motion is adjourned to the next omnibus hearing in these chapter 11 cases as to the Debtors' request to reject the agreements with River Capital and River

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Maurice Sporting Goods of Delaware, Inc. (f/k/a Maurice Sporting Goods, Inc.) (3399); OLDCO DOC, Inc. (f/k/a Danielson Outdoors Company, Inc.) (0840); South Bend Sporting Goods, Inc. (6658); Triple Crown Holdings, Inc. (1847); and OLDCO MA, Inc. (f/k/a Matzuo America, Inc.) (4950). The mailing address for the Debtors is c/o Development Specialists, Inc., 10 S. LaSalle St., Suite 3300, Chicago, IL 60603.

24686593.1

Capital's objection to the same, without prejudice to the arguments of either party. An order has been entered with respect to the balance of the Motion, so no hearing is required at this time.

**FEE APPLICATIONS**

2. Sixth Interim Fee Applications

   Related Documents:

   a) See Schedule 1

   Status:   No objections have been received regarding the interim fee applications of the Debtors' and Committee's professionals. The Debtors intend to submit a proposed order with respect to this matter at or prior to the hearing.

**STATUS CONFERENCE**

3. A status conference is being held in this case at the request of the Court.

   Related Documents:  None

   Status:   This matter is going forward solely as a status conference.

Dated: July 11, 2019   YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware

/s/ Ashley E. Jacobs
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Ashley E. Jacobs (No. 5635)
Tara C. Pakrouh (No. 6192)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| MAURICE SPORTING GOODS OF DELAWARE, INC., et al., : | Case No. 17-12481 (KBO) |
| Debtors. : | Jointly Administered |

## SCHEDULE 1
## FEE APPLICATION INDEX
## SIXTH INTERIM FEE REQUEST

A. Young Conaway Stargatt & Taylor, LLP's Sixth Interim Fee Application of Certain of the Debtors' Professionals for the Period From February 1, 2019 Through and Including April 30, 2019 [D.I. 659, 6/14/19]

   1. Fourteenth Monthly Application for the Period February 1, 2019 through February 28, 2019 [D.I. 598, 3/25/19]

   2. Certificate of No Objection [D.I. 621, 4/22/19]

   3. Fifteenth Monthly Application for the Period March 1, 2019 through March 31, 2019 [D.I. 615, 4/15/19]

   4. Certificate of No Objection [D.I. 636, 5/10/19]

   5. Sixteenth Monthly Application for the Period April 1, 2019 through April 30, 2019 [D.I. 639, 5/15/19]

   6. Certificate of No Objection [D.I. 650, 6/12/19]

B. FGMK, LLC's First Interim Fee Application of Certain of the Debtors' Professionals for the Period From August 20, 2018 Through and Including November 30, 2018 [D.I. 659, 6/14/19]

   1. First Monthly Application for the Period August 20, 2018 through November 30, 2018 [D.I. 657, 6/14/19]

   2. Certificate of No Objection [D.I. 673, 7/2/19]

C. Sixth Interim Fee Application of Saul Ewing Arnstein & Lehr LLP, Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and

       Reimbursement of Expenses Incurred for the Period From February 1, 2019 Through April 30, 2019 [D.I. 658, 6/14/19]

       1. Fourteenth Monthly Application for the Period February 1, 2019 through February 28, 2019 [D.I. 593, 3/15/19]

       2. Certificate of No Objection [D.I. 607, 4/2/19]

       3. Fifteenth Monthly Application for the Period March 1, 2019 through March 31, 2019 [D.I. 614, 4/15/19]

       4. Certificate of No Objection [D.I. 631, 5/11/19]

       5. Sixteenth Monthly Application for the Period April 1, 2019 through April 30, 2019 [D.I. 638, 5/15/19]

       6. Certificate of No Objection [D.I. 645, 6/6/19]

D.     Sixth Interim Fee Application of Emerald Capital Advisors for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From February 1, 2019 Through April 30, 2019 [D.I. 663, 6/20/19]

       1. Seventh Monthly Application for the Period February 1, 2019 through April 30, 2019 [D.I. 662, 6/20/19]