**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**In re** Maurice Sporting Goods of Delaware, Inc. et al

**Case No.** 17-12481
**Reporting Period:** 5/1/2019-5/31/2019

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/ Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
|   Schedule of Professional Fees Paid | MOR-1b | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
|   Copies of IRS Form 6123 or payment receipt | | | | |
|   Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
|   Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

October 8, 2019
Date

Patrick J. O'Malley
Printed Name of Authorized Individual

Chief Restructuring Officer
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

| In re <u>Maurice Sporting Goods</u> | | Case No. | <u>17-12481</u> |
| Debtor | | Reporting Period: | <u>5/1/2019-5/31/2019</u> |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS (page 1)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account.
[See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Maurice Sporting Goods of Delaware, Inc. (17-12481) | OLDCO DOC, Inc. (17-12482) | South Bend Sporting Goods, Inc. (17-12483) | Triple Crown Holdings, Inc. (17-12484) | OLDCO MA, Inc. (17-12485) | ACTUAL | | ACTUAL | |
| **CASH BEGINNING OF MONTH** | $    2,631,857 | $        - | $        0 | $        - | $        0 | $    2,631,857 | | $    464,461 | |
| | | | | | | | | | |
| **RECEIPTS** | | | | | | | | | |
| CASH SALES | | | | $        - | | $        - | | $        - | |
| ACCOUNTS RECEIVABLE | $        - | $        - | $        - | $        - | $        - | $        - | | $    42,275,988 | |
| LOANS AND ADVANCES | $        - | $        - | $        - | $        - | $        - | $        - | | $    17,776,013 | |
| SALE OF ASSETS | $        - | $        - | $        - | $        - | $        - | $        - | | $    393,434 | |
| OTHER (ATTACH LIST) | $        - | $        - | $        - | $        - | $        - | $        - | | $    4,952,240 | |
| TRANSFERS (FROM Funding) | $    1,637 | $        - | $        - | $        - | $        - | $    1,637 | | $    32,789,887 | |
| TRANSFERS (FROM DIP) | $        - | $        - | $        - | $        - | $        - | $        - | | $    9,251,064 | |
| **TOTAL RECEIPTS** | $    1,637 | $        - | $        - | $        - | $        - | $    1,637 | | $    107,438,626 | |
| | | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | | |
| NET PAYROLL | $        - | $        - | $        - | $        - | $        - | $        - | | $    3,799,324 | |
| PAYROLL TAXES | $        - | $        - | $        - | $        - | $        - | $        - | | $    1,398,804 | |
| SALES, USE, & OTHER TAXES | $        - | $        - | $        - | $        - | $        - | $        - | | $    853,797 | |
| INVENTORY PURCHASES | $        - | $        - | $        - | $        - | $        - | $        - | | $    9,004,114 | |
| SECURED/ RENTAL/ LEASES | $        - | $        - | $        - | $        - | $        - | $        - | | $    1,434,686 | |
| INSURANCE | $        - | $        - | $        - | $        - | $        - | $        - | | $    1,313,032 | |
| UTILITIES | $        - | $        - | $        - | $        - | $        - | $        - | | $    288,578 | |
| ADMINISTRATIVE | $    4,413 | $        - | $        - | $        - | $        - | $    4,413 | | $    2,074,448 | |
| SELLING | $        - | $        - | $        - | $        - | $        - | $        - | | $    646,886 | |
| OPERATION/WAREHOUSE | $        - | $        - | $        - | $        - | $        - | $        - | | $    2,209,886 | |
| OTHER | $        - | $        - | $        - | $        - | $        - | $        - | | $    1,201,143 | |
| OWNER DRAW * | $        - | $        - | $        - | $        - | $        - | $        - | | $        - | |
| TRANSFERS (TO OPERATING) | $    1,637 | $        - | $        - | $        - | $        - | $    1,637 | | $    34,744,875 | |
| TRANSFERS (APPLIED TO LOAN) | $        - | $        - | $        - | $        - | $        - | $        - | | $    34,367,257 | |
| TRANSFERS (TO DIP ACCTS) | $        - | $        - | $        - | $        - | $        - | $        - | | $    7,202,832 | |
| PROFESSIONAL FEES (See NOTE 1) | $        - | $        - | $        - | $        - | $        - | $        - | | $    2,884,224 | |
| UCC SETTLEMENT (See NOTE 1) | $        - | $        - | $        - | $        - | $        - | $        - | | $    1,000,000 | |
| ESTATE BURIAL COSTS (See NOTE 1) | $        - | $        - | $        - | $        - | $        - | $        - | | $    475,000 | |
| U.S. TRUSTEE QUARTERLY FEES | $        - | $        - | $        - | $        - | $        - | $        - | | $    376,758 | |
| COURT COSTS | $        - | $        - | $        - | $        - | $        - | $        - | | $        - | |
| **TOTAL DISBURSEMENTS** | $    6,050 | $        - | $        - | $        - | $        - | $    6,050 | | $    105,275,644 | |
| | | | | | | | | | |
| **NET CASH FLOW** | $    (4,413) | $        - | $        - | $        - | $        - | $    (4,413) | | $    2,162,982 | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | |
| | | | | | | | | | |
| **CASH - END OF MONTH** | $    2,627,444 | $        - | $        0 | $        - | $        0 | $    2,627,444 | | $    2,627,444 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

NOTE 1: Includes payments to Escrow account held by YCST.

See payments to Professionals for additional information.

In re <u>Maurice Sporting Goods</u>  
       Debtor

Case No.        <u>17-12481</u>  
Reporting Period:   <u>5/1/2019-5/31/2019</u>

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS (page 2)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) . Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Maurice Sporting Goods of Delaware, Inc. (17-12481) | OLDCO DOC, Inc. (17-12482) | South Bend Sporting Goods, Inc. (17-12483) | Triple Crown Holdings, Inc. (17-12484) | OLDCO MA, Inc. (17-12485) | | CURRENT MONTH ACTUAL (TOTAL) |
| TOTAL DISBURSEMENTS | $        6,050 | $         - | $         - | $         - | $         - | $ | 6,050 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $       (1,637) | $         - | $         - | $         - | $         - | $ | (1,637) |
| DISBURSEMENTS MADE BY BUYER ON BEHALF OF THE DEBTORS, NET | $      350,780 | $         - | $         - | $         - | $         - | $ | 350,780 |
| NET DISBURSEMENTS | $      355,193 | $         - | $         - | $         - | $         - | $ | 355,193 |

In re Maurice Sporting Goods
**Debtor**

Case No. 17-12481
Reporting Period: 5/1/2019-5/31/2019

**BANK RECONCILIATIONS (page 1)**

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Maurice Sporting Goods of Delaware, Inc. (17-12481) | | | | | | | | | | OLDCO DOC, Inc. (17-12482) | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPERATING 2064 | FUNDING - 1906 | DIP - 3905 | WINDDOWN FUNDING - 3021 | MSG DEPOSIT - 4645 | FS DEPOSIT 1382 | RE DEPOSIT 9790 | RE OPERATING 5574 | CA OPERATING 8924 CAD | CA USD OPERATING 3160 | OPERATING 2064 | Operating - 2080 | DEPOSIT - 4867 |
| **BALANCE PER BOOKS** | $ 142,711 | $ (0) | $ (12,452) | $ 2,497,185 | $ 0 | $ - | $ - | $ - | $ - | $ - | $ 0 | $ (167,619) | $ 167,619 |
| BANK BALANCE | $ 142,711 | $ - | $ - | $ 2,497,185 | $ 1,852 | $ - | $ 163,178 | $ - | $ 8,776 | $ 1,602 | $ - | $ - | $ 32,483 |
| Payroll Timing | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Outstanding Checks | $ - | $ - | $ (12,452) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| ACH Cleared, Not Booked | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Receipts Due to NewCo | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (8,776) | $ (1,602) | $ - | $ - | $ - |
| Deposits in Transit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Exchange Rate Impact | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Posting Error | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (167,619) | $ 167,619 |
| Sweep Timing | $ - | $ - | $ - | $ - | $ (1,852) | $ - | $ (163,178) | $ - | $ - | $ - | $ - | $ - | $ (32,483) |
| **ADJUSTED BANK BALANCE *** | $ 142,711 | $ - | $ (12,452) | $ 2,497,185 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (167,619) | $ 167,619 |

*"Adjusted Bank Balance" must equal "Balance per Books"

**In re** Maurice Sporting Goods

    **Debtor**

**Case No.** 17-12481

**Reporting Period:** 5/1/2019-5/31/2019

## BANK RECONCILIATIONS (page 2)

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | South Bend Sporting Goods, Inc. (17-12483) | | | | OLDCO MA, Inc. (17-12485) | | |
|---|---|---|---|---|---|---|---|
| | OPERATING 2064 | DIP - 3905 | CA OPERATING 8924 | DEPOSIT - 7200 | OPERATING 2064 | DIP - 3905 | DEPOSIT - 4396 |
| **BALANCE PER BOOKS** | $ - | $ - | $ 0 | $ (0) | $ - | $ - | $ 0 |
| BANK BALANCE | $ - | $ - | $ 2,968 | $ 2,448 | $ - | $ - | $ - |
| Payroll Timing | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Outstanding Checks | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| ACH Cleared, Not Booked | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Receipts Due to NewCo | $ - | $ - | $ (2,968) | $ - | $ - | $ - | $ - |
| Deposits in Transit | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Exchange Rate Impact | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Posting Error | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sweep Timing | $ - | $ - | $ - | $ (2,448) | $ - | $ - | $ - |
| **ADJUSTED BANK BALANCE *** | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

*"Adjusted Bank Balance" must equal "Balance per Books"

**In re** Maurice Sporting Goods                                         **Case No.**             17-12481
                 **Debtor**                                             **Reporting Period:**    5/1/2019-5/31/2019

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Amount Approved to YCST Escrow | Total Escrow Funding to Date | Payor | Check | | Period Covered | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | | Fees | Expenses | Fees | Expenses |
| Young Conaway Stargatt & Taylor, LLP | 0 | 874,590 | Maurice Sporting Goods | N/A | 5/17/2019 | | 32,401 | 172 | 838,810 | 28,144 |
| Silverman Consulting, Inc. | 0 | 60,000 | Maurice Sporting Goods | N/A | | | | | 68,630 | 0 |
| Development Specialists, Inc. | 0 | 500,000 | Maurice Sporting Goods | N/A | | | | | 903,229 | 13,806 |
| Livingstone Partners LLC | 0 | 420,000 | Maurice Sporting Goods | N/A | | | | | 721,235 | 1,742 |
| Saul Ewing Arnstein & Lehr LLP | 0 | 195,000 | Maurice Sporting Goods | N/A | | | | | 207,975 | 3,873 |
| Emerald Capital Advisors | 0 | 60,000 | Maurice Sporting Goods | N/A | | | | | 131,280 | 1,590 |
| Epiq Bankruptcy Solutions LLC | 0 | 474,634 | Maurice Sporting Goods | N/A | | | | | 400,956 | 0 |
| Committee Expense Reimbursement | 0 | 0 | Maurice Sporting Goods | N/A | | | | | 0 | 713 |
| | | | | | | | | | | |
| **Total** | **0** | **2,584,224** | | | | | **32,401** | **172** | **3,272,116** | **49,867** |

In re Maurice Sporting Goods                                         Case No.     17-12481
          Debtor                                             Reporting Period: 5/1/2019-5/31/2019

# STATEMENT OF OPERATIONS (page 1)
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Maurice Sporting Goods of Delaware, Inc. (17-12481) | | OLDCO DOC, Inc. (17-12482) | | South Bend Sporting Goods, Inc. (17-12483) | |
| --- | --- | --- | --- | --- | --- | --- |
| REVENUES | Month | Cumulative Filing to Date | Month | Cumulative Filing to Date | Month | Cumulative Filing to Date |
| Gross Revenues | $ - | $ 29,202,731 | $ - | $ 1,764,854 | $ - | $ 9,475,829 |
| Less:  Returns and Allowances | $ - | $ (1,085,882) | $ - | $ (135,872) | $ - | $ (373,237) |
| Net Revenue | $ - | $ 28,116,849 | $ - | $ 1,628,982 | $ - | $ 9,102,592 |
| COST OF GOODS SOLD | | | | | | |
| Beginning Inventory | $ - | $ - | | $ - | | $ - |
| Add: Purchases | $ - | $ - | | $ - | | $ - |
| Add: Cost of Labor | $ - | $ - | | $ - | | $ - |
| Add: Other Costs (attach schedule) | $ - | $ - | | $ - | | $ - |
| Less: Ending Inventory | $ - | $ - | | $ - | | $ - |
| Cost of Goods Sold | $ - | $ 37,456,619 | $ - | $ 2,296,747 | $ - | $ 12,687,152 |
| Gross Profit | $ - | $ (9,339,770) | $ - | $ (667,765) | $ - | $ (3,584,559) |
| OPERATING EXPENSES | | | | | | |
| Advertising | $ - | $ 16,399 | $ - | $ 694 | $ - | $ 5,033 |
| Audit Fees | $ - | $ (54,509) | $ - | $ - | $ - | $ (18,197) |
| Auto Expense | $ - | $ 274,816 | $ - | $ - | $ - | $ 91,250 |
| Bad Debts | $ - | $ 36,067 | $ - | $ 2,385 | $ - | $ 11,111 |
| Bank Fees | $ 5,950 | $ 134,757 | $ - | $ 3,108 | $ 2,012 | $ 41,983 |
| Collection Fees | $ - | $ 4,748 | $ - | $ - | $ - | $ 1,297 |
| Computer/Software Expense | $ - | $ 84,285 | $ - | $ - | $ - | $ 27,669 |
| Consulting | $ - | $ 26,780 | $ - | $ - | $ - | $ 8,882 |
| Employee Benefits | $ - | $ 187,060 | $ - | $ 5,319 | $ - | $ 61,574 |
| Freight | $ - | $ 565,374 | $ - | $ 37,086 | $ - | $ 128,031 |
| Insurance | $ - | $ 81,532 | $ - | $ - | $ - | $ 26,952 |
| Legal Fees | $ - | $ 754,410 | $ - | $ - | $ - | $ 93,995 |
| Office Expense | $ - | $ 391,292 | $ - | $ 166 | $ - | $ 132,388 |
| Packaging/New Product Development | $ - | $ 3,761 | $ - | $ - | $ - | $ 894 |
| Rent Expense | $ - | $ 422,924 | $ - | $ 12,140 | $ - | $ 130,204 |
| Repairs and Maintenance | $ - | $ 20,268 | $ - | $ 2,657 | $ - | $ 6,457 |
| Salaries/Commissions/Fees | $ - | $ 2,988,998 | $ - | $ 189,355 | $ - | $ 963,635 |
| Sample Expense | $ - | $ 3,814 | $ - | $ 670 | $ - | $ 651 |
| Samples Expense | $ - | $ 1,254 | $ - | $ - | $ - | $ 393 |
| Show Expense | $ - | $ 36,966 | $ - | $ (1,695) | $ - | $ 8,980 |
| Supplies | $ - | $ 116,064 | $ - | $ 1,025 | $ - | $ 33,330 |
| Taxes - Other | $ - | $ 9,113 | $ - | $ 543 | $ - | $ 1,738 |
| Taxes - Payroll | $ - | $ 160,990 | $ - | $ 3,586 | $ - | $ 49,795 |
| Taxes - Personal Property | $ - | $ 12,716 | $ - | $ - | $ - | $ 4,139 |
| Taxes - Real Estate | $ - | $ 113,991 | $ - | $ 2,856 | $ - | $ 36,816 |
| Travel and Entertainment | $ - | $ 29,290 | $ - | $ (10) | $ - | $ 9,631 |
| Utilities | $ - | $ 23,596 | $ - | $ 5,155 | $ - | $ 5,633 |
| Total Operating Expenses Before Depreciation | $ 5,950 | $ 6,446,755 | $ - | $ 265,040 | $ 2,012 | $ 1,864,266 |
| Depreciation/Depletion/Amortization | $ - | $ 246,090 | $ - | $ 56,271 | $ - | $ 17,039 |
| Net Profit (Loss) Before Other Income & Expenses | $ (5,950) | $ (16,032,614) | $ - | $ (989,076) | $ (2,012) | $ (5,465,864) |
| OTHER INCOME AND EXPENSES | | | | | | |
| Bonus | $ - | $ 74,134 | $ - | $ 545 | $ - | $ 22,299 |
| Contributions | $ - | $ (12,547) | $ - | $ - | $ - | $ (4,305) |
| Currency Gain/Loss | $ - | $ - | $ - | $ - | $ - | $ - |
| Gain/Loss on sale of Asset | $ - | $ (242,033) | $ - | $ - | $ - | $ (82,469) |
| Interest Expense | $ - | $ 383,474 | $ - | $ - | $ - | $ 125,076 |
| Interest Income | $ - | $ (755) | $ - | $ - | $ - | $ (255) |
| Misc Income/Expense | $ (33,030) | $ 21,799,785 | $ 100,327 | $ 2,874,788 | $ 117,687 | $ 4,340,373 |
| Other | $ - | $ - | $ - | $ - | $ - | $ - |
| Profit Sharing 401K | $ - | $ 47,195 | $ - | $ 904 | $ - | $ 14,834 |
| Severance Expense | $ - | $ 257,898 | $ - | $ - | $ - | $ 87,003 |
| Net Profit (Loss) Before Reorganization Items | $ 27,080 | $ (38,339,767) | $ (100,327) | $ (3,865,313) | $ (119,700) | $ (9,968,419) |
| REORGANIZATION ITEMS | | | | | | |
| Professional Fees | $ - | $ 1,531,312 | $ - | $ 56,541 | $ - | $ 552,047 |
| U. S. Trustee Quarterly Fees | $ - | $ - | $ - | $ - | $ - | $ - |
| Gain (Loss) from Sale of Equipment | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Reorganization Expenses (attach schedule) | $ - | $ 150,000 | $ - | $ - | $ - | $ - |
| Total Reorganization Expenses | $ - | $ 1,681,312 | $ - | $ 56,541 | $ - | $ 552,047 |
| Income Taxes | $ - | $ - | $ - | $ - | $ - | $ - |
| Net Profit (Loss) | $ 27,080 | $ (40,021,079) | $ (100,327) | $ (3,921,854) | $ (119,700) | $ (10,520,466) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Maurice Sporting Goods          Case No. 17-12481
      Debtor            Reporting Period: 5/1/2019-5/31/2019

# STATEMENT OF OPERATIONS (page 2)
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Triple Crown Holdings, Inc. (17-12484) | | OLDCO MA, Inc. (17-12485) | | Combined | |
|---|---|---|---|---|---|---|
| **REVENUES** | Month | Cumulative Filing to Date | Month | Cumulative Filing to Date | Month | Cumulative Filing to Date |
| Gross Revenues | $ - | $ - | $ - | $ 1,064,757 | $ - | $ 41,508,171 |
| Less: Returns and Allowances | $ - | $ - | $ - | $ (49,045) | $ - | $ (1,644,036) |
| Net Revenue | $ - | $ - | $ - | $ 1,015,712 | $ - | $ 39,864,135 |
| **COST OF GOODS SOLD** | | | | | | |
| Beginning Inventory | $ - | $ - | | | $ - | $ - |
| Add: Purchases | $ - | $ - | | | $ - | $ - |
| Add: Cost of Labor | $ - | $ - | | | $ - | $ - |
| Add: Other Costs (attach schedule) | $ - | $ - | | | $ - | $ - |
| Less: Ending Inventory | $ - | $ - | | | $ - | $ - |
| Cost of Goods Sold | $ - | $ - | $ - | $ 1,537,470 | $ - | $ 53,977,987 |
| Gross Profit | $ - | $ - | $ - | $ (521,758) | $ - | $ (14,113,852) |
| **OPERATING EXPENSES** | | | | | | |
| Advertising | $ - | $ - | $ - | $ - | $ - | $ 22,125 |
| Audit Fees | $ - | $ - | $ - | $ - | $ - | $ (72,706) |
| Auto Expense | $ - | $ - | $ - | $ - | $ - | $ 366,067 |
| Bad Debts | $ - | $ - | $ - | $ 750 | $ - | $ 50,313 |
| Bank Fees | $ - | $ - | $ - | $ 2,656 | $ 7,962 | $ 182,504 |
| Collection Fees | $ - | $ - | $ - | $ - | $ - | $ 6,044 |
| Computer/Software Expense | $ - | $ - | $ - | $ - | $ - | $ 111,954 |
| Consulting | $ - | $ - | $ - | $ - | $ - | $ 35,662 |
| Employee Benefits | $ - | $ - | $ - | $ 9,520 | $ - | $ 263,473 |
| Freight | $ - | $ - | $ - | $ 26,933 | $ - | $ 757,426 |
| Insurance | $ - | $ - | $ - | $ - | $ - | $ 108,484 |
| Legal Fees | $ - | $ - | $ - | $ - | $ - | $ 848,404 |
| Office Expense | $ - | $ - | $ - | $ (61) | $ - | $ 523,785 |
| Packaging/New Product Development | $ - | $ - | $ - | $ - | $ - | $ 4,655 |
| Rent Expense | $ - | $ - | $ - | $ 12,228 | $ - | $ 577,497 |
| Repairs and Maintenance | $ - | $ - | $ - | $ (173) | $ - | $ 29,209 |
| Salaries/Commissions/Fees | $ - | $ - | $ - | $ 80,999 | $ - | $ 4,222,987 |
| Sample Expense | $ - | $ - | $ - | $ - | $ - | $ 5,135 |
| Samples Expense | | $ - | $ - | $ - | $ - | $ 1,646 |
| Show Expense | | $ - | $ - | $ - | $ - | $ 44,251 |
| Supplies | | $ - | $ - | $ 2,785 | $ - | $ 153,204 |
| Taxes - Other | | $ - | $ - | $ - | $ - | $ 11,394 |
| Taxes - Payroll | | $ - | $ - | $ 2,433 | $ - | $ 216,805 |
| Taxes - Personal Property | $ - | $ - | $ - | $ 35 | $ - | $ 16,889 |
| Taxes - Real Estate | $ - | $ - | $ - | $ - | $ - | $ 153,663 |
| Travel and Entertainment | $ - | $ - | $ - | $ - | $ - | $ 38,911 |
| Utilities | $ - | $ - | $ - | $ 6,640 | $ - | $ 41,024 |
| Total Operating Expenses Before Depreciation | $ - | $ - | $ - | $ 144,746 | $ 7,962 | $ 8,720,806 |
| Depreciation/Depletion/Amortization | $ - | $ - | $ - | $ - | $ - | $ 319,400 |
| Net Profit (Loss) Before Other Income & Expenses | $ - | $ - | $ - | $ (666,504) | $ (7,962) | $ (23,154,058) |
| **OTHER INCOME AND EXPENSES** | | | | | | |
| Bonus | $ - | $ - | $ - | $ 888 | $ - | $ 97,866 |
| Contributions | $ - | $ - | $ - | $ - | $ - | $ (16,852) |
| Currency Gain/Loss | $ - | $ - | $ - | $ - | $ - | $ - |
| Gain/Loss on sale of Asset | $ - | $ - | $ - | $ - | $ - | $ (324,502) |
| Interest Expense | $ - | $ - | $ - | $ - | $ - | $ 508,550 |
| Interest Income | $ - | $ - | $ - | $ - | $ - | $ (1,010) |
| Misc Income/Expense | $ - | $ - | $ 14,128 | $ 39,056 | $ 199,113 | $ 29,054,002 |
| Other | $ - | $ - | $ - | $ - | $ - | $ - |
| Profit Sharing 401K | $ - | $ - | $ - | $ 694 | $ - | $ 63,627 |
| Severance Expense | $ - | $ - | $ - | $ - | $ - | $ 344,901 |
| Net Profit (Loss) Before Reorganization Items | $ - | $ - | $ (14,128) | $ (707,141) | $ (207,075) | $ (52,880,641) |
| **REORGANIZATION ITEMS** | | | | | | |
| Professional Fees | $ - | $ - | $ - | $ 44,325 | $ - | $ 2,184,224 |
| U. S. Trustee Quarterly Fees | $ - | $ - | $ - | $ - | $ - | $ - |
| Gain (Loss) from Sale of Equipment | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Reorganization Expenses (attach schedule) | $ - | $ - | $ - | $ - | $ - | $ 150,000 |
| Total Reorganization Expenses | $ - | $ - | $ - | $ 44,325 | $ - | $ 2,334,224 |
| Income Taxes | $ - | $ - | $ - | $ - | $ - | $ - |
| Net Profit (Loss) | $ - | $ - | $ (14,128) | $ (751,466) | $ (207,075) | $ (55,214,865) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**In re** Maurice Sporting Goods                        **Case No.**         17-12481
                            **Debtor**                        **Reporting Period:**    5/1/2019-5/31/2019

## STATEMENT OF OPERATIONS - continuation sheet (page 1)

| BREAKDOWN OF "OTHER" CATEGORY | Maurice Sporting Goods of Delaware, Inc. (17-12481) | | OLDCO DOC, Inc. (17-12482) | | South Bend Sporting Goods, Inc. (17-12483) | |
|---|---|---|---|---|---|---|
| | Month | Cumulative Filing to Date | Month | Cumulative Filing to Date | Month | Cumulative Filing to Date |
| **Other Costs** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Other Operational Expenses** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Other Income** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Other Expenses** | | | | | | |
| Write-off/Adjustment of Carrying Value of Assets and Liabilities | $ 145,435 | $ 21,309,954 | $ 100,327 | $ 2,834,681 | $ 178,049 | $ 4,162,528 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Other Reorganization Expenses** | | | | | | |
| DIP Financing Fees | | $ 150,000 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re Maurice Sporting Goods

**Debtor**

Case No.         17-12481

Reporting Period:    5/1/2019-5/31/2019

### STATEMENT OF OPERATIONS - continuation sheet (page 2)

| BREAKDOWN OF "OTHER" CATEGORY | Triple Crown Holdings, Inc. (17-12484) | | OLDCO MA, Inc. (17-12485) | | Combined | |
|---|---|---|---|---|---|---|
| | Month | Cumulative Filing to Date | Month | Cumulative Filing to Date | Month | Cumulative Filing to Date |
| **Other Costs** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Other Operational Expenses** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Other Income** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Other Expenses** | | | | | | |
| Write-off/Adjustment of Carrying Value of Assets and Liabilities | - | - | $ (2,295) | $ (6,584) | $ 421,516 | $ 28,300,579 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Other Reorganization Expenses** | | | | | | |
| | | | | | | $ 150,000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re Maurice Sporting Goods  
Debtor

Case No. 17-12481  
Reporting Period: 5/1/2019-5/31/2019

## BALANCE SHEET (page 1)

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | Maurice Sporting Goods of Delaware, Inc. (17-12481) BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | OLDCO DOC, Inc. (17-12482) BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | South Bend Sporting Goods, Inc. (17-12483) BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | |
| Unrestricted Cash and Equivalents | $ 2,627,444 | $ 480,707 | $ 457 | $ 292 | $ - | $ (383,950) |
| Restricted Cash and Cash Equivalents (see continuation) | $ - | $ - | - | $ - | $ - | $ - |
| Accounts Receivable (Net) | $ 0 | $ 17,657,024 | $ - | $ 1,085,401 | $ - | $ 5,198,881 |
| Inventories | $ (0) | $ 31,229,079 | $ - | $ 1,504,178 | $ (0) | $ 8,543,817 |
| Amounts due from Insiders* | $ 168,093 | $ 162,712 | $ - | $ - | $ 56,854 | $ 56,848 |
| Deferred Income Taxes | $ - | $ 1,029,509 | $ - | $ - | $ - | $ 349,717 |
| Other Current Assets (attach schedule) | $ 4,174 | $ 2,366,352 | $ - | $ 4,936 | $ 3,912 | $ 211,345 |
| TOTAL CURRENT ASSETS | $ 2,799,711 | $ 52,925,385 | $ 457 | $ 2,594,807 | $ 60,765 | $ 13,976,659 |
| **PROPERTY AND EQUIPMENT** | | | | | | |
| Leasehold Improvements | $ (0) | $ 7,225,466 | $ - | $ - | $ (0) | $ 2,486,483 |
| Furniture and Fixtures | $ (0) | $ 1,433,065 | $ - | $ 40,686 | $ (0) | $ 476,087 |
| Warehouse Equipment | $ (1) | $ 2,880,258 | $ - | $ 89,379 | $ (0) | $ 937,907 |
| Assets Under Capital Lease | $ - | $ 13,047 | $ - | $ - | $ - | $ 4,432 |
| Tooling | $ - | $ 514,999 | $ - | $ 20,400 | $ - | $ 131,482 |
| Computer Equipment | $ (0) | $ 2,128,151 | $ - | $ - | $ (0) | $ 756,478 |
| Computer Software | $ - | $ 8,010,245 | $ - | $ 1 | $ - | $ 2,721,026 |
| Automobiles | $ - | $ 65,584 | $ 0 | $ - | $ - | $ 17,324 |
| Less: Accumulated Depreciation | $ (0) | $ (13,405,969) | $ - | $ (135,220) | $ (0) | $ (4,584,010) |
| TOTAL PROPERTY & EQUIPMENT | $ (1) | $ 8,864,847 | $ 0 | $ 15,246 | $ (0) | $ 2,947,208 |
| **OTHER ASSETS** | | | | | | |
| Other Accounts Receivable | $ 311,556 | $ (2,596,289) | $ 2,718,897 | $ 1,293,684 | $ 228,439 | $ (1,796,076) |
| Other Assets (attach schedule) | $ 1,975 | $ 8,265,537 | $ - | $ 2,624,561 | $ 668 | $ 378,793 |
| *TOTAL OTHER ASSETS* | $ 313,531 | $ 5,669,248 | $ 2,718,897 | $ 3,918,245 | $ 229,107 | $ (1,417,283) |
| | | | | | | |
| **TOTAL ASSETS** | $ 3,113,241 | $ 67,459,479 | $ 2,719,354 | $ 6,528,298 | $ 289,872 | $ 15,506,584 |

| LIABILITIES AND OWNER EQUITY | Maurice Sporting Goods of Delaware, Inc. (17-12481) BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | OLDCO DOC, Inc. (17-12482) BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | South Bend Sporting Goods, Inc. (17-12483) BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | | | | |
| Taxes Payable (refer to FORM MOR-4) | | | | | | |
| Current Portion of Long-Term Debt | $ 3,539,940 | $ 3,536,066 | $ - | $ - | $ 1,197,303 | $ 1,201,177 |
| Long-Term Debt | $ 9,232,346 | $ 33,666,656 | $ - | $ - | $ 3,122,629 | $ 11,436,333 |
| Notes Payable | | | | | | |
| Rent / Leases - Building/Equipment | $ - | $ 7,927 | $ - | $ - | $ - | $ 2,693 |
| Secured Debt / Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Other Post-petition Liabilities (attach schedule) | | | | | | |
| *TOTAL POST-PETITION LIABILITIES* | $ 12,772,285 | $ 37,210,648 | $ - | $ - | $ 4,319,933 | $ 12,640,203 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | | | | |
| Secured Debt | | | | | | |
| Priority Debt | | | | | | |
| Accounts Payable | 43,644,206 | 41,649,366 | 918,462 | 911,854 | 14,635,006 | 13,041,633 |
| Intercompany Payables | 6,368,296 | | | | 2,382,653 | |
| Unsecured Debt | | | | | | |
| Amounts Due to Insiders* | $ 5,700,000 | $ 5,700,000 | $ - | $ - | $ - | $ - |
| Non Current Deferred Tax Liability | $ 11,906 | $ 11,893 | $ - | $ - | $ 4,027 | $ 4,040 |
| Accrued Expenses | $ 1,547,779 | $ 5,849,502 | $ 12,500 | $ 118,252 | $ 506,917 | $ 1,956,990 |
| Other Liabilities | $ 977,054 | $ 1,354,196 | $ - | $ - | $ (73,678) | $ 54,115 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 58,249,242 | $ 54,564,957 | $ 930,961 | $ 1,030,106 | $ 17,454,924 | $ 15,056,778 |
| | | | | | | |
| *TOTAL LIABILITIES* | $ 71,021,527 | $ 91,775,606 | $ 930,961 | $ 1,030,106 | $ 21,774,857 | $ 27,696,981 |
| *OWNER EQUITY* | | | | | | |
| Capital Stock | $ 23,628 | $ 23,602 | $ (1) | $ (1) | $ 7,992 | $ 8,018 |
| Additional Paid-In Capital | $ 2,107,570 | $ 2,105,263 | $ - | $ - | $ 712,837 | $ 715,144 |
| Retained Earnings | $ (66,152,696) | $ (21,910,946) | $ 1,788,393 | $ 5,498,193 | $ (22,144,084) | $ (12,145,653) |
| Cumulative Currency Adjustment | $ (3,886,788) | $ (4,534,792) | $ - | $ - | $ (61,729) | $ (768,159) |
| Accumulated Other Comprehensive Loss | $ - | $ 746 | $ - | $ - | $ - | $ 254 |
| *NET OWNER EQUITY* | $ (67,908,286) | $ (24,316,126) | $ 1,788,392 | $ 5,498,192 | $ (21,484,984) | $ (12,190,397) |
| | | | | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 3,113,241 | $ 67,459,479 | $ 2,719,354 | $ 6,528,298 | $ 289,872 | $ 15,506,584 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Maurice Sporting Goods    Case No.   17-12481
Debtor    Reporting Period:   5/1/2019-5/31/2019

## BALANCE SHEET (page 2)

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | Triple Crown Holdings, Inc. (17-12484) BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | OLDCO MA, Inc. (17-12485) BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | Combined BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | |
| Unrestricted Cash and Equivalents | $ - | $ - | $ - | $ 145,505 | $ 2,627,961 | $ 242,554 |
| Restricted Cash and Cash Equivalents (see continuation) | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts Receivable (Net) | $ - | $ - | $ - | $ 368,709 | $ 0 | $ 24,310,016 |
| Inventories | $ - | $ - | $ - | $ 1,410,640 | $ (0) | $ 42,687,714 |
| Amounts due from Insiders* | $ - | $ - | $ - | $ - | $ 224,946 | $ 219,560 |
| Deferred Income Taxes | $ - | $ - | $ - | $ - | $ - | $ 1,379,227 |
| Other Current Assets (attach schedule) | $ - | $ - | $ - | $ 6,817 | $ 8,086 | $ 2,589,450 |
| TOTAL CURRENT ASSETS | $ - | $ - | $ - | $ 1,931,671 | $ 2,860,933 | $ 71,428,521 |
| **PROPERTY AND EQUIPMENT** | | | | | | |
| Leasehold Improvements | $ - | | $ - | $ - | $ (0) | $ 9,711,950 |
| Furniture and Fixtures | $ - | $ - | $ - | $ 39,505 | $ (0) | $ 1,989,343 |
| Warehouse Equipment | $ - | $ - | $ - | $ 495,711 | $ (1) | $ 4,403,255 |
| Assets Under Capital Lease | $ - | $ - | $ - | $ - | $ - | $ 17,479 |
| Tooling | $ - | $ - | $ - | $ 108,902 | $ - | $ 775,782 |
| Computer Equipment | $ - | $ - | $ - | $ - | $ (0) | $ 2,884,629 |
| Computer Software | $ - | $ - | $ - | $ - | $ - | $ 10,731,272 |
| Automobiles | $ - | $ - | $ - | $ - | $ - | $ 82,908 |
| Less: Accumulated Depreciation | $ - | $ - | $ - | $ (642,049) | $ (0) | $ (18,767,248) |
| TOTAL PROPERTY & EQUIPMENT | $ - | $ - | $ - | $ 2,069 | $ (1) | $ 11,829,370 |
| **OTHER ASSETS** | | | | | | |
| Other Accounts Receivable | $ - | $ - | $ 5,546,557 | $ 4,231,794 | $ 8,805,449 | $ 1,133,112 |
| Other Assets (attach schedule) | $ - | $ - | $ - | $ - | $ 2,644 | $ 11,268,891 |
| *TOTAL OTHER ASSETS* | $ - | $ - | $ 5,546,557 | $ 4,231,794 | $ 8,808,092 | $ 12,402,003 |
| **TOTAL ASSETS** | $ - | $ - | $ 5,546,557 | $ 6,165,533 | $ 11,669,024 | $ 95,659,894 |

| LIABILITIES AND OWNER EQUITY | Triple Crown Holdings, Inc. (17-12484) BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | OLDCO MA, Inc. (17-12485) BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | Combined BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | | | | |
| Taxes Payable (refer to FORM MOR-4) | $ - | $ - | | | $ - | $ - |
| Current Portion of Long-Term Debt | $ - | $ - | $ - | $ - | $ 4,737,243 | $ 4,737,243 |
| Long-Term Debt | $ - | $ - | $ - | $ - | $ 12,354,975 | $ 45,102,989 |
| Notes Payable | | $ - | | | $ - | $ - |
| Rent / Leases - Building/Equipment | | $ - | $ - | $ - | $ - | $ 10,620 |
| Secured Debt / Adequate Protection Payments | | $ - | | | $ - | $ - |
| Professional Fees | | | | | $ - | $ - |
| Other Post-petition Liabilities (attach schedule) | | $ - | | | $ - | $ - |
| *TOTAL POST-PETITION LIABILITIES* | $ - | $ - | $ - | $ - | $ 17,092,218 | $ 49,850,852 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | | | | |
| Secured Debt | $ - | $ - | | | $ - | $ - |
| Priority Debt | $ - | $ - | | | $ - | $ - |
| Accounts Payable | $ - | $ - | $ 1,215,716 | $ 1,165,003 | $ 60,413,390 | $ 56,767,856 |
| Intercompany Payables | | | | | $ 8,750,948 | $ - |
| Unsecured Debt | $ - | $ - | | | $ - | $ |
| Amounts Due to Insiders* | $ - | $ - | $ - | $ - | $ 5,700,000 | $ 5,700,000 |
| Non Current Deferred Tax Liability | $ - | $ - | $ - | $ - | $ 15,933 | $ 15,933 |
| Accrued Expenses | $ - | $ - | $ 6,844 | $ 10,816 | $ 2,074,040 | $ 7,935,560 |
| Other Liabilities | $ - | $ - | $ - | $ - | $ 903,376 | $ 1,408,311 |
| *TOTAL PRE-PETITION LIABILITIES* | $ - | $ - | $ 1,222,561 | $ 1,175,819 | $ 77,857,687 | $ 71,827,660 |
| *TOTAL LIABILITIES* | $ - | $ - | $ 1,222,561 | $ 1,175,819 | $ 94,949,906 | $ 121,678,512 |
| *OWNER EQUITY* | | | | | | |
| Capital Stock | $ - | $ - | $ 1,000 | $ 1,000 | $ 32,619 | $ 32,619 |
| Additional Paid-In Capital | $ - | $ - | $ - | $ - | $ 2,820,407 | $ 2,820,407 |
| Retained Earnings | $ - | $ - | $ 4,322,996 | $ 4,989,714 | $ (82,185,390) | $ (23,568,693) |
| Cumulative Currency Adjustment | $ - | $ - | $ - | $ - | $ (3,948,517) | $ (5,302,951) |
| Accumulated Other Comprehensive Loss | $ - | $ - | $ - | $ - | $ (1,000) | $ - |
| *NET OWNER EQUITY* | $ - | $ - | $ 4,323,996 | $ 4,989,714 | $ (83,280,881) | $ (26,018,618) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ - | $ - | $ 5,546,557 | $ 6,165,533 | $ 11,669,024 | $ 95,659,894 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**In re** Maurice Sporting Goods     Case No.   17-12481
     **Debtor**     Reporting Period:   5/1/2019-5/31/2019

## BALANCE SHEET - continuation sheet (page 1)

| ASSETS | Maurice Sporting Goods of Delaware, Inc. (17-12481) | | OLDCO DOC, Inc. (17-12482) | | South Bend Sporting Goods, Inc. (17-12483) | |
|---|---|---|---|---|---|---|
| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| **Other Current Assets** | | | | | | |
| Accounts Receivable Clearing | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts Receivable Clearing A/C | $ - | $ (980) | $ - | $ - | $ - | $ (333) |
| Accrued Vendor Rebates | $ - | $ 221,431 | $ - | $ - | $ - | $ 75,218 |
| Employee Purch Rec-ADP Deduction | $ - | $ (530) | $ - | $ - | $ - | $ (78) |
| Employee PC Purchase AC | $ - | $ - | $ - | $ - | $ - | $ - |
| Employee Loan Receivable | $ - | $ 7,147 | $ - | $ - | $ - | $ 2,428 |
| Interest Receivable | $ - | $ 1,174 | $ - | $ - | $ - | $ 399 |
| Travel Advance | $ - | $ - | $ - | $ - | $ - | $ - |
| Unexpired Insurance | $ - | $ 111,999 | $ - | $ - | $ - | $ 38,045 |
| Unexpired Officer's Life Insurance | $ - | $ - | $ - | $ - | $ - | $ - |
| Prepaid Interest | $ - | $ - | $ - | $ - | $ - | $ - |
| Prepaid Expenses | $ - | $ 1,862,145 | $ - | $ 4,242 | $ - | $ 37,672 |
| Prepaid Expense Concur | $ - | $ 47,421 | $ - | $ - | $ - | $ 16,109 |
| Prepaid Rent | $ - | $ 76,949 | $ - | $ - | $ - | $ 26,139 |
| Prepaid Catalog & Price List | $ - | $ 30,402 | $ - | $ 694 | $ - | $ 10,327 |
| Prepaid Advertising | $ - | $ - | $ - | $ - | $ - | $ - |
| Prepaid Redl Acquisition | $ - | $ - | $ - | $ - | $ - | $ - |
| Prepaid Consulting Fees | $ - | $ - | $ - | $ - | $ - | $ - |
| Deposit on Assets | $ - | $ 7,156 | $ - | $ - | $ - | $ 2,226 |
| Advance to TCP Techny LLC | $ 4,174 | $ 2,038 | $ - | $ - | $ 3,912 | $ 3,192 |
| **Other Assets** | | | | | | |
| Western Hoagie Capitalization Costs | $ - | $ - | $ - | $ - | $ - | $ - |
| Goodwill | $ - | $ 6,821,294 | $ - | $ 1,970,750 | $ - | $ 99,518 |
| Intangible - Non Compete | $ - | $ - | $ - | $ - | $ - | $ - |
| Intangible - Customer Relations | $ - | $ - | $ - | $ 587,547 | $ - | $ - |
| Intangible - Trade Names | $ - | $ 614,306 | $ - | $ 66,264 | $ - | $ - |
| Amounts Due from related parties (Net) | $ - | $ - | $ - | $ - | $ - | $ - |
| Unamortized Bank Closing Fees | $ - | $ - | $ - | $ - | $ - | $ - |
| Security Deposits | $ - | $ 226,277 | $ - | $ - | $ - | $ 74,216 |
| Deposits | $ - | $ 26,143 | $ - | $ - | $ - | $ 8,881 |
| Cash Surrender Value of Life Insurance | $ 1,975 | $ 1,973 | $ - | $ - | $ 668 | $ 670 |
| Deferred Compensation Plan | $ - | $ 575,544 | $ - | $ - | $ - | $ 195,508 |
| **LIABILITIES AND OWNER EQUITY** | | | | | | |
| **Other Liabilities** | | | | | | |
| Purchase Performance Bonus | $ 977,054 | $ 977,293 | $ - | $ - | $ (73,678) | $ (73,917) |
| Deferred Revenue (B2B) | $ - | $ 55,569 | $ - | $ - | $ - | $ 18,876 |
| Deferred Rent | $ - | $ - | $ - | $ - | $ - | $ - |
| Deferred Bonus | $ - | $ - | $ - | $ - | $ - | $ - |
| Deferred Compensation | $ - | $ 321,334 | $ - | $ - | $ - | $ 109,155 |
| **Adjustments to Owner Equity** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Postpetition Contributions (Distributions) (Draws)** | | | | | | |
| | | | | | | |
| | | | | | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re Maurice Sporting Goods  
**Debtor**

Case No.  17-12481  
**Reporting Period:** 5/1/2019-5/31/2019

## BALANCE SHEET - continuation sheet (page 2)

| ASSETS | Triple Crown Holdings, Inc. (17-12484) | | OLDCO MA, Inc. (17-12485) | | Combined | |
|---|---|---|---|---|---|---|
| | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
| **Other Current Assets** | | | | | | |
| Accounts Receivable Clearing | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts Receivable Clearing A/C | $ - | $ - | $ - | $ - | $ - | $ (1,313) |
| Accrued Vendor Rebates | $ - | $ - | $ - | $ - | $ - | $ 296,649 |
| Employee Purch Rec-ADP Deduction | $ - | $ - | $ - | $ - | $ - | $ (608) |
| Employee PC Purchase AC | $ - | $ - | $ - | $ - | $ - | $ - |
| Employee Loan Receivable | $ - | $ - | $ - | $ - | $ - | $ 9,575 |
| Interest Receivable | $ - | $ - | $ - | $ - | $ - | $ 1,573 |
| Travel Advance | $ - | $ - | $ - | $ - | $ - | $ - |
| Unexpired Insurance | $ - | $ - | $ - | $ - | $ - | $ 150,044 |
| Unexpired Officer's Life Insurance | $ - | $ - | $ - | $ - | $ - | $ - |
| Prepaid Interest | $ - | $ - | $ - | $ - | $ - | $ - |
| Prepaid Expenses | $ - | $ - | $ - | $ 6,817 | $ - | $ 1,910,876 |
| Prepaid Expense Concur | $ - | $ - | $ - | $ - | $ - | $ 63,529 |
| Prepaid Rent | $ - | $ - | $ - | $ - | $ - | $ 103,088 |
| Prepaid Catalog & Price List | $ - | $ - | $ - | $ - | $ - | $ 41,423 |
| Prepaid Advertising | $ - | $ - | $ - | $ - | $ - | $ - |
| Prepaid Redl Acquisition | $ - | $ - | $ - | $ - | $ - | $ - |
| Prepaid Consulting Fees | $ - | $ - | $ - | $ - | $ - | $ - |
| Deposit on Assets | $ - | $ - | $ - | $ - | $ - | $ 9,382 |
| Advance to TCP Techny LLC | $ - | $ - | $ - | $ - | $ 8,086 | $ 5,231 |
| **Other Assets** | | | | | | |
| Western Hoagie Capitalization Costs | $ - | $ - | $ - | $ - | $ - | $ - |
| Goodwill | $ - | $ - | $ - | $ - | $ - | $ 8,891,563 |
| Intangible - Non Compete | $ - | $ - | $ - | $ - | $ - | $ - |
| Intangible - Customer Relations | $ - | $ - | $ - | $ - | $ - | $ 587,547 |
| Intangible - Trade Names | $ - | $ - | $ - | $ - | $ - | $ 680,570 |
| Amounts Due from related parties (Net) | $ - | $ - | $ - | $ - | $ - | $ - |
| Unamortized Bank Closing Fees | $ - | $ - | $ - | $ - | $ - | $ - |
| Security Deposits | $ - | $ - | $ - | $ - | $ - | $ 300,493 |
| Deposits | $ - | $ - | $ - | $ - | $ - | $ 35,024 |
| Cash Surrender Value of Life Insurance | $ - | $ - | $ - | $ - | $ 2,644 | $ 2,644 |
| Deferred Compensation Plan | $ - | $ - | $ - | $ - | $ - | $ 771,052 |
| | | | | | | |
| Purchase Performance Bonus | $ - | $ - | $ - | $ - | $ 903,376 | $ 903,376 |
| Deferred Revenue (B2B) | $ - | $ - | $ - | $ - | $ - | $ 74,446 |
| Deferred Rent | $ - | $ - | $ - | $ - | $ - | $ - |
| Deferred Bonus | $ - | $ - | $ - | $ - | $ - | $ - |
| Deferred Compensation | $ - | $ - | $ - | $ - | $ - | $ 430,490 |
| **Adjustments to Owner Equity** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Postpetition Contributions (Distributions) (Draws)** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re Maurice Sporting Goods

**Debtor**

Case No. 17-12481

Reporting Period: 5/1/2019-5/31/2019

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $ - | $ - | $ - | | | $ - |
| FICA-Employee | $ - | $ - | $ - | | | $ - |
| FICA-Employer | $ - | $ - | $ - | | | $ - |
| Unemployment | $ - | $ - | $ - | | | $ - |
| Income | $ - | $ - | $ - | | | $ - |
| Other: | $ - | $ - | $ - | | | $ - |
| Total Federal Taxes | $ - | $ - | $ - | | | $ - |
| **State and Local** | | | | | | |
| Withholding | $ - | $ - | $ - | | | $ - |
| Sales | $ 0 | $ - | $ - | | | $ 0 |
| Excise | $ 73,345 | $ - | $ - | | | $ 73,345 |
| Unemployment | $ - | $ - | $ - | | | $ - |
| Real Property | $ - | $ - | $ - | | | $ - |
| Personal Property | $ (118,423) | $ 126,002 | $ - | | | $ 7,579 |
| Other: | $ - | $ - | $ - | | | $ - |
| Total State and Local | $ (45,078) | $ 126,002 | $ - | | | $ 80,924 |
| **Total Taxes** | $ (45,078) | $ 126,002 | $ - | | | $ 80,924 |

### SUMMARY OF UNPAID POSTPETITION DEBTS

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $ - | $ - | $ - | $ - | $ 1,630 | $ 1,630 |
| Wages Payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Taxes Payable | $ - | $ - | $ - | $ - | $ - | $ - |
| Rent/Leases-Building | $ - | $ - | $ - | $ - | $ - | $ - |
| Rent/Leases-Equipment | $ - | $ - | $ - | $ - | $ - | $ - |
| Secured Debt/Adequate Protection Payments | $ - | $ - | $ - | $ - | $ - | $ - |
| Professional Fees | $ - | $ - | $ - | $ - | $ - | $ - |
| Amounts Due to Insiders* | $ - | $ - | $ - | $ - | $ - | $ - |
| Other:  Vacation | $ - | $ - | $ - | $ - | $ - | $ - |
| Other: | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Postpetition Debts** | $ - | $ - | $ - | $ - | $ 1,630 | $ 1,630 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Maurice Sporting Goods
**Debtor**

Case No.                17-12481
Reporting Period:  5/1/2019-5/31/2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | $    - |
| + Amounts billed during the period | $    - |
| - Amounts collected during the period | $    - |
| - Amounts adjusted during the period | $    - |
| Total Accounts Receivable at the end of the reporting period | $    - |
| | |
| Accounts Receivable Aging | Amount |
| 0 - 30 days old | $    - |
| 31 - 60 days old | $    - |
| 61 - 90 days old | $    - |
| 91+ days old | $    - |
| Total Accounts Receivable | $    - |
| Amount considered uncollectible (Bad Debt) | $    - |
| Accounts Receivable (Net) | $    - |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

**Your branch address:**

2ND FLOOR
55 BLOOR ST W
TORONTO, ONT M4W1A6

# Business Banking



**Your Branch**
BLOOR & BAY TORONTO
Transit number: 0389

**For questions about your statement call**
(416) 927-5915

**Direct Banking**
1-877-262-5907
www.bmo.com

**Your Plan**
Business Builder 1 Plan

MAURICE SPORTING GOODS INC.
REDL SPORTS
1910 TECHNY ROAD
NORTHBROOK IL    60065
UNITED STATES

# Business Banking statement

For the period ending May 31, 2019

## Summary of account

Don't take the bait! If you receive suspicious emails, texts or phone calls don't comply with requests or click any links. Suspicious messages often leave unsuspecting victims open to malware and cyber threats. For more security tips, visit bmo.com/security.

| Account | Opening balance ($) | − | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on May 31, 2019 |
|---|---|---|---|---|---|---|---|
| Business Account -924 | 16,025.96 | | 164.91 | | 0.00 | | 15,861.05 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **Business Account #    -924** | | | |
| | Business name: MAURICE SPORTING GOODS INC. Operating as: REDL SPORTS | | | |
| **May 01** | **Opening balance** | | | **16,025.96** |
| May 14 | Pre-Authorized Payment No Fee, CASH MGMT FEE BOM/B/M | 142.41 | | 15,883.55 |
| May 31 | Plan Fee | 22.50 | | 15,861.05 |
| **May 31** | **Closing totals** | **164.91** | **0.00** | |

Number of items processed ........................................................... 2

Please check this statement and report any errors or omissions within 30 days of delivery.

Page 1 of 2

BMO ▲ Bank of Montreal

A member of BMO Financial Group

151.30E (09/02)

**Trade-marks**

™/® Trade-marks / registered trade-marks of Bank of Montreal.

®† Trademarks of AIR MILES International Trading B.V.  Used under license by LoyaltyOneInc. and Bank of Montreal.

®* Registered trademark of Mastercard International Incorporated.

®** ADP is a registered trade-mark of ADP North America, Inc.
NOTE: ADP Services referred to above are provided by ADP. ADP is not a member of BMO Financial Group.

®++ Moneris, and the Moneris Solutions logo are registered trade-marks of Moneris Solutions Corporation.

**Registration numbers**
GST - R100390095    QST - 1000042494

A member of BMO Financial Group 5001816 (08/03)

# Business Banking



**Your Branch**
BLOOR & BAY TORONTO
Transit number: 0389

**For questions about your statement call**
(416) 927-5915

**Direct Banking**
1-877-262-5907
www.bmo.com

MAURICE SPORTING GOODS INC.
1910 TECHNY ROAD
NORTHBROOK IL    60065
UNITED STATES

# Business Banking statement

## For the period ending May 31, 2019

## Summary of account

| Account | Opening balance ($) | - | Total amounts debited ($) | + | Total amounts credited ($) | = | Closing balance ($) on May 31, 2019 |
|---|---|---|---|---|---|---|---|
| US$ Business Current Account #   -160 | 2,174.80 | | 12.00 | | 0.00 | | 2,162.80 |

## Transaction details

| Date | Description | Amounts debited from your account ($) | Amounts credited to your account ($) | Balance ($) |
|---|---|---|---|---|
| | **US$ Business Current Account #** | **-160** | | |
| | Account Type: MAURICE SPOR | | | |
| Business name: MAURICE SPORTING GOODS INC. | | | | |
| **May 01** | **Opening balance** | | | **2,174.80** |
| May 14 | Pre-Authorized Payment No Fee, CASH MGMT FEE BOM/B/M | 6.00 | | 2,168.80 |
| May 31 | Maintenance Fee, FIXED CHARGE $6.00 | 6.00 | | 2,162.80 |
| **May 31** | **Closing totals** | **12.00** | **0.00** | |

Number of items processed ........................................................................................ 2

Please check this statement and report any errors or omissions within 30 days of delivery.

## Trade-marks

TM/® Trade-marks / registered trade-marks of Bank of Montreal.

®† Trademarks of AIR MILES International Trading B.V. Used under license by LoyaltyOneInc. and Bank of Montreal.

BMO ⬆ Bank of Montreal

A member of BMO Financial Group

®* Registered trademark of Mastercard International Incorporated.

®** ADP is a registered trade-mark of ADP North America, Inc.
NOTE: ADP Services referred to above are provided by ADP. ADP is not a member of BMO Financial Group.

®*** Moneris, and the Moneris Solutions logo are registered trade-marks of Moneris Solutions Corporation.

**Registration numbers**
GST - R100390095     QST - 1000042494

A member of BMO Financial Group 5001816 (08/03)