**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MAURICE SPORTING GOODS OF DELAWARE, INC., *et al.,*[1] | ) Case No. 17-12481 (KBO) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: Docket No. 773** |

**NOTICE OF <u>AMENDED</u>[2] AGENDA FOR HEARING SCHEDULED FOR
DECEMBER 19, 2019 AT 3:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE
<u>HONORABLE KAREN B. OWENS, U.S. BANKRUPTCY COURT JUDGE</u>[3,4]**

<div style="border:1px solid #000; background:#f5e0d0; padding:8px; text-align:center;">

**THIS HEARING WILL BE HELD ON THE 5TH FLOOR, COURTROOM #5**

</div>

**UNCONTESTED MATTER GOING FORWARD:**

1.  The Official Committee of Unsecured Creditors' First Omnibus (Non-Substantive) Objection to Claims [D.I. 726; filed: 10/11/19]

    <u>Response Deadline</u>: October 25, 2019 at 4:00 p.m.

    <u>Related Documents</u>:

    A.  Certificate of Service [D.I. 728; filed: 10/14/19]

    B.  Certificate of No Objection [D.I. 741; filed: 10/31/19]

    C.  Certificate of Service [D.I. 744; filed 11/4/19]

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Maurice Sporting Goods of Delaware, Inc. (3399); OLDCO DOC, Inc. (f/k/a Danielson Outdoors Company, Inc.) (0840); South Bend Sporting Goods, Inc. (6658); Triple Crown Holdings, Inc. (1847); and OLDCO MA, Inc. (f/k/a Matzuo America, Inc.) (4950). The mailing address for the Debtors is c/o Development Specialists, Inc., 10 S. LaSalle Street, Suite 3300, Chicago, Illinois 60603.

[2] **All Amended Agenda items appear in bold.**

[3] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, **5th Floor, Courtroom 5,** Wilmington, Delaware 19801.

[4] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

D.      Notice of Submission of Proofs of Claim [D.I. 754; filed 11/14/19]

<u>Responses Received</u>:  None

<u>Status</u>: This matter is going forward.


Dated: December 17, 2019                    **SAUL EWING ARNSTEIN & LEHR LLP**


By:      */s/ Aaron S. Applebaum*
            Aaron S. Applebaum (DE Bar No. 5587)
            1201 N. Market Street, Suite 2300
            P.O. Box 1266
            Wilmington, DE  19899
            Telephone: (302) 421-6800
            Fax: (302) 421-6813
            aaron.applebaum@saul.com

            *Counsel to the Official Committee of Unsecured*
            *Creditors of Maurice Sporting Goods of Delaware,*
            *Inc., et al.*